B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **Hedwin Corporation**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Electronic Restoration Services<br>Attention Leo Gusfa<br>12001 Levan Road<br>Livonia, MI 48150 | Electronic Restoration Services<br>Attention Leo Gusfa<br>12001 Levan Road<br>Livonia, MI 48150 | Trade debt | | 2,708,297.89 |
| Specialty Industries<br>Attention John Forray<br>175 East Walnut St<br>Red Lion, PA 17356 | Specialty Industries<br>Attention John Forray<br>175 East Walnut St<br>Red Lion, PA 17356 | Trade debt | | 854,696.40 |
| Serv Pro<br>102 Cockeysville Road<br>John Wall<br>Cockeysville, MD 21030 | Serv Pro<br>102 Cockeysville Road<br>John Wall<br>Cockeysville, MD 21030 | Trade debt | | 356,147.23 |
| Constellation Newenergy, Inc.<br>800 Boylston St.<br>Site 28<br>Boston, MA 02199 | Constellation Newenergy, Inc.<br>800 Boylston St.<br>Site 28<br>Boston, MA 02199 | Utility expense | | 341,314.44 |
| Zacros America<br>1821 Walden Office Square<br>Suite 400<br>Schaumburg, IL 60173 | Zacros America<br>1821 Walden Office Square<br>Suite 400<br>Schaumburg, IL 60173 | Trade debt | | 272,097.00 |
| Chevron Phillips Chemical<br>1400 Jefferson Ave<br>Pasadena, TX 77502 | Chevron Phillips Chemical<br>1400 Jefferson Ave<br>Pasadena, TX 77502 | Trade debt | | 259,600.35 |
| Meyers Construction<br>Attention Mike Shilling<br>1121 Greenwood Rd.<br>Suite 101<br>Pikesville, MD 21208 | Meyers Construction<br>Attention Mike Shilling<br>1121 Greenwood Rd.<br>Pikesville, MD 21208 | Trade debt | | 254,927.40 |
| PCA -Salt Lake City<br>4654 West 1525 South<br>Salt Lake City, UT 84104 | PCA -Salt Lake City<br>4654 West 1525 South<br>Salt Lake City, UT 84104 | Trade debt | | 228,671.81 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Hedwin Corporation**                                                                 Case No.  _____
                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **INEOS OLEFINS & POLYMERS USA**<br>**13536 Collections Center Drive**<br>**Chicago, IL 60693** | **INEOS OLEFINS & POLYMERS USA**<br>**13536 Collections Center Drive**<br>**Chicago, IL 60693** | **Trade debt** | | 182,611.75 |
| **MD Unemployment Insurance Division**<br>**1100 N Eutaw St**<br>**Baltimore, MD 21201** | **MD Unemployment Insurance Division**<br>**1100 N Eutaw St**<br>**Baltimore, MD 21201** | | | 158,300.00 |
| **Worldwide Dispenser**<br>**Lee Road Merton Park Estate**<br>**Merton London, UK** | **Worldwide Dispenser**<br>**Lee Road Merton Park Estate**<br>**Merton London, UK** | **Trade debt** | | 123,475.00 |
| **Green Bay Packaging**<br>**1100 Gilroy Road**<br>**Hunt Valley, MD 21031** | **Green Bay Packaging**<br>**1100 Gilroy Road**<br>**Hunt Valley, MD 21031** | **Trade debt** | | 112,382.72 |
| **Anchor Staffing**<br>**6960 Aviation Blvd**<br>**Suite D**<br>**Glen Burnie, MD 21061** | **Anchor Staffing**<br>**6960 Aviation Blvd**<br>**Suite D**<br>**Glen Burnie, MD 21061** | **Trade debt** | | 110,687.02 |
| **Sixth Sense Partners**<br>**3041 Warrington Rd**<br>**Cleveland, OH 44120** | **Sixth Sense Partners**<br>**3041 Warrington Rd**<br>**Cleveland, OH 44120** | | | 101,002.19 |
| **Transamerica Retirement Solutions**<br>**Connie McDonald**<br>**4333 Edgewood Rd NE**<br>**Cedar Rapids, IA 52499** | **Transamerica Retirement Solutions**<br>**Connie McDonald**<br>**4333 Edgewood Rd NE**<br>**Cedar Rapids, IA 52499** | **Pension Plan Contributions** | | 76,372.00 |
| **Baltimore Gas & Electric**<br>**PO BOX 13070**<br>**Philadelphia, PA 19101** | **Baltimore Gas & Electric**<br>**PO BOX 13070**<br>**Philadelphia, PA 19101** | **Utility expense** | | 76,049.10 |
| **Polyone**<br>**10115 Kinccy Ave Suite 240**<br>**Huntersville, NC 28078** | **Polyone**<br>**10115 Kinccy Ave Suite 240**<br>**Huntersville, NC 28078** | | | 56,680.00 |
| **Guernsey Office Products**<br>**45070 Old Ox Road**<br>**Sterling, VA 20166** | **Guernsey Office Products**<br>**45070 Old Ox Road**<br>**Sterling, VA 20166** | **Trade debt** | | 49,228.20 |
| **Priority Worldwide Services**<br>**504 Mccormick Drive**<br>**Glen Burnie, MD 21061** | **Priority Worldwide Services**<br>**504 Mccormick Drive**<br>**Glen Burnie, MD 21061** | **Trade debt** | | 40,873.68 |
| **Ampacet Corporation**<br>**660 White Plaines Rd**<br>**Tarrytown, NY 10591** | **Ampacet Corporation**<br>**660 White Plaines Rd**<br>**Tarrytown, NY 10591** | **Trade debt** | | 38,882.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Hedwin Corporation**                                              Case No.
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 2, 2014**                         Signature  **/s/ Richard F.Broo**
                                                           **Richard F.Broo**
                                                           **President/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.