PHELPS INDUSTRIAL PRODUCTS INC
6300 WASHINGTON BLVD
ELKRIDGE, MD. 21075

CAPLUGS
2150 ELMWOOD AVENUE
P.O. BOX 1322
BUFFALO, NY 14207-1984

TIPCO TECHNOLOGIES, INC.
11412 CRONHILL DRIVE
OWINGS MILLS, MD 21117

WORLDWIDE DISPENSERS
LEE ROAD  MERTON PARK ESTATE
MERTON  LONDON,  ENGLAND SW19 3WD

AMPACET CORPORATION
660 WHITE PLAINES RD
TARRYTOWN, NY 10591-5130

W.H. COOKE & CO., INC.
6868 YORK RD.
P. O. BOX 893
HANOVER PA. 17331-0893

WERNER ENTERPRISES, INC.
P.O. BOX 3116
OMAHA, NE 68103

AIRLINE HYDRAULICS
P.O. BOX 8500 S-2275
PHILADELPHIA, PA 19178-7618

MID-ATLANTIC PALLET CO., INC.
7407 SPARR DRIVE
KINGSVILE, MD 21087

XPEDX-MARYLAND DIVISION
7445 NEW RIDGE ROAD
AIRPORT COMMONS INDUSTRIAL PK
HANOVER, MD 21076

BALTIMORE GAS & ELECTRIC CO.
P.O. BOX 13070
PHILADELPHIA, PA 19101-3070

W.C. CHAPMAN & SONS INC.
8220 PULASKI HGHWY
BALTIMORE, MD 21237

D-M-E COMPANY, LLC
29111 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

HYDROAIR DEES
1809 FASHION COURT
SUITE 110
JOPPA, MD. 21085

GRAINGER
DEPT. 896 - 811358621
PALATINE IL, 60038-0001

AUTOMATION TECHNOLOGY, INC.
P.O. BOX 348
CONCORD, NC 28026-0348

LONSDALE & HOLTZMAN SALES,INC
6851 MORAVIA PARK DR
BALTIMORE, MD 21237

MCMASTER-CARR SUPPLY COMPANY
P.O. BOX 7690
CHICAGO, IL 60680-7690

OVERHEAD DOOR CO OF BALTIMORE
3501 CENTURY AVENUE
BALTIMORE, MD 21227

WRIGHT EXPRESS
PO BOX 5727
CAROL STREAM , IL 60197

STATE OF MARYLAND
COMPTROLLER OF THE TREASURY
INCOME TAX DIVISION
EMPLOYER WITHHOLDING SECTION
ANNAPOLIS, MD 21411-0001

CITY OF BALTIMORE
DIRECTOR OF FINANCE
200 HOLLIDAY STREET
BALTIMORE, MD 21202

UNDERWRITERS LABORATORIES
P.O. BOX 75330
CHICAGO, IL 60675-5330

E-J ENTERPRISES
7280 BALTIMORE ANNAPOLIS BLVD.
GLEN BURNIE, MD 21061

COLDER PRODUCTS COMPANY
1001 WESTGATE DRIVE
ST. PAUL, MN 55114

EQUISTAR CHEMICAL, LP
2718 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0027

BANK OF AMERICA
JOHN GETZ
300 GALLERIA PARKWAY
SUITE 800
ATLANTA, GA 30339

RIEKE CORPORATION
DEPARTMENT #218001
P.O. BOX 67000
DETROIT, MI 48267-2180

VERIZON
P.O. BOX 17577
BALTIMORE, MD 21297-0513

ALLIED WITAN COMPANY
13805 PROGRESS PKWY
CLEVELAND, OH 44133-4391

#2160413v.1

| | | |
|---|---|---|
| PIMLICO KEY SERVICE INC.<br>5254 REISTERSTOWN ROAD<br>BALTIMORE, MD 21215 | BALTIMORE BELTING COMPANY INC.<br>766 E. 25TH STREET<br>BALTIMORE, MD 21218 | AEC INC.<br>DEPARTMENT 4514<br>CAROL STREAM, IL 60122-4514 |
| WINSON GRAPHICS<br>11-05 44TH DRIVE<br>LONG ISLAND CITY, NY 11101 | FEDEX<br>P.O. BOX 1140<br>MEMPHIS, TN. 38101-1140 | NEWARK<br>P.O. BOX 94151<br>PALATINE, IL 60094-4151 |
| AMERICAN FLANGE<br>P.O. BOX 88904<br>CHICAGO, IL 60695-1904 | GLOBAL EQUIPMENT COMPANY<br>P.O. BOX 905713<br>CHARLOTTE NC 28290 | NORDSON CORPORATION<br>P.O. BOX 751013<br>CHARLOTTE, NC 28275 |
| KIRK-HABICHT CO<br>8905 KELSO DRIVE<br>BALTIMORE, MD 21221 | KOLS CONTAINER INC.<br>P.O. BOX 1690<br>UNION, NJ 7083 | STATE OF OHIO<br>DEPARTMENT OF TAXATION<br>P.O. BOX 347<br>COLUMBUS, OH 43216-0347 |
| SAFETY-KLEEN CORPORATION<br>P.O. BOX 382066<br>PITTSBURGH, PA 15250-8066 | BERRY PLASTICS CORPORATION<br>P.O. BOX 371947<br>PITTSBURG, PA 15250-7947 | POWER MODULES, INC.<br>4 C RAYMOND DRIVE<br>HAVERTOWN, PA |
| FLUORO-SEAL INC.<br>16223 PARK TEN PLACE #100<br>HOUSTON, TX 77084 | PNEU-FORCE<br>P.O. BOX 22190<br>YORK, PA 17402-0193 | OMNITECH AUTOMATION INC.<br>P.O. BOX 614<br>EMMAUS, PA 18049-0614 |
| PRECISION HEAT TREATING CORP.<br>1801 OLD SULPHUR SPRING ROAD<br>BALTIMORE, MD 21227 | DYNISCO INSTRUMENTS<br>38 FORGE PARKWAY<br>FRANKLIN, MA 2038 | TILLEY CHEMICAL COMPANY INC.<br>P.O. BOX 75078<br>BALTIMORE, MD 21275 |
| PUROLATOR EFP       .<br>P.O. BOX 849815<br>DALLAS, TX. 75284-9815 | CAPITAL TRISTATE<br>600 W. HAMBURG STREET<br>BALTIMORE, MD 21203 | US AIRWAYS, INC.<br>ATTN: US AIRWAYS,DEPT# 07499-4<br>P.O. BOX 640184<br>PITTSBURGH, PA 15264-0184 |
| GLOBAL MESSENGER CORPORATION<br>1821 WASHINGTON BLVD<br>BALTIMORE, MD 21230 | CRICHLOW PRODUCTS<br>25 MCLEAN PLACE<br>INDIANAPOLIS, IN 46202 | ROBNET, INC.<br>3100 WASHINGTON BLVD.<br>BALTIMORE, MD 21230 |
| BALTIMORE GAS & ELECTRIC CO.<br>P.O. BOX 13070<br>PHILADELPHIA, PA 19101-3070 | C. H. REED, INC.<br>1589 SULPHUR SPRING ROAD<br>SUITE 104, BLDG. E<br>BALTIMORE, MD 21227 | JOHN S. CONNOR, INC.<br>P.O. BOX 791384<br>BALTIMORE, MD 21279-1384 |

#2160413v.1

| | | |
|---|---|---|
| GXS<br>P.O. BOX 640371<br>PITTSBURGH, PA 15264-0371 | VERIZON CONFERENCING<br>DEPT CH 10305<br>PALATINE, IL 60055-0305 | JOBE & COMPANY<br>7677 CANTON CENTER DRIVE<br>BALTIMORE, MD 21224-2028 |
| SHAWE AND ROSENTHAL<br>SUN LIFE BUILDING, 11TH FLOOR<br>20 SOUTH CHARLES STREET<br>BALTIMORE, MD. 21201 | WARD TRUCKING CORP.<br>SCAC: WARD<br>BOX 1553<br>ALTOONA, PA. 16603 | J.B. HUNT<br>P.O. BOX 98545<br>CHICAGO, IL. 60693-8545 |
| RCM&D, INC.<br>555 FAIRMOUNT AVE.<br>BALTIMORE, MD. 21286-5497 | NCAS | PITT OHIO EXPRESS, INC.<br>P.O. BOX 643271<br>PITTSBURGH, PA 15264-3271 |
| BOLTON PARTNERS,INC.<br>100 LIGHT STREET<br>9TH FLOOR<br>BALTIMORE, MD  21202 | PAETEC COMMUNICATIONS, INC<br>US WATS<br>COMAC/CCI<br>P.O. BOX 1283<br>BUFFALO, NY 14240-1283 | SMITH & DOWNEY<br>ONE W. PENNSYLVANIA AVENUE<br>SUITE 950<br>BALTIMORE, MD 21204 |
| TRANSAMERICA RETIREMENT Solutions<br>P.O. BOX 13699<br>NEWARK, NJ 07188-0699 | KIN PROPERTIES, INC.<br>185 N.W. SPANISH RIVER BLVD<br>SUITE 100<br>BOCA RATON, FL 33431-4230 | A. DUIE PYLE, INC.<br>P.O. BOX 564<br>WEST CHESTER, PA 19381-0564 |
| C J INTERNATIONAL, INC.<br>P.O. BOX 21118<br>LOUISVILLE, KY 40221-0118 | CONCENTRA MEDICAL CENTER<br>OCCUPATIONAL HEALTH CENTERS Of<br>South West PA.<br>P.O. BOX 9010<br>BROOMFIELD, CO 80021-9010 | UPS SUPPLY CHAIN SOLUTIONS,INC<br>CUSTOMHOUSE BROKERAGE,INC.<br>28013 NETWORK PLACE<br>CHCAGO, IL. 60673-1280 40232 |
| BIDDLE STREET CATERING<br>215 EAST CHASE STREET<br>BALTIMORE, MD 21202 | STATE OF PENNSYLVANIA<br>PA DEPT OF REVENUE<br>DEPT. 280414<br>HARRISBURG, PA 17128-0414 | VERIZON WIRELESS<br>P.O. BOX 25505<br>LEHIGH VALLEY, PA 18002-5505 |
| AT&T<br>P.O. BOX 78225<br>PHONIX, AZ 85062-8225 | CINCINNATI BELL TELEPHONE CO.<br>DEPT 741811<br>CINCINNATI, OH 45274-1811 | VERIZON BUSINESS<br>MCI WORLDCOM<br>PO BOX 382040<br>PITTSBURGH, PA 15251-8040 |
| SCHNEIDER NATIONAL INC.<br>P.O. BOX 281496<br>ATLANTA, GA. 30384-1496 | EPES TRANSPORT SYSTEM, INC.<br>P.O. BOX 116837<br>ATLANTA, GA. 30368-6837 | VERIZON<br>PO BOX 17577<br>BALTIMORE, MD 21297-0513 |
| XO COMMUNICATIONS SVCS, INC.<br>ALLEGIANCE TELCOM OF MD., INC<br>P.O. BOX 650226<br>DALLAS, TX. 75265-0226 | ACP-11LP<br>CANDLEWOOD PARTNERS, LLC<br>10 1/2 EAST WASHINGTON ST.<br>CLEVELAND, OHIO 44022 | T ROWE PRICE<br>401K WITHHOLDING |

#2160413v.1

| | | |
|---|---|---|
| SHANE'S SHOES<br>1200 SOUTH CHARLES STREET<br>BALTIMORE, MD 21230 | CROWE HORWATH LLC<br>P.O. BOX 145415<br>CINCINNATI, OH 45250-9791 | PICORP INC. BALTIMORE<br>6508 EAST LOMBARD STREET<br>BALTIMORE, MD. 21224 |
| CARROLL INDEPENDENT FUEL CO.<br>2700 LOCH RAVEN RD<br>BALTIMORE, MD 21218-4700 | PHILLIPS GROUP OF MD. LLC<br>P.O. BOX 61020<br>HARRISBURG, PA. 17106-1020 | WWGS, LLC<br>ATTN: JOSEPH STELLA<br>3507 LAME BEAVER CT.<br>ELLICOTT CITY, MD 21042 |
| NACR<br>3344 HWY 149<br>EAGAN, MN 55121 | PRIORITY WORLDWIDE SERVICES<br>P.O. BOX 8725<br>BWI AIRPORT, MD. 21240 | C.H. ROBINSON COMPANY, INC.<br>P.O. BOX 9121<br>MINNEAPOLIS, MN. 55480-9121 |
| PITNEY BOWES INC<br>2225 AMERICAN DRIVE<br>NEENAH,WI 54956-1005 | STOUT, CAUSEY & HORNING, PA<br>P.O. BOX 64271<br>BALTIMORE, MD 21264-4271 | LANDSTAR RANGER, INC.<br>P.O. BOX 8500-54293<br>PHILADELPHIA, PA. 19178-4293 |
| CORPSITE MD<br>360 N MAIN STREET, SUITE G<br>BLUFFTON, IN 46714-2041 | FIRST INSURANCE FUNDING CORP.<br>PO BOX 66468<br>CHICAGO, IL 60666-0468 | YRC<br>P.O. BOX 13573<br>NEWARK, NJ 07188-0573 |
| MCDONALD HOPKINS LLC<br>SUITE 2100<br>600 SUPERIOR AVENUE, E<br>CLEVELAND, OH 44114 | SHAPIRO AND SILVERSTEIN PLLC<br>11350 RANDOM HILLS ROAD<br>STE 740<br>FAIRFAX, VA 22030 | THOMASNET<br>5 PENN PLAZA<br>NEW YORK, NY 10001 |
| ACCESS METALS, INC.<br>8866 KELSO DR.<br>BALTIMORE, MD. 21221 | SYMETRA LIFE INSURANCE COMPANY<br>1 UWCHLAN AVENUE, SUITE 303<br>EXTON, PA 19341 | OZARK MOTOR LINES INC.<br>P.O. BOX 181077<br>MEMPHIS, TN. 38181-1077 |
| K&L GATES LLP<br>210 SIXTH AVE<br>PITTSBURGH, PA 15222 | IMELDA RENO, LLC<br>3604 FAIR OAKS BLVD. SUITE 180<br>SACRAMENTO, CA 95864 | NEW CENTURY TRANSPORTAION INC.<br>P.O. 37681<br>BALTIMORE, MD. 21297-3681 |
| PACIFIC TELEMANAGEMENT SVC<br>2001 CROW CANYON RD. STE 200<br>SAN RAMON, CA 94583 | NV ENERGY<br>PO 30065<br>RENO, NV 89520 | FREIGHTQUOTE.COM<br>1495 PAYSPHERE CIRCLE<br>CHICAG0, ILL 60674 |
| MESIROW FINANCIAL<br>353 NORTH CLARK STREET<br>CHICAGO, IL 60654 | TOYOTA MATERIAL HANDLING<br>P.O. BOX 88120<br>CHICAGO, IL. 60695-1120 | VOLPE EXPRESS INC,<br>565 HOLLOW ROAD<br>PHOENIXVILLE, PA. 19460 |

#2160413v.1

| | | |
|---|---|---|
| OMEGA ELECTRONIC INST. INC.<br>198 S. DIETZ MILL ROAD<br>TELFORD, PA 18969 | GUERNSEY OFFICE PRODUCTS, INC<br>P.O. BOX 61770<br>HARRISBURG, PA. 17106 | BANK OF AMERICA<br>BANKCARD CENTER<br>PO BOX 15731<br>WILMINGTON, DE 19886-5731 |
| COMCAST<br>8031 CORPORATE DRIVE<br>WHITE MARSH, MD 21236-4977 | RICHARD F. BROO<br>773 ABBEY LANE<br>MILFORD, MI 48381 | SERVPRO<br>P.O. BOX 156<br>COCKEYSVILLE, MD 21030 |
| ELECTRONIC RESTORATION SVCS<br>12001 LEVAN RD<br>LIVONIA, MI 48150 | OZARK TRUCKING INC.<br>4916 Dudley Blvd.<br>McClellan, Ca. 95652 | THE FLOWER CART<br>ACCT#80027334<br>5230 HARFORD ROAD<br>BALTIMORE, MD 21214 |
| SUNTECK TRANSPORT CO. INC.<br>DEPT. 0579<br>P.O. BOX 850001<br>ORLANDO FL. 32885-0579 | DE LAGE LANDEN<br>P.O. BOX 41602<br>PHILADELPHIA, PA. 19101-1602 | MEYERS CONSTRUCTION CO., INC<br>1121 GREENWOOD RD, SUITE 101<br>PIKESVILLE, MD 21208 |
| ZACROS AMERICA, INC<br>1821 WALDEN OFFICE SQUARE<br>SUITE 400<br>SCHAUMBURG, IL 60173 | CARMEN'S CLEANING<br>205 RAMSEY WAY<br>RENO, NV 89506 | GLOBAL CONTACT INT'L PUB. CORP<br>16 WEST MAIN STREET, STE C<br>MAELTON, NJ 8053 |
| AUBURN ENVIRONMENTAL<br>PO BOX 1030<br>HUDSON, OHIO 44236 | TYDINGS & ROSENBERG LLP<br>100 EAST PRATT STREET<br>26TH FLOOR<br>BALTIMORE, MD 21202 | COPAC PACKAGING<br>963 CREEKTRACE ROAD<br>ALEXANDRIA, KY 41001 |
| LOADING DOCK SUPPLY, LLC<br>PO BOX 15<br>ASHLEY, OH 43003 | AEROTEK COMMERCIAL STAFFING<br>P.O. BOX 198531<br>ATLANTA, GA 30384-8531 | TRANSPLY, INC.<br>P.O. BOX 7727<br>YORK, PA 17404-7727 |
| TATE ENGINEERING SYSTEMS<br>1560 CATON CENTER DRIVE<br>BALTIMORE, MD 21227 | REXEL USA<br>815A CENTRAL AVE.<br>LINTHICUM, MD 21090 | SEEKONK MANUFACTURING CO., INC<br>87 PERRIN AVE<br>SEEKONK, MA 2771 |
| LYLE INDUSTRIES INC.<br>P.O. BOX 634094<br>CINCINNATI, OH 45263-4094 | ONTARIO DIE COMPANY LTD.<br>2735 20TH STREET<br>PORT HURION, MI 48061-0387 | EXACT-STROKE INC.<br>680 SYCAMORE DR<br>P.O. BOX 2577<br>WARMINSTER, PA 18974 |
| FOREMOST MACHINE BUILDERS,INC<br>23 SPIELMAN RD<br>P.O. BOX 644<br>FAIRFIELD, NJ 07004-3488 | VALCO MELTON<br>1244 SOLUTIONS CENTER<br>CHICAGO, ILLINOIS 60677-1002 | MARYLAND OFFICE SYSTEMS, INC.<br>7917 HARFORD ROAD<br>BALTIMORE, MD 21234 |

#2160413v.1

| | | |
|---|---|---|
| VI-CAS MANUFACTURING CO., INC.<br>8407 MONROE AVE<br>P.O. BOX 36310<br>CINCINNATI, OH 45236 | BOWMAN SALES AND EQUIPMENT INC<br>P.O. BOX 433<br>WILLIAMSPORT, MD 21795-0433 | VE SOFT<br>901 N SEWARD ST.<br>LOS ANGELES, CA 90038 |
| MALONEY AIRE<br>128 LAFAYETTE AVE<br>LAUREL, MD 20707 | BUSCH, INCORPORATED<br>P.O. BOX 100602<br>ATLANTA, GA 30384-0602 | MILACRON MKTG CO<br>P.O. BOX 740440<br>ATLANTA, GA 30374-0440 |
| INCOE CORPORATION<br>1740 EAST MAPLE ROAD<br>P.O. BOX 485<br>TROY, MI 48099-0485 | INDUSTRIAL POWER TRANSMISSION<br>6715 SANTA BARBARA COURT<br>ELKRIDGE, MD 21075 | MASTER METROLOGY INC.<br>1041 CROMWELL BRIDGE RD<br>TOWSON, MD 21286 |
| SHINGLE & GIBB<br>845 LANCER DRIVE<br>MOORESTOWN, NJ 8057 | CINTAS BALT. UNIFORM #042<br>P.O. BOX 9188<br>BALTIMORE, MD 21222 | ADVANCED PNEUMATICS CO<br>9708 ASHLEY DAWN COURT<br>FREDERICKSBURG, VA 22408 |
| ALLIED ELECTRONICS, INC.<br>7134 COLUMBIA GATEWAY DRIVE<br>SUITE 200<br>COLUMBIA, MD 21046 | MARYLAND THERMOFORM CORP<br>2717 WILMARCO AVE<br>BALTIMORE, MD 21223 | INOPAK<br>103B E JARRETTSVILLE RD.<br>FOREST HILL, MD 21050 |
| RANDOLPH AUSTIN, CO<br>2119 FM 1626<br>P.O. BOX 988<br>MANCHACA, TX 78652 | PACLINE CONVEYORS<br>155 GREAT ARROW AVE<br>BUFFALO, NY 14207 | CRESCENT INDUSTRIES, INC<br>70 E. HIGH STREET<br>NEW FREEDOM, PA 17349 |
| MERRICK INDUSTRIES, INC.<br>DEPARTMENT 3432<br>P.O. BOX 2153<br>BIRMINGHAM, AL 35287-3432 | MSC INDUSTRIAL SUPPLY CO<br>3051 WASHINGTON BLVD.<br>BLDG. A<br>BALTIMORE, MD 21230 | EAST PENN CONTAINER DECORATING<br>19 WEST POPLAR STREET<br>FLEETWOOD, PA 19522 |
| CHEVRON PHILLIPS CHEMICAL CO.<br>P.O. BOX 3766<br>HOUSTON, TX 77253 | FREELAND HOIST & CRANE, INC.<br>1600 S. CATON AVE<br>BALTIMORE, MD 21227 | GRAND RIVER RUBBER & PLASTICS<br>P.O. BOX 74773<br>CLEVELAND, OH 44194-0856 |
| EMR<br>700 EAST 25TH STREET<br>BALTIMORE, MD 21218 | CHEMICAL DATA INC.<br>2900 NORTH LOOP WEST, SUITE 830<br>HOUSTON, TX 77092 | STAUFFER MANUFACTURING CO<br>P.O. BOX 45<br>RED HILL, PA 18076-0045 |
| MOTION INDUSTRIES INC.<br>8415-250 KELSO DRIVE<br>BALTIMORE, MD 21221 | CALVERT PLUMBING<br>5806 YORK ROAD<br>BALTIMORE, MD 21212 | WASTE MANAGEMENT -<br>100 VASSAR ST<br>RENO, NV. 89502-2815 |

| | | |
|---|---|---|
| ATLANTIC LIFT TRUCK, INC.<br>2945 WHITTINGTON AVE<br>BALTIMORE, MD 21230 | CAREY SALES & SERVICE, INC.<br>3141-47 FREDERICK AVE<br>BALTIMORE, MD 21229-3894 | KEYENCE CORP OF AMERICA<br>900 E. 8TH AVE  SUITE 300<br>KING OF PRUSSIA, PA 19406 |
| VIDEOJET TECHNOLOGIES, INC.<br>1500 MITTEL BLVD<br>WOOD DALE, IL 60191-1073 | DOMINION ELECTRIC SUPPLY CO.<br>5053 LEE HIGHWAY<br>P.O. BOX 7227<br>ARLINGTON, VIRGINIA 22207 | USA MOBILITY WIRELESS, INC<br>350 AUTOMATION WAY<br>BIRMINGHAM, AL 35210 |
| COMET TOOL COMPANY, INC.<br>651 LAMBS ROAD<br>PITMAN, NJ. 08071-2042 | TOYOTA MOTOR CREDIT CORP<br>P.O BOX 2431<br>CAROL STREAM, IL. 60132-2431 | PURE-STAT TECHNOLOGIES<br>21 OLD FARM ROAD<br>LEWISTON, ME 4240 |
| SPECIALTY INDUSTRIES<br>P.O. BOX 330<br>175 EAST WALNUT STREET<br>RED LION, PA. 17356 | BROUGHTON INTERNATIONAL<br>1077 CELESTIAL STREET<br>SUITE 1<br>CINCINNATI, OHIO 45202 | A-B-C PACKAGING MACHINE CORP.<br>811 LIVE OAK STREET<br>TARPON SPRINGS, FL. 34689-4199 |
| INEOS OLEFINS & POLYMERS USA<br>13536 COLLECTIONS CENTER DRIVE<br>CHICAGO, ILL 60693 | MID STATES OIL REFINING CO.<br>3520 FAIRFIELD RD.<br>BALTIMORE, MD. 21226 | PALL TRINCOR<br>770 PENNSYLVANIA DRIVE<br>SUITE 100<br>EXTON, PA 19341 |
| NALCO COMPANY<br>370 WABASHA STREET NORTH<br>ST. PAUL, MN. 55102-1390 | MAILFINANCE<br>P.O. BOX 45840<br>SAN FRANCISCO, CA. 94145-0840 | IESI-MD CORPORATION<br>2900 DEDE ROAD<br>FINKSBURG,MD. 21048 |
| REIT LUBRICANTS COMPANY<br>15 SYLMAR ROAD<br>Nottingham, PA 19362 | PENNSYLVANIA STEEL COMPANY<br>3317 BOARD ROAD<br>YORK ,PA. 17402 | E.J. VARHOLY & SONS, INC.<br>P.O. BOX 430<br>GLEN BURNIE, MD. 21060-0430 |
| CAREERBUILDER.COM<br>8420 WEST BRYN MAWR AVENUE.<br>SUITE 1000<br>CHICAGO, IL 60631 | FASTENAL INDUSTRIAL<br>8846 ORCHARDTREE LANE<br>TOWSON, MD  . 21286 | AIRGAS EAST<br>6963-6967 GOLDEN RING RD<br>BALTIMORE, MD. 21237 |
| GREEN BAY PACKAGING, INC.<br>P.O. BOX 3007<br>KALAMAZOO, MI 49003-3007 | LENSON MACHINE, INC.<br>3026 EASTERN BLVD<br>P.O. BOX 4998<br>BALTIMORE, MD 21220 | INTERWIRE PRODUCTS<br>355 MAIN STREET<br>ARMONK, N.Y. 10504 |
| ZEP MANUFACTURING<br>6650-C BUSINESS PKWY<br>ELKRIDGE, MD. 21075 | ADVANCE SCALE OF MARYLAND<br>TEMPLE HILLS CORPORATE CENTER<br>108 E. WHEEL ROAD<br>SUITE 200A    .<br>BELAIR, MD. 21015 | PACKAGING CORPORATION<br>8301 SHERWICK COURT<br>JESSUP, MD. 20794 |

#2160413v.1

WBC EXTRUSION PRODUCTS, INC.
60 FONDI ROAD
HAVERHILL, MA 01832-0700

PRISM ENGINEERING, INC.
723 ELECTRONIC DRIVE
SUITE 200
HORSHAM, PA 19044

MICRO AGE
8160 SOUTH HARDY DRIVE
SUITE 101
TEMPE, AZ 85284

JAMES SPRING & WIRE CO.
6 N. BACTON HILL ROAD
FRAZER, PA 19355

INTERNATIONAL BUSINESS MACHINE
245 CONSUMERS ROAD 3 FL
NORTH YORK, ONT. M2J1R3 CANADA

ULTRA GRAPHICS
4546 COLLEGE AVENUE
ELLICOTT CITY, MD 21041

APPLIED PRODUCTS, INC.
13152 EAST IMPERIAL HIGHWAY
SANTA FE SPRINGS, CA 90670

PREMIERE LANDSCAPE
1010 KNIGHTS LANE
JOPPA, MD 21085

RYDER TRANSPORTATION SERVICES
P.O. BOX 96723
CHICAGO, IL 60693

GISCHEL MACHINE COMPANY
7605 ENERGY PARKWAY
BALTIMORE, MD 21226

ARTFORM, INC
90 AILERON COURT
SUITE #7
WESTMINSTER, MD 21157

ANCHOR STAFFING
6960 AVIATION BLVD.
SUITE D
GLEN BURNIE, MD 21061

RAS TECHNOLOGY CONSULTING, LLC
145 FLEET STREET
SUITE 102
NATIONAL HARBOR, MD 20745

SECURITY ADM. SERVICES, INC.
421 EASTERN BLVD.
BALTIMORE, MD. 21221-6715

AMERIGAS - WHITE HALL
4354 NORRISVILLE ROAD
WHITE HALL, MD 21161-9695

ATTICA HYDRAULIC EXCHANGE
48175 GRATIOT AVENUE
CHESTERFIELD, MI 48051

BOYER CORPORATION
P.O. BOX 10
LA GRANGE, ILL 60525

MICROSOFT ONLINE, INC
P.O. BOX 849008
DALLAS, TX 75284-9008

ABTECH SUPPORT
2042 CORTE DEL NOGAL, SUITE D
CARLSBAD, CA 92011-1438

HOLT PAPER & JANITORIAL
1381 WESTERN AVENUE
BALTIMORE, MD 21230

REGIONAL PEST MANAGEMENT
4333 WASHINGTON BLVD
HALETHORPE, MD 21227

CROWN PACKAGING CORPORATION
17854 CHESTERFIELD AIRPORT RD
CHESTERFIELD, M0 63005

ACCUBOND CORPORATION
DOWNINGTOWN TECHNICAL CENTER
460 ACORN LANE
DOWNINGTON, PA 19335-3075

A CLEANING SERVICES, INC.
4941 GLEN SUMMIT DRIVE
PERRY HALL, MD 21128

LEVEL II TECHNOLOGY SERVICES
2604 ARMSTRONG DRIVE
LEANDER, TX 78641

E.B. LIGHTING & SUPPLIES, INC
1107 EAST BALTIMORE STREET
BALTIMORE, MD 21202

AIROYAL
P.O BOX 129
43 NEWARK WAY
MAPLEWOOD, N.J. 7040

OPTIMUM SOLUTIONS
210 25TH AVENUE N
ST. 700
NASHVILLE, TN 37203

PCA - SALT LAKE CITY CONT.
4654 WEST 1525 SOUTH
SALT LAKE CITY, UT 84104

THARCO
2222 GRANT AVENUE
SAN LORENZO, CA 94580

#2160413v.1

| | | |
|---|---|---|
| NEVADA PACKAGING SOLUTIONS<br>4999 AIRCENTER CIRCLE<br>RENO, NV 89502 | INDUSTRIAL HANDLING EQUIP,INC<br>846 S. STANFORD WAY<br>SPARKS, NV 89431 | SPARKLING CLEANING SERVICES<br>7663 CRYSTAL SHORES DRIVE<br>RENO, NV 89506 |
| STANLEY CONVERGENT<br>4690 LONGLEY LANE<br>ST3. 23<br>RENO, NV 89502 | ONESOURCE TECHNOLOGIES<br>76 PLACID POND DRIVE<br>FRISCO, TX 75034 | ALEXANDER HEATING & Air Conditiong<br>1007 GREG STREET<br>SPARKS, NV 89431 |
| CINTAS CORPORATION #623<br>P.O. BOX 349066<br>SACRAMENTO, CA 95834 | JONES KINDEN COMPANY<br>829 LINCOLIN AVE<br>UNIT 15<br>WEST CHESTER, PA 19380 | ACTION FUSE<br>408 BLOOMFIELD AVE<br>SUITE G<br>MONTCLAIR, NJ 7042 |
| CLEANEDGE LLP<br>3121 WILMARCO DRIVE<br>BALTIMORE, MD 21223 | EXPRESS EMPLOYMENT Professionals<br>3973 SOUTH MCCARRAN BLVD<br>RENO, NV. 89502 | BI-STATE & AMERIGAS COMPANIES<br>1410 GREG STREET<br>SUITE 403<br>SPARKS, NV 89431 |
| ULTRA-POLY CORPORATION<br>102 DEMI ROAD<br>P.O. BOX 330<br>PORTLAND, PA  18351-0330 | FLYNN BURNER<br>425 FIFTH AVENUE<br>P.O. BOX 431<br>NEW ROCHELLE, NY 10801 | WESCO DISTRIBUTION<br>1710 EDISON HWY.<br>BALTIMORE, MD 21213 |
| VERIZON<br>P.O. BOX 15124<br>ALBANY, NY 12212-5124 | INGERSOLL RAND COMPANY<br>2516-1 INDUSTRIAL PARK DRIVE<br>GOSHEN, IN. 46526 | Attorney General Nevada<br>100 N. Carson Street<br>Carson City, NV 89707 |
| Attorney General Maryland<br>200 Saint Paul Street<br>Suit 1700<br>Baltimore, MD 21202 | Security and Exchange Commission<br>100 F. St. NE<br>Washington, DC 20002 | Frank A. Oswald<br>Togut, Segal LLP<br>One Penn Plaza<br>New York , NY 10119 |
| Alan D Halperin<br>Kodak GUC Trust<br>One Penn Plaza<br>New York, NY 10119 | Gary D.Justis. Esp<br>The Justis Law Firm LLC<br>5251 w. 116TH Place<br>Suite 200<br>Leawood, KS 66211-7820 | NORTH STAR TRUST COMPANY<br>PETER D.TROST<br>ESOP SERVICES<br>311 W. MONOROE ST. 14TH FL<br>CHICAGO, IL 60606 |
| SC & H Group LLC<br>910 Ridgebrook Rd.<br>Sparks Glencoe, MD 21152 | Michael D. Sisk & CO.<br>575 S. Charles St.<br>Baltimore, MD 21202 | KPMG<br>1 East Pratt St.<br>Baltimore, MD 21202 |
| MDE<br>1800 Washington Blvd.<br>Baltimore, MD 21230 | US Environmental Protection Agency<br>31 Hopkins Plaza.<br>Baltimore, MD 21202 | U.S. Department of Labor-OSHA<br>1099 Winterson Road, Suite 140<br>Linthicum, Maryland 21090 |

#2160413v.1

| | | |
|---|---|---|
| AEG<br>27 Liberty St.<br>Site 4<br>Westminster, MD 21158 | X-4 TOOL DIVISION<br>PO BOX 376<br>N.BILLERICA, MA 01862 | WEISS ACQUISITION LLC<br>300 MT LEBANON BLVD<br>PITTSBURGH, PA 15234 |
| TYCO INTEGRATED SERVICES, LLC<br>PO BOX 371967<br>PITTSBURGH, PA 15250 | UNITED PARCEL SERVICE<br>PO BOX 894820<br>LOS ANGELES, CA 90189 | UNITED POWER & BATTERY CORP<br>1205 W BYERS PL<br>SUITE A<br>DENVER, CO 80223 |
| THIELE TECHNOLOGIES, INC.<br>975 LOMBARDI AVE.<br>GREEN BAY, WI 54307 | TANSTAAFL ELECTRIC CABLE , INC<br>1445 BUSCH PKWY<br>BUFFALO GROVE, IL 60089 | STERLING SYSTEMS<br>135 VISTA CENTRE DR.<br>FOREST, VA 24551 |
| STATE OF NORTH CAROLINA<br>EPROC<br>PO BOX 752167<br>CHARLOTTE, NC 28275 | SHARED MANAGEMENT RESOURCES<br>28026 GATES MILLS BLVD<br>PEPPER PIKE, OH 44124 | SIXTH SENSE PARTNERS<br>3041 WARRINGTON RD<br>SHAKER HEIGHTS,OH 45241 |
| R & L CARRIERS<br>PO BOX 713153<br>COLUMBUS , OH 43271 | RADWELL INTERNATIONAL INC<br>PLC CENTER<br>111 MOUNT HOLLY BYPASS<br>LUMBERTON, NJ 08048 | RANKIN AUTOMATION SPECIALISTS<br>888 SUSSEX BLVD<br>BOX 190<br>BROOMALL, PA 19008 |
| POLYMER PRODUCTS CO, INC.<br>1288 ROUTE 73 SOUTH<br>4TH FLOOR<br>MT.LAUREL, NJ 08054 | POLYONE DISTRIBUTION<br>10115 KINCCY AVE.<br>SUITE 240<br>HUNTERSVILLE, NC 28078 | MARYLAND Q.C. LAB, INC.<br>1550 S. PHILADELPHIA BLVD.<br>ABERDEEN, MD 21001 |
| JLK SERVICES OF MARYLAND, INC.<br>8730 MANAHAN DRIVE<br>ELLICOTT CITY, MD 21043 | HAAS FACTORY OUTLET<br>PO BOX 64318<br>BALTIMORE, MD 21264 | FIRELINE CORP.<br>4506 HOLLINS FERRY ROAD<br>BALTIMORE, MD 21205 |
| ELEMENT MATERIAL TECHNOLOGY<br>2 PHEASANT RUN<br>NEWTOWN, PA 18940 | ESTES EXPRESS LINES<br>PO BOX 25612<br>RICHMOND, VA 23260 | EAGEL FILTER SERVICE, INC<br>9 SAIT TIMOTHYS LANE<br>CATONSVILLE, MD 21228 |
| ECHO COMMUNICATIONS<br>6100 SEAFORTH ST.<br>BALTIMORE, MD 21224 | CON-WAY MULTIMODAL<br>PO BOX 4156<br>PORTLAND , OR 97208 | BUSINESS HEALTH SERVICES<br>711 W 40TH ST<br>SUITE 207<br>BALTIMORE, MD 21286 |
| ASSOCIATED SPRING<br>DEPT CH 14115<br>PALTINE, IL 60055 | ARCTIC REFRIDGERATION INC.<br>4930 LITTLE COURT<br>ELLICOTT CITY, MD 21043 | |

#2160413v.1