**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Baltimore Division)**

**In re:** *

**HEDWIN CORPORATION,** * **Case No. 14-15194**
**(Chapter 11)**

**Debtor.** *

* * * * * * * * * * * * *

**MOTION TO SHORTEN TIME TO RESPOND TO AND REQUEST FOR A HEARING ON EMERGENCY BASIS REGARDING BIDDING PROCEDURES MOTION**

Hedwin Corporation, debtor and debtor-in-possession (the "Debtor"), pursuant to 11 U.S.C. § 105, Federal Rule of Bankruptcy Procedure 9007(c), and Local Rule of Bankruptcy Procedure 6004-1, files this Motion to Shorten Time to Respond to and Request for a Hearing on Emergency Basis Regarding Bidding Procedures Motion (defined below), and in support states as follows:

1. On April 2, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

2. On April 4, 2014, the Debtor filed a Motion for an Order: (A) Approving Bidding Procedures for Substantially All of the Debtor's Assets; (B) Authorizing and Scheduling an Auction; (C) Scheduling a Hearing for Approval of the Sale of Assets Free and Clear of Liens and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidder; (D) Approving Breakup Fee and Expense Reimbursement; (E) Approving Procedures and Setting Deadlines for the Assumption and Assignment of Executory Contracts and Unexpired Leases, Including Cure Amounts relating thereto; (F) Approving Certain

Deadlines and the Form, Manner and Sufficiency of Notice; and (G) Granting Other Related Relief (the "Bidding Procedures Motion").

3. Also on April 4, 2014, the Debtor filed a Motion for an Order: (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances And Interests Pursuant to Sections 363(b), (f), and (m) of the Bankruptcy Code; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (the "Sale Motion").

4. As set forth more fully in the Bidding Procedures Motion and the Sale Motion, the Debtor seeks to sell substantially all of its assets outside the ordinary course of its business. Prior to the Petition Date, the Debtor extensively marketed its assets, and has entered into a stalking horse asset purchase agreement (the "Stalking Horse APA") with Fujimori Kogyo Co., Ltd. ("Fujimori"). The Bidding Procedures Motion requests that this Court approve the procedures that will govern an auction sale of the Debtor's assets.

5. The Bidding Procedures Motion further requests, among other things, that this Court set an auction date, schedule a hearing on the Sale Motion, and approve certain deadlines as to the form, manner and sufficiency of the Notice of the Sale Motion, and any hearing thereon.

6. The Debtor requests that the Court set a hearing on the Bidding Procedures Motion on an expedited basis so that the Debtor may provide sufficient, timely, and effective Notice of the Sale Motion, objection deadline and hearing on the Sale Motion as efficiently as possible.

7. In light of the Debtor's extensive prepetition sales marketing efforts and the Debtor's cash flow and liquidity problems, and because the sale to Fujimori will be as a going

concern with the retention of the Debtor's current employees, the Debtor believes that the Stalking Horse APA is on terms that are fair and reasonable and is seeking approval of the Bidding Procedures Motion on an expedited basis. The relief requested in this Motion is in the best interests of the Debtor's estate, its creditors and other parties-in-interest.

8. The Debtor requests that the Court set a hearing on the Bidding Procedures Motion on or before April 18, 2014, and set a deadline for objections to the Bidding Procedures Motion that is no later than two (2) days before the hearing on the Bidding Procedures Motion.

WHEREFORE, the Debtor requests that this Court enter an order granting this Motion, shortening the time to respond to the Bidding Procedures Motion, setting a hearing on the Bidding Procedures Motion on or before April 18, 2014, and setting a deadline for objections to the Bidding Procedures Motion that is no later than two (2) days before the hearing on the Bidding Procedures Motion, and granting such other and further relief as is just and equitable.

Dated: April 4, 2014

/s/ Alan M. Grochal
Alan M. Grochal, Bar No. 01447
Stephen M. Goldberg, Bar No. 01156
Catherine K. Hopkin, Bar No. 28257
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone: 410-752-9700
Facsimile: 410-722-5460
agrochal@tydingslaw.com
sgoldberg@tydingslaw.com
chopkin@tydingslaw.com
Counsel for Debtor and Debtor in Possession