IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **In re** | Bankruptcy Case No.: |
| **Hedwin Corporation** | 14-15194-NVA |
| **Debtor** | Chapter 11 |

### APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. Section 1102(a)(1), the following creditors are appointed to a committee of unsecured creditors:

John H. Forrey, Jr., President
Specialty Industries, Inc.
1175 E. Walnut Street
PO Box 330
Red Lion, PA   17356

Brian McPherson, Credit Manager
Chevron Phillips Chemical Co.
10001 Six Pines Drive
The Woodlands, TX   77380

Joel Barta, Credit Director
Green Bay Packaging, Inc.
1700 N. Webster Court
Green Bay, WI   54313

Cassandra Guichard
Pension Benefit Guaranty Corporation
1200 K. Street NW, Room 2403
Washington, DC   20005

Christopher Schultz, Credit Manager
INEOS Olefins & Polymers USA
2600 South Shore Blvd, Ste 500
League City, TX   77581

Roger Needham
Anchor Staffing
6960 Aviation Blvd., Suite D
Glen Burnie, MD   21061

George Spagnoli, Credit Director
Ampacet Corporation
660 White Plains Road
Tarrytown, NY   10591

The committee has selected John H. Forrey, Jr. as their chairman.   The committee has not yet engaged counsel.

Respectfully submitted,

                                        Judy A. Robbins
                                        United States Trustee, Region Four

Date: April 9, 2014                      By: */s/Katherine A. Levin*
                                            Katherine A. Levin Federal Bar Number: 10916
                                            101 West Lombard Street, Suite 2625
                                            Baltimore, Maryland 21201
                                            (410) 962-4300

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on April 9, 2014, a copy of the foregoing Notice was sent to the members of the committee by electronic mail.

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Curtis C. Coon    cccoon@ccclaw.net, davidhcole@ccclaw.net;ccasler@ccclaw.net;zcoon@ccclaw.net;mshach@ccclaw.net
- Linda V. Donhauser    ldonhauser@milesstockbridge.com
- Tammy Cohen Drescher    tcohen@sellmanhoff.com
- Alan M. Grochal    agrochal@tydingslaw.com, bcammarata@tydingslaw.com;jdunsmore@tydingslaw.com
- Catherine Keller Hopkin    chopkin@tydingslaw.com, bcammarata@tydingslaw.com
- Katherine A. (UST) Levin    Katherine.A.Levin@usdoj.gov, brenda.b.wilmore@usdoj.gov
- Patrick John Potter    patrick.potter@pillsburylaw.com, jerry.hall@pillsburylaw.com;dania.slim@pillsburylaw.com
- Marc E. Shach    mshach@ccclaw.net, mshach@comcast.net;cccoon@ccclaw.net;ccasler@ccclaw.net;cherman@ccclaw.net;davidhcole@ccclaw.net
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                                                                         */s/Katherine A. Levin*