# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: <br><br> HEDWIN CORPORATION, <br><br> Debtor. | Case No. 14-15194-NVA <br> Chapter 11 |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

NOTICE IS HEREBY GIVEN that the undersigned appears as counsel for the Official Committee of Unsecured Creditors, subject to approval of the Court, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the above-captioned case and requests that all notices and pleadings given or required to be given and copies of all papers served or required to be served in these cases be given and served on the following:

> Sharon L. Levine, Esquire
> S. Jason Teele, Esquire
> Lowenstein Sandler LLP
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Telephone: (973) 597-2500
> slevine@lowenstein.com
> steele@lowenstein.com
> Proposed Counsel to the Official Committee of Unsecured Creditors

> -and-

> Maria Ellena Chavez-Ruark, Esquire
> Saul Ewing LLP
> 500 East Pratt Street, 9th Floor
> Baltimore, MD 21202
> Telephone: (410) 332-8797
> mruark@saul.com
> Proposed Maryland Counsel to the Official Committee of Unsecured Creditors

1258960.1 04/12/2014

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules but also, without limitation, all orders, applications, motions, petitions, responses, objections, replies, requests, complaints, demands, reports, lists, schedules, statements, Chapter 11 plans, disclosure statements and all other pleadings filed herein or in any related adversary proceeding, whether formal or informal, written or oral and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings.

PLEASE TAKE FURTHER NOTICE that this Notice of Entry of Appearance and Request for Notices shall not be deemed or construed to be a waiver of any rights, including without limitation the following: (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) the right to have a trial by jury in any proceeding so triable in these cases or any case, controversy or adversary proceeding related to these cases, (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, regardless of whether entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 14, 2014                Respectfully submitted,

By:   */s/ Maria Ellena Chavez-Ruark*
Maria Ellena Chavez-Ruark (Bar No. 23941)
Saul Ewing LLP
500 East Pratt Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8797
mruark@saul.com

Proposed Maryland Counsel to the Official Committee of Unsecured Creditors

- and -

-2-

-3-

        Sharon Levine, Esquire
        S. Jason Teele, Esquire
        LOWENSTEIN SANDLER LLP
        65 Livingston Avenue
        Roseland, NJ 07068
        Telephone: (973) 597-2500
        slevine@lowenstein.com
        steele@lowenstein.com

        Proposed Counsel to the Official Committee of
        Unsecured Creditors

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2014, I served a copy of the foregoing Notice of Entry of Appearance and Request for Notices electronically via the Court's CM/ECF electronic notification system on the following:

Alan M. Grochal, Esquire
Catherine Keller Hopkin, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Katherine A. Levin, Esquire
Office of U.S. Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

Marc E. Shach, Esquire
Curtis C. Coon, Esquire
Coon & Cole, LLC
401 Washington Avenue, Suite 501
Towson, MD 21204

Linda V. Donhauser, Esquire
Kristen M. Siracusa, Esquire
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Patrick J. Potter, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street NW
Washington, DC 20037

Tammy Cohen Drescher
Sellman Hoff LLC
2201 Old Court Road
Pikesville, MD 21208

Mark D. Maneche, Esquire
Tiffany S. Franc, Esquire
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204

Samuel C. Batsell, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street N.W.
Washington, DC 20005-4026

James S. Carr, Esquire
Jason Adams, Esquire
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Paul W. Linehan, Esquire
South Franklin Street Partners
McDonald Hopkins
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114

And on the following parties by first class mail, postage prepaid:

Ampacet Corporation
660 White Plaines Road
Tarrytown, NY 10591

Anchor Staffing
6960 Aviation Boulevard, Suite D
Glen Burnie, MD 21061

Baltimore Gas & Electric
P.O. Box 13070
Philadelphia, PA 19101

Chevron Phillips Chemical
1400 Jefferson Avenue
Pasadena, TX 77502

-5-

| | |
|---|---|
| Constellation NewEnergy, Inc.<br>800 Boylston Street<br>Suite 28<br>Boston, MA 02199 | Electronic Restoration Services<br>Attn: Leo Gusfa<br>12001 Levan Road<br>Livonia, MI 48150 |
| Green Bay Packaging<br>1100 Gilroy Road<br>Hunt Valley, MD 21031 | Guernsey Office Products<br>45070 Old Ox Road<br>Sterling, VA 20166 |
| INEOS Olefins & Polymers USA<br>13536 Collections Center Drive<br>Chicago, IL 60693 | MD Unemployment Insurance Division<br>1100 North Eutaw Street<br>Baltimore, MD 21201 |
| Meyers Construction<br>Attention: Mike Shilling<br>1121 Greenwood Road, Suite 101<br>Pikesville, MD 21208 | PCA – Salt Lake City<br>4654 West 1525 South<br>Salt Lake City, UT 84104 |
| Polyone<br>10115 Kincey Avenue, Suite 240<br>Huntersville, NC 28078 | Priority Worldwide Services<br>504 McCormick Drive<br>Glen Burnie, MD 21061 |
| Serv Pro<br>Attention: John Wall<br>102 Cockeysville Road<br>Cockeysville, MD 21030 | Sixth Sense Partners<br>3041 Warrington Road<br>Cleveland, OH 44120 |
| Specialty Industries<br>Attention: John H. Forrey, Jr.<br>175 East Walnut Street<br>Red Lion, PA 17356 | Transamerica Retirement Solutions<br>Attention: Connie McDonald<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499 |
| Worldwide Dispenser<br>Lee Road Merton Park Estate<br>Merton London, UK | Zacros America<br>1821 Walden Office Square, Suite 400<br>Schaumburg, IL 60173 |

                                         */s/ Maria Ellena Chavez- Ruark*
                                          Maria Ellena Chavez-Ruark

1258960.1 04/12/2014