

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **HEDWIN CORPORATION,** | * | **Case No. 14-15194-NVA** |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**STIPULATION AND ORDER EXTENDING TIME FOR
THE OFFICIAL COMMITTEE OF UNSEUCRED CREDITORS TO
RESPOND TO EMERGENCY MOTION TO APPROVE INTERIM AND FINAL ORDERS
PURSUANT TO 11 U.S.C. SECTIONS 105, 361, 362, 363 AND 364 AND RULES 2002, 4001
AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (1)
AUTHORIZING INCURRENCE BY THE DEBTOR OF POST-PETITION SECURED
INDEBTEDNESS WITH PRIORITY OVER ALL OTHER SECURED INDEBTEDNESS
AND WITH ADMINISTRATIVE SUPERIORITY, (2) GRANTING LIENS, (3)
AUTHORIZING USE OF CASH COLLATERAL BY THE DEBTOR PURSUANT TO 11
U.S.C. SECTION 363 AND PROVIDING FOR ADEQUATE PROTECTION, (4)
MODIFYING THE AUTOMATIC STAY, AND (5) SCHEDULING A FINAL HEARING**

The above captioned debtor and debtor in possession (the "**Debtor**) and the official

committee of unsecured creditors (the "**Committee**"), by their undersigned proposed attorneys,

hereby stipulate and agree to extend the deadline for the Committee and ACP-I, L.P. to respond to

the Emergency Motion to Approve Interim and Final Orders Pursuant to 11 U.S.C. Sections 105,

361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy

Procedure (1) Authorizing Incurrence by the Debtor of Post-Petition Secured Indebtedness with

Priority Over All Other Secured Indebtedness and with Administrative Superpriority, (2) Granting

Liens, (3) Authorizing Use of Cash Collateral by the Debtor Pursuant to 11 U.S.C. Section 363 and

Providing for Adequate Protection, (4) Modifying the Automatic Stay, and (5) Scheduling a Final

Hearing [Docket No. 18], filed by counsel for Debtor, through and including April 21, 2014 at 5:00

p.m. (prevailing Eastern time).

AGREED:

| | |
|---|---|
| /s/ *Alan M. Grochal* | /s/ *Linda V. Donhauser* |
| Alan M. Grochal, Bar No. 01447 | Linda V. Donhauser, Bar No. 06783 |
| Stephen M. Goldberg, Bar No. 1156 | Kristen M. Siracusa, Bar No. 28984 |
| Catherine K. Hopkin, Bar No. 28257 | Miles & Stockbridge P.C. |
| Tydings & Rosenberg, LLP | 100 Light Street |
| 100 East Pratt Street, 26th Floor | Baltimore, MD 21202 |
| Baltimore, Maryland 21202 | Telephone: 410-385-3684 |
| Telephone: 410-752-9700 | Facsimile: 410-385-3700 |
| Facsimile: 410-722-5460 | |
| | |
| Proposed Counsel for Hedwin Corporation | Counsel for Bank of America, N.A. |

| | |
|---|---|
| /s/ *Sharon L. Levine* | /s/ *Irving E. Walker* |
| Sharon L. Levine, Esq. | Irving E. Walker, Bar. No. 00175 |
| S. Jason Teele, Esq. | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Lowenstein Sandler LLP | 300 East Lombard Street, Suite 2000 |
| 65 Livingston Avenue | Baltimore, MD 21202 |
| Roseland, New Jersey 07068 | Telephone: 410-528-2970 |
| Telephone: 973-597-2500 | Facsimile: 410-528-9400 |
| Facsimile: 973-597-2400 | |
| | |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Counsel for ACP-1, L.P. |

-and-

Maria Ellena Chavez-Ruark, Esq.
Saul Ewing LLP
500 East Pratt Street, 9th Floor
Baltimore, MD 21202
Telephone:  410-332-8797
Facsimile:  410-332-8074

Proposed Maryland Counsel to the
Official Committee of Unsecured Creditors

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the ___/s/___ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Maria Ellena Chavez-Ruark*
Maria Ellena Chavez-Ruark

**END OF ORDER**