

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **HEDWIN CORPORATION** | | Case No. 14-15194-NVA |
| | * | |
| | | **(Chapter 11)** |
| **Debtor** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING MOTION FOR AUTHORITY TO
ASSUME AND CURE CERTAIN EXECUTORY CONTRACTS RELATING TO
INSURANCE PREMIUM FINANCING OBLIGATIONS**

UPON CONSIDERATION of the Motion for Authority to Assume and Cure Certain Executory Contracts Relating to Insurance Premium Financing Obligations (the "Motion") filed on behalf of Hedwin Corporation, the debtor and debtor-in-possession (the "Debtor"), and after consideration of any objection thereto, there appearing good cause for granting the relief requested in the Motion, and for the reasons stated therein; it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED**, that the Debtor is authorized to cure any arrears owed pursuant to the Executory Contracts, as that term is defined in the Motion, in the approximate amount of $7,200.

#2171392v.1

**END OF ORDER**

cc: Alan M. Grochal, Esquire
Tydings & Rosenberg LLP
100 E. Pratt Street, 26th Fl.
Baltimore, Maryland 21202-1009

First Insurance Funding Corp.
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062

RCM&D
c/o Lorie Mathews
555 Fairmount Avenue
Baltimore MD 21286-5497

#2171392v.1