IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **HEDWIN CORPORATION** | * | Case No. 14-15194 |
| **Debtor** | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS (DISTRIBUTORSHIP AGREEMENTS) THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on April 2, 2014 (the "<u>Petition Date</u>"), Hedwin Corporation, debtor and debtor-in-possession (the "<u>Debtor</u>") filed a voluntary petition for relief under title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**PLEASE TAKE FURTHER NOTICE** that on April 17, 2014 the Court entered an Order (A) Approving Bidding Procedures For Sale Of Debtor's Assets; (B) Authorizing And Scheduling An Auction; (C) Scheduling Hearing For Approval Of The Sale Of Assets Free And Clear Of Liens And The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases To The Successful Bidder; (D) Approving Breakup Fee And Expense Reimbursement; (E) Approving Procedures And Setting Deadlines For The Assumption And Assignment Of Executory Contracts And Unexpired Leases, Including Cure Amounts Relating Thereto; And (F) Approving Certain Deadlines And The Form, Manner And Sufficiency Of Notice; And (G) Granting Other Related Relief (the "<u>Bidding Procedures Order,</u>" Doc. # 80). This Notice is issued pursuant to the requirements of the Bidding Procedures Order. The Bidding Procedures Order and the order approving the Sale Motion (defined below) shall govern the Debtor's assumption and assignment of the Assumed Contracts (defined below).

**PLEASE TAKE FURTHER NOTICE** that on April 4, 2014, the Debtor filed its Motion for an Order (i) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of Substantially All Assets Outside the Ordinary Course of Business; (ii) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (iii) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief (the "<u>Sale Motion</u>"). Pursuant to the Sale Motion, a copy of which is attached as **Exhibit A** to this Notice, the Debtor seeks, *inter alia*, the Bankruptcy Court's approval of the sale of the Debtor's assets, including the assumption and assignment of various executory contracts and unexpired leases (the "<u>Assumed Contracts</u>"), to the Successful Bidder (as defined in the Sale Motion), free and clear of liens, claims, encumbrances and other interests.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Sale Motion has been set for **May 12, 2014, at 2:00 p.m. (Eastern Daylight Time**) before the Honorable Nancy V. Alquist, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, 2nd Floor, Courtroom No. 2A, Baltimore, Maryland 21201.

**PLEASE TAKE FURTHER NOTICE** that the amount shown on **Exhibit B** attached to this Notice as the "<u>Cure Cost</u>" for the Assumed Contract listed on **Exhibit B** to which you are a party is the

amount, based upon the Debtor's books and records, which the Debtor asserts is owed to cure any defaults existing under the Assumed Contract as of the Petition Date.[1]

**PLEASE TAKE FURTHER NOTICE** that the buyer may exclude any agreement or agreements from the list of Assumed Contracts at any time within seven (7) calendar days prior to the closing.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Cost shown for the Assumed Contract on **Exhibit B**, or if you object to the assumption and assignment of your Assumed Contract on any ground, you must file an objection in writing with the United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201 on or before 4:00 p.m. Eastern Daylight Time on **May 5, 2014**. In addition, any objection must attached a complete copy of your contract (including all amendments thereto) and set forth the specific default or defaults alleged, set forth any such other ground for objection, and set forth any Cure Cost as alleged by you.

**PLEASE TAKE FURTHER NOTICE** that any objection to the assignment and assumption of your Assumed Contract or to the Cure Cost must be served so as to be received by that same date and time stated above upon the following parties: (i) the Debtor: Tydings & Rosenberg LLP, 100 E. Pratt Street, 26th Floor, Baltimore, MD 21202, (Attention: Alan M. Grochal and Stephen M. Goldberg), Facsimile: (410) 727-5460; (ii) counsel to the Official Committee of Unsecured Creditors: Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ, Attention: Sharon L. Levine, Esq. and S. Jason Teele, Esq., slevine@lowenstein.com and steele@lowenstein.com and Maria Ellena Chavez-Ruark, Esq., Saul Ewing LLP, 500 East Pratt Street, Suite 900, Baltimore, MD 21202; (iii) counsel to the Bank of America, N.A.: Miles and Stockbridge P.C., 100 Light Street, Baltimore, MD 21202 (Attention: Linda V. Donhauser and Frederick W. Runge): Facsimile: (410) 385-3800; (iv) counsel to ACP-I, L.P.: McDonald Hopkins, 600 Superior Avenue, East, Suite 2100, Cleveland, Ohio 44114 (Attention: Paul W. Linehan); (v) the Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201; and (vi) counsel to the Stalking Horse Bidder: Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036-4039 (Attention: Shinya Akiyama): Facsimile: (212) 858-1500.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION OR OBJECTIONS AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE. ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE COSTS FOR SUCH ASSUMED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE COSTS, AND ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION ON OTHER GROUNDS IS DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED CONTRACT ON THE TERMS AND CONDITIONS REQUESTED BY THE DEBTOR.**

---

[1]   Your receipt of this notice does not constitute an admission by the Debtor that your agreement actually constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code, and the Debtor expressly reserves the right to challenge the status of any agreement.

#2181115v.1

- 3 -

|  |  |
|---|---|
| Dated:  April 24, 2014 | /s/ Alan M. Grochal<br>Alan M. Grochal, Bar No. 01447<br>Stephen M. Goldberg, Bar No. 01156<br>Catherine K. Hopkin, Bar No. 28257<br>Tydings & Rosenberg LLP<br>100 East Pratt Street, 26th Floor<br>Baltimore, Maryland 21202<br>Telephone:  410-752-9700<br>Facsimile:  410-722-5460<br>agrochal@tydingslaw.com<br>sgoldberg@tydingslaw.com<br>chopkin@tydingslaw.com<br>*Counsel for Debtor and Debtor-in-Possession* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April 2013, the foregoing Notice to Counterparties to Executory Contracts (Distributorship Agreements) that May Be Assumed and Assigned was served electronically or mailed, first class, postage prepaid, to all parties on the attached matrix.

/s/ Alan M. Grochal
Alan M. Grochal

- 3 -

#2181115v.1

Hedwin Ltd. Matrix
4/14/14

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard St., Suite 2625
Baltimore, MD  21201

Linda V. Donhauser, Esquire
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD  21202

Bank of America
John Getz
300 Galleria Parkway, Suite 800
Atlanta, GA  30339

Specialty Industries
175 East Walnut Street
Red Lion, PA  17356

Serv Pro
102 Cockeysville Road
Cockeysville, MD  21030

Chevron Phillips Chemical
1400 Jefferson Avenue
Pasadena, TX  77502

Electronic Restoration Services
12001 Levan Road
Livonia, MI  48150

Zacros America
1821 Walden Office Square
Suite 400
Schaumburg, IL  60173

Meyers Construction
1121 Greenwood Road
Suite 101
Pikesville, MD  21208

Constellation Newenergy, Inc.
800 Boylston Street
Site 28
Boston, MA 02199

Ineos Olefins & Polymers USA
13536 Collections Center Drive
Chicago, IL  60693

PCA – Salt Lake City
4654 West 1525 South
Salt Lake City, UT  84104

MD Unemployment Insurance Division
1100 North Eutaw Street
Baltimore, MD  21201

Gary S. Beling
Managing Director
Mizuhu Securities USA, Inc.
320 Park Avenue, 12th Floor
New York, NY  10022

Worldwide Dispensers
Merton Industrial Park
Lee Road
London SW19 3WD
United Kingdom

Green Bay Packaging
1100 Gilroy Road
Hunt Valley, MD 21031

BGE
110 West Fayette Street
Baltimore, MD  21201
Attn:  G. Bush

Transamerica Retirement Solutions
Connie McDonald
4333 Edgewood Road NE
Cedar Rapids, IA  52499

Anchor Staffing
6960 Aviation Blvd.
Suite D
Glen Burnie, MD  21061

South Franklin Street Partners
c/o Paul W. Linehan
McDonald Hopkins
600 Superior Avenue East, Suite 2100
Cleveland, OH  44114

Pillsbury Winthrop Shaw Pittman LLP
Patrick J. Potter, Esq.
2300 N. Street, NW
Washington, DC 20037

Sixth Sense Partners
3041 Warrington Road
Cleveland, OH 44120

PolyOne
114 Morehead Road
Statesville, NC 28677

Guernsey Office Products
45070 Old Ox Road
Sterling, VA 20166

Priority Worldwide Services
7361 Coca Cola Dr.
Hanover, MD 21076

Ampacet Corporation
660 White Plaines Road
Tarrytown, NY 10591

- 4 -

#2181115v.1

| | | |
|---|---|---|
| Sharon L. Levine, Esquire<br>S. Jason Teele, Esquire<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ  07068 | Peter Trost<br>ESOP Services<br>North Star Trust Co.<br>311 W. Monroe Street, 14th Floor<br>Chicago, IL 60606 | Maria Ellena Chavez-Ruark, Esquire<br>Saul Ewing LLP<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD  21202 |
| James S. Carr, Esquire<br>Jason Adams, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Marc E. Shach, Esquire<br>Curtis C. Coon, Esquire<br>Coon & Cole, LLC<br>401 Washington Avenue, Suite 301<br>Towson, MD  21204 | Tammy Cohn, Esquire<br>Sellman Hoff, LLC<br>The Cooperage<br>2201 Old Court Road<br>Baltimore, MD  21208 |
| Mark D. Maneche, Esquire<br>Tiffany S. Franc, Esquire<br>Pessin Katz Law, P.A.<br>901 Dulaney Valley Rd., Suite 400<br>Towson, MD  21204 | Samuel C. Batsell<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 k Street, NW<br>Washington, DC  20005-4026 | Irving Walker, Esquire<br>Cole Schotz<br>300 East Lombard Street, Suite 2000<br>Baltimore, MD  21202 |
| All American Containers, Inc.<br>c/o Malou Davis<br>9330 NW 110th Avenue<br>Miami, FL  33178 | All-Pak Inc.<br>1709 Dividend Road<br>Columbus, OH  43288 | Basco, Inc.<br>2595 Palmer Avenue<br>University Park, IL  60466 |
| Container and Packaging Supply, Inc.<br>1345 East State<br>Eagle, ID  83616 | Huberman & Sons, Ltd.<br>22 Modin Street<br>Petach-Tikva 49271<br>Israel | Indiana Naval Store Company<br>2750 Barnes Avenue<br>Indianapolis, IN  46208 |
| Inmark, Inc.<br>675 Hartman Road<br>Suite 100<br>Austell, GA  30168 | Inmark, Inc.<br>401 37th Street North<br>Birmingham, AL  35217 | Inmark, Inc.<br>600 Suemac Road<br>Suite 4<br>Jacksonville, FL  32254 |
| Inmark, Inc.<br>8301 Triad Drive<br>Greensboro, NC  27409 | Inmark, Inc.<br>4193 Eagle Hill Drive<br>High Point, NC  27265 | J.F. Shelton Co.<br>c/o Rick Strellman<br>19516 62nd Avenue South<br>Kent, WA  98032 |
| J.F. Shelton Co.<br>3339 NW 26th Avenue<br>Portland, OR  97210 | J.F. Shelton Co.<br>18806 96th Avenue<br>Surrey, BC<br>Canada V4N 3R1 | J.F. Shelton Co.<br>2318 East Del Amo Blvd.<br>Rancho Domingues, CA  90220 |
| Kaufman Container Co.<br>230 Circle Freeway Drive<br>Cincinnati, OH  45246 | Kols Containers, Inc.<br>1408 DeSoto Road<br>Baltimore, MD  21230 | Northpak Container Corp.<br>c/o Mary Dahl<br>1842-A Enterprises Parkway<br>Twinsburg, OH  44087 |

- 5 -

#2181115v.1

- 6 -

| | | |
|---|---|---|
| Northpak Container Co.<br>7390 Union Center Blvd.<br>Fairfield, OH  45014 | Northpak Container Co.<br>900 North Great Southwest Pkwy.<br>Dallas, TX  76011 | Northpak Container Co.<br>1801 W. Roosevelt Road<br>Little Rock, AR  72206 |
| Package Supply and Equipment, Inc.<br>1931 Perimeter Road<br>Greenville, SC  29605 | Package Supply and Equipment, Inc.<br>2311-B Distribution Center Drive<br>Charlotte, NC  28269 | Paramount Can Company<br>16430 Phoebe Avenue<br>La Mirada, CA  90638 |
| Paramount Can Company<br>2055-A Burroughs Avenue<br>San Leandro, CA  94577 | Sun West Container Co.<br>4101 West Washington Street<br>Phoeniz, AZ  85009 | Sun West Container Co.<br>1070 East Mill Street<br>Tuscon, AZ  85719 |