B6G (Official Form 6G) (12/07)

In re  **Hedwin Corporation**                                     ,   Case No.   **14-15194**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AEG Environmental**<br>27 Liberty St.<br>Site 4<br>Westminster, MD 21158 | **Agreement to provides Hazardous Materials Emergency Response Services .** |
| **Aeroteck Staffing**<br>7301 Parkway Drive<br>Elkridge, MD 21075 | **Supplemental staffing services.** |
| **Alex N. Sill Company**<br>c/o Marks A. Phillips<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114 | **Fire Loss Consultant** |
| **All American Containers Inc**<br>Malou Davis<br>9330 NW 110TH Ave<br>Miami, FL 33178 | **Distributor agreement. Annual Renewal** |
| **ALL-PAK**<br>1709 Dividend Rd<br>Columbus, OH 43228 | **Distribution Agreement. Annaul Renewal. Locations Columbus , OH and Carbondale, PA .** |
| **Anchor Staffing**<br>C/O Tammy Cohen , Esq<br>2201 Old Court Rd<br>Pikesville, MD 21208 | **Temporary Staffing and Services Contract** |
| **ASG Software Solutions**<br>PO BOX 2197<br>Carol Stream, IL 60132 | **Annual Service Agreement on Safari Interface Software**<br>**One year agreement expires on 8/31/14** |
| **Automotive Rentals**<br>PO BOX 8500-4375<br>Philadelphia, PA 19178 | **Rental Agreement for two vehicles and monthly maintenance agreement for three vehicles.**<br>**Three located in Baltimore, MD**<br>**One in Cincinnati , OH**<br>**One in Texas** |
| **Basco Inc**<br>2595 Palmer Ave<br>Park Forest, IL 60466 | **Distribution Agreement. Annual Renewal** |
| **Bowman Trailer Leasing**<br>10233 Governor Lane Blvd.<br>Williamsport, MD 21795 | **14 road worthy and 5 storage trailers , all located in Baltimore , MD** |

**3**
\_\_\_\_\_  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Hedwin Corporation**                                                                                     Case No.  **14-15194**
                                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chubb National Insurance Group**<br>**Chubb Group of Insurance Companies**<br>**15 Mountain View Rd**<br>**Warren, NJ 07059** | **Worker's Compensation Insurance. Payments made to RCM&D as payment agent.** |
| **Consellation Energy**<br>**1221 Lamar Street**<br>**Suite 750**<br>**Houston, TX 77010** | **Master Load Response Agreement for electrical services.** |
| **Container and Packaging Supply**<br>**1345 East State**<br>**Eagle, ID 83616** | **Distribution Agreement. Annual Renewal** |
| **DeLage Landen Financial Serv**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** | **Lift Trailers all located in Baltimore** |
| **Express Staffing**<br>**3973 South McCarran Blvd**<br>**Reno, NV 89502** | **Staffing services for Reno NV location .** |
| **First Insurance Funding**<br>**PO BOX 66468**<br>**Northbrook, IL 60062** | **Financing agreement for Insurance Policy Premiums**<br>**2/2/14- 10/31/14** |
| **Great Northern Insurance Company**<br>**Chubb Group of Insurance Companies**<br>**15 Mountain View Rd**<br>**Warren, NJ 07059** | **General Liability , Automobile and Umbrella Insurance. Payments are made to RCM&D as payment agent.** |
| **Huberman & Sons, ltd**<br>**22 Modin St.**<br>**Petach-Tikva 49271 Israel** | **Distribution Agreement. Annual Renewal** |
| **Imelda Reno, LLC**<br>**PO BOX 779**<br>**Lafayette, CA 94549** | **Real Estate lease for 9175 Moya Bld. Unit D Reno, NV 89506**<br>**10 year lease expires on 9/30/20** |
| **Indiana Naval Store Company**<br>**2750 Barnes Ave**<br>**Indianapolis, IN 46208** | **Distribution Agreement. Annual Renewal** |
| **Inmark Inc**<br>**675 Hartman Rd**<br>**Suite 100**<br>**Austell, GA 30168** | **Distribution Agreement. Annual Renewal** |
| **Inmark Inc**<br>**600 Suemac Rd**<br>**Ste. 4**<br>**Jacksonville, FL 32254** | **Distribution Agreement. Annual Renewal** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **Hedwin Corporation**, Case No. **14-15194**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Inmark Inc<br>8301 Triad Drive<br>Greensboro, NC 27409 | Distribution Agreement. Annual Renewal |
| Inmark Inc<br>4139 Eagle Hill Drive<br>High Point, NC 27265 | Distribution Agreement. Annual Renewal |
| Inmark Inc.<br>401 37th Street North<br>Birmingham, AL 35217 | Distribution Agreement. Annual Renewal |
| J.F. Shelton Co.<br>2318 East Del Amo Blvd<br>Compton, CA 90220 | Distribution Agreement. Annual renewal |
| J.F.Shelton<br>18806 9th Ave<br>Surrey, BC, Canada V4N 3R1 | Distribution Agreement. Annual Renewal |
| J.F.Shelton Co<br>3339 NW 26TH Ave<br>Portland, OR 97210 | Distribution Agreement. Annual Renewal |
| J.F.Shelton Co.<br>c/o Rick Strellman<br>19516 62nd Ave South<br>Kent, WA 98032 | Distribution Agreement. Annual Renewal |
| Kaufman Container Co.<br>230 Circle Freeway Drive<br>Cincinnati, OH 45246 | Distribution Agreement. Annual Renewal |
| Kin Properties, Inc.<br>185 NW Spanish River Blvd. Suite 100<br>Boca Raton, FL 33431 | Real Estate lease for 1700 W. 41st Street, Baltimore, MD 21211<br>lease expires on 1/31/16 |
| KOLS Containers, Inc.<br>1408 DeSoto Rd<br>Baltimore, MD 21230 | Distribution Agreement. Annual Renewal |
| Maurice LeCompte<br>1011 Quail Run<br>Camden Wyoming, DE 19934 | Employment / Management Retention Agreement |
| NCAS<br>PO BOX 791260<br>Baltimore, MD 21279 | Medical and Dental Claims, Administrative Service Agreement, |
| NCAS<br>PO BOX 791260<br>Baltimore, MD 21279 | Prescription Drug Benefits, Administrative Service Agreement |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Hedwin Corporation**                                                      ,   Case No.   **14-15194**
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Northpak Container Corp**<br>c/o Mary Dahl<br>1842 -A Enterprise Parkway<br>Twinsburg, OH 44087 | **Distribution Agreement for Twinsburg, Fairfield, Dallas, Houston, Greeville, Charolette, and LittleRock.**<br>**Annual Renewal** |
| **Optima Solutions**<br>210 25th Ave North<br>Suite 700<br>Nashville, TN 37203 | **Purchase agreement for payroll software** |
| **Paramount Can Company**<br>16430 Phoebe Ave<br>La Mirada, CA 90638 | **Distribution Agreement for La Mirada and San Leandro . Annual Renewal** |
| **RCM & D**<br>555 Fairmont Ave<br>Towson, MD 21286 | **Payments toward Insurance policies** |
| **Richard Broo**<br>773 Abbey Lane<br>Milford, MI 48381 | **Employment / Management Retention Agreement.** |
| **Ryder Transportation Services**<br>201 Northpoint Blvd.<br>Baltimore, MD 21224 | **Lease for two trucks. Both located in Baltimore, MD** |
| **Sun West Container Co.**<br>4101 West Washington St.<br>Phoenix, AZ 85009 | **Distribution agreement for Phoenix AZ and Tucson AZ . Annual Renewal** |
| **Symetra**<br>1 E Uwchlan Ave.<br>Suite 303<br>Exton, PA 19341 | **Life Insurance and Long Term Disability Insurance** |
| **ThomasNet**<br>5 Penn Plaza<br>New York, NY 10001 | **Service agreement for internet solutions , social media and navigator platform technology .** |
| **Toyota Motor Credit**<br>P.O. Box 2431<br>Carol Stream, IL 60132 | **11 Lift Trucks located in Baltimore,MD**<br>**1 Lift Truck located in Reno, NV** |
| **WWGS, LLC d/b/a**<br>2 Reservoire Circle, Suite 102<br>Pikesville, MD 21208 | **Real Estate lease for 1600 Roland Heights Ave. Baltimore, MD 21211. Lease expires on 6/30/17** |

   Sheet   **3**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases