# Hedwin Corporation
## Accumulation of Payments by Vendor (90 Days Prior to Filing)

| PAYMENT NUMBER | DATE | VENDOR NUMBER | VENDOR NAME | TYPE | AP ACCT DEBITED | Accumulation of Amounts Paid |
|---|---|---|---|---|---|---|
| 63417 | 01/21/14 | 2408 | A & A BOLT & SCREW CO. | AUTO | $155.00 | |
| 63401 | 01/16/14 | 31644 | ABTECH SUPPORT | AUTO | $1,498.41 | |
| 63446 | 01/21/14 | 31667 | ACCUBOND CORPORATION | AUTO | $8,134.85 | |
| 63381 | 01/16/14 | 30559 | ADVANCED PNEUMATICS CO | AUTO | $502.20 | |
| 63429 | 01/21/14 | 30559 | ADVANCED PNEUMATICS CO | AUTO | $159.50 | |
| 63348 | 01/16/14 | 1677 | AEC INC. | AUTO | $442.58 | |
| 63757 | 02/25/14 | 13137 | AEROTEK COMMERCIAL STAFFIN | AUTO | $3,239.20 | |
| 63862 | 03/18/14 | 13137 | AEROTEK COMMERCIAL STAFFIN | AUTO | $7,047.84 | |
| 63338 | 01/16/14 | 247 | AIRLINE HYDRAULICS | AUTO | $226.80 | |
| 63652 | 02/18/14 | 247 | AIRLINE HYDRAULICS | AUTO | $265.14 | |
| 63403 | 01/16/14 | 31708 | AIROYAL | AUTO | $409.65 | |
| 63558 | 02/04/14 | 31708 | AIROYAL | AUTO | $1,788.73 | |
| 63279 | 01/07/14 | 34 | AMPACET CORPORATION | AUTO | $8,220.00 | |
| 63335 | 01/16/14 | 34 | AMPACET CORPORATION | AUTO | $5,602.50 | |
| 63407 | 01/21/14 | 34 | AMPACET CORPORATION | AUTO | $8,730.47 | |
| 63525 | 02/04/14 | 34 | AMPACET CORPORATION | AUTO | $11,244.60 | |
| 63855 | 03/18/14 | 34 | AMPACET CORPORATION | AUTO | $5,879.96 | |
| 63865 | 03/18/14 | 31602 | ANCHOR STAFFING | AUTO | $6,988.03 | |
| 63400 | 01/16/14 | 31585 | ARTFORM, INC | AUTO | $65.05 | |
| 63319 | 01/14/14 | 11784 | AT&T | AUTO | $328.07 | |
| 63282 | 01/07/14 | 10589 | AUTOMOTIVE RENTALS, INC. | AUTO | $19.33 | |
| 63347 | 01/16/14 | 1500 | BALTIMORE BELTING COMPANY | AUTO | $265.31 | |
| 63280 | 01/07/14 | 301 | BALTIMORE GAS & ELECTRIC C | AUTO | $4,772.38 | |
| 63509 | 01/30/14 | 301 | BALTIMORE GAS & ELECTRIC C | AUTO | $12,700.29 | |
| 63513 | 01/30/14 | 7623 | BALTIMORE GAS & ELECTRIC C | AUTO | $16,227.68 | |
| 63527 | 02/04/14 | 301 | BALTIMORE GAS & ELECTRIC C | AUTO | $16,687.94 | |
| 63857 | 03/18/14 | 301 | BALTIMORE GAS & ELECTRIC C | AUTO | $14,369.35 | $64,757.64   <== Utilities |
| 1001180 | 01/06/14 | 1225 | BANK OF AMERICA | MANUAL | $451.81 | |
| 1001188 | 01/10/14 | 6017 | BANK OF AMERICA | MANUAL | $86,559.41 | |
| 1001189 | 01/10/14 | 1225 | BANK OF AMERICA | MANUAL | $17,805.71 | |
| 1001190 | 01/13/14 | 6017 | BANK OF AMERICA | MANUAL | $73,507.55 | |
| 1001191 | 01/13/14 | 1225 | BANK OF AMERICA | MANUAL | $3,209.70 | |
| 1001199 | 01/17/14 | 1225 | BANK OF AMERICA | MANUAL | $108,313.81 | |
| 1001200 | 01/17/14 | 6017 | BANK OF AMERICA | MANUAL | $23,588.61 | |
| 1001207 | 01/21/14 | 6017 | BANK OF AMERICA | MANUAL | $1,277.08 | |
| 1001212 | 01/24/14 | 13042 | BANK OF AMERICA | MANUAL | $10,693.75 | |
| 1001215 | 01/28/14 | 6017 | BANK OF AMERICA | MANUAL | $58,730.02 | |
| 1001216 | 01/28/14 | 1225 | BANK OF AMERICA | MANUAL | $2,725.19 | |
| 1001219 | 01/31/14 | 1225 | BANK OF AMERICA | MANUAL | $141,120.14 | |
| 1001230 | 01/31/14 | 1225 | BANK OF AMERICA | MANUAL | $27,424.50 | |
| 1001231 | 01/31/14 | 6017 | BANK OF AMERICA | MANUAL | $106,822.40 | |
| 1001241 | 02/07/14 | 6017 | BANK OF AMERICA | MANUAL | $116,601.37 | |
| 1001242 | 02/07/14 | 1225 | BANK OF AMERICA | MANUAL | $29,759.46 | |
| 1001244 | 02/10/14 | 6017 | BANK OF AMERICA | MANUAL | $64,731.24 | |
| 1001245 | 02/10/14 | 1225 | BANK OF AMERICA | MANUAL | $2,971.52 | |
| 1001255 | 02/14/14 | 1225 | BANK OF AMERICA | MANUAL | $28,848.59 | |
| 1001256 | 02/14/14 | 6017 | BANK OF AMERICA | MANUAL | $116,717.69 | |
| 1001266 | 02/21/14 | 6017 | BANK OF AMERICA | MANUAL | $97,348.32 | |
| 1001267 | 02/21/14 | 1225 | BANK OF AMERICA | MANUAL | $21,543.13 | |
| 1001278 | 02/28/14 | 6017 | BANK OF AMERICA | MANUAL | $178,644.07 | |
| 1001279 | 02/28/14 | 1225 | BANK OF AMERICA | MANUAL | $30,989.51 | |
| 1001286 | 03/07/14 | 6017 | BANK OF AMERICA | MANUAL | $114,690.26 | |
| 1001287 | 03/07/14 | 1225 | BANK OF AMERICA | MANUAL | $23,554.67 | |
| 1001304 | 03/14/14 | 6017 | BANK OF AMERICA | MANUAL | $179,509.71 | |
| 1001305 | 03/14/14 | 1225 | BANK OF AMERICA | MANUAL | $25,231.86 | |
| 1001306 | 03/14/14 | 13042 | BANK OF AMERICA | MANUAL | $9,026.73 | |
| 1001315 | 03/20/14 | 6017 | BANK OF AMERICA | MANUAL | $122,809.80 | |
| 1001316 | 03/20/14 | 1225 | BANK OF AMERICA | MANUAL | $25,569.87 | |
| 1001329 | 03/27/14 | 6017 | BANK OF AMERICA | MANUAL | $178,042.93 | |
| 1001330 | 03/27/14 | 1225 | BANK OF AMERICA | MANUAL | $27,547.21 | |
| 1001333 | 03/27/14 | 13042 | BANK OF AMERICA | MANUAL | $17,497.26 | |
| 1001343 | 03/31/14 | 1225 | BANK OF AMERICA | MANUAL | $921.59 | $2,074,786.47 |
| 63286 | 01/09/14 | 3811 | BERRY PLASTICS CORPORATION | AUTO | $7,610.06 | |
| 63314 | 01/14/14 | 3811 | BERRY PLASTICS CORPORATION | AUTO | $3,901.30 | |
| 63350 | 01/16/14 | 3811 | BERRY PLASTICS CORPORATION | AUTO | $7,540.85 | |
| 63529 | 02/04/14 | 3811 | BERRY PLASTICS CORPORATION | AUTO | $21,703.60 | |
| 63658 | 02/18/14 | 3811 | BERRY PLASTICS CORPORATION | AUTO | $13,314.40 | |
| 1001307 | 03/14/14 | 3811 | BERRY PLASTICS CORPORATION | MANUAL | $26,031.60 | $80,101.81   <== Resin / Plastic |
| 63318 | 01/14/14 | 11496 | BIDDLE STREET CATERING | AUTO | $744.51 | |
| 63485 | 01/28/14 | 11496 | BIDDLE STREET CATERING | AUTO | $342.74 | |
| 63634 | 02/14/14 | 11496 | BIDDLE STREET CATERING | AUTO | $902.45 | |
| 63297 | 01/09/14 | 31788 | BI-STATE & AMERIGAS COMPAN | AUTO | $122.41 | |
| 63391 | 01/16/14 | 31271 | BROUGHTON INTERNATIONAL | AUTO | $2,761.35 | |

| Check# | Date | Vendor# | Vendor | Type | Amount | Total | Note |
|---|---|---|---|---|---|---|---|
| 63547 | 02/04/14 | 30324 | BUSCH, INCORPORATED | AUTO | $295.00 | | |
| 63360 | 01/16/14 | 11119 | C J INTERNATIONAL, INC. | AUTO | $12,701.23 | | |
| 63463 | 01/23/14 | 11119 | C J INTERNATIONAL, INC. | AUTO | $15,342.52 | | |
| 63534 | 02/04/14 | 11119 | C J INTERNATIONAL, INC. | AUTO | $1,421.15 | | |
| 63366 | 01/16/14 | 12548 | C.H. ROBINSON COMPANY, INC | AUTO | $3,499.31 | | |
| 63492 | 01/28/14 | 12548 | C.H. ROBINSON COMPANY, INC | AUTO | $5,843.25 | | |
| 63517 | 01/30/14 | 12548 | C.H. ROBINSON COMPANY, INC | AUTO | $2,580.00 | | |
| 63605 | 02/11/14 | 12548 | C.H. ROBINSON COMPANY, INC | AUTO | $1,066.64 | | |
| 63670 | 02/18/14 | 12548 | C.H. ROBINSON COMPANY, INC | AUTO | $1,287.14 | | |
| 63747 | 02/25/14 | 12548 | C.H. ROBINSON COMPANY, INC | AUTO | $7,606.34 | | |
| 63860 | 03/18/14 | 12548 | C.H. ROBINSON COMPANY, INC | AUTO | $5,505.69 | $27,388.37 | |
| 1001205 | 01/21/14 | 1324 | CA STATE BOARD OF EQUALIZA | MANUAL | $2,027.00 | | |
| 63353 | 01/16/14 | 6799 | CAPITAL TRISTATE | AUTO | $502.24 | | |
| 63543 | 02/04/14 | 13087 | CARMEN'S CLEANING | AUTO | $480.00 | | |
| 63489 | 01/28/14 | 12426 | CARROLL INDEPENDENT FUEL C | AUTO | $697.21 | | |
| 63603 | 02/11/14 | 12426 | CARROLL INDEPENDENT FUEL C | AUTO | $1,274.69 | | |
| 63375 | 01/16/14 | 13131 | CENTRAL PENNSYLVANIA TRANS | AUTO | $200.00 | | |
| 63710 | 02/18/14 | 31778 | CHEMPOINT | AUTO | $37,213.11 | | |
| 63284 | 01/07/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | AUTO | $138,386.75 | | |
| 63327 | 01/14/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | AUTO | $74,488.05 | | |
| 1001217 | 01/29/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $82,409.65 | | |
| 1001218 | 01/30/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $91,337.20 | | |
| 1001236 | 02/05/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $90,948.20 | | |
| 1001246 | 02/11/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $55,590.80 | | |
| 1001247 | 02/11/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $45,143.45 | | |
| 1001248 | 02/11/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $46,057.60 | | |
| 1001259 | 02/18/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $101,551.15 | | |
| 1001265 | 02/20/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $39,900.00 | | |
| 1001275 | 02/26/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $55,318.50 | | |
| 1001277 | 02/28/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $48,586.10 | | |
| 1001280 | 03/04/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $10,000.00 | | |
| 1001281 | 03/04/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $52,394.75 | | |
| 1001290 | 03/10/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $42,376.50 | | |
| 1001291 | 03/10/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $47,796.25 | | |
| 1001301 | 03/12/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $48,161.25 | | |
| 1001313 | 03/20/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $42,029.75 | | |
| 1001318 | 03/21/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $47,084.50 | | |
| 1001320 | 03/25/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $42,759.75 | | |
| 1001335 | 03/28/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $55,182.35 | | |
| 1001339 | 03/31/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $41,865.50 | | |
| 1001340 | 03/31/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $44,786.55 | | |
| 1001341 | 03/31/14 | 30864 | CHEVRON PHILLIPS CHEMICAL | MANUAL | $45,182.35 | $1,389,336.95 | <== Resin / Plastic |
| 63599 | 02/11/14 | 11897 | CINCINNATI BELL TELEPHONE | AUTO | $264.26 | | |
| 63548 | 02/04/14 | 30537 | CINTAS BALT. UNIFORM #042 | AUTO | $835.27 | | |
| 63344 | 01/16/14 | 892 | CITY OF BALTIMORE | AUTO | $140.00 | | |
| 63774 | 02/27/14 | 892 | CITY OF BALTIMORE | AUTO | $1,171.44 | | |
| 63290 | 01/09/14 | 13047 | COMCAST | AUTO | $406.29 | | |
| 63609 | 02/11/14 | 13047 | COMCAST | AUTO | $407.83 | | |
| 63294 | 01/09/14 | 31255 | COMET TOOL COMPANY, INC. | AUTO | $722.00 | | |
| 63307 | 01/13/14 | 13062 | COMPTROLLER OF MARYLAND | AUTO | $160.00 | | |
| 63579 | 02/11/14 | 13062 | COMPTROLLER OF MARYLAND | AUTO | $200.00 | | |
| 63846 | 03/10/14 | 13062 | COMPTROLLER OF MARYLAND | AUTO | $160.00 | | |
| 63535 | 02/04/14 | 11263 | CONCENTRA | AUTO | $537.97 | | |
| 63604 | 02/11/14 | 12460 | CONSTELLATION NEWENERGY, I | AUTO | $93,916.32 | | |
| 63501 | 01/28/14 | 13083 | DE LAGE LANDEN | AUTO | $1,588.71 | | |
| 63493 | 01/28/14 | 12779 | DHL EXPRESS - USA | AUTO | $183.02 | | |
| 63410 | 01/21/14 | 393 | D-M-E COMPANY, LLC | AUTO | $78.00 | | |
| 63648 | 02/14/14 | 31701 | E.B. LIGHTING & SUPPLIES, | AUTO | $2,486.89 | | |
| 63292 | 01/09/14 | 30863 | EAST PENN CONTAINER DECORA | AUTO | $2,701.24 | | |
| 63567 | 02/06/14 | 30863 | EAST PENN CONTAINER DECORA | AUTO | $1,321.48 | | |
| 63382 | 01/16/14 | 30693 | ECHO COMMUNICATE, INC | AUTO | $1,695.28 | | |
| 1001186 | 01/08/14 | 888 | EFTPS | MANUAL | $23,617.96 | | |
| 1001196 | 01/15/14 | 888 | EFTPS | MANUAL | $34,090.20 | | |
| 1001201 | 01/17/14 | 888 | EFTPS | MANUAL | $32,220.51 | | |
| 1001209 | 01/22/14 | 888 | EFTPS | MANUAL | $44,381.20 | | |
| 1001220 | 01/31/14 | 888 | EFTPS | MANUAL | $28,251.25 | | |
| 1001226 | 01/31/14 | 2590 | EFTPS | MANUAL | $599.61 | | |
| 1001232 | 01/31/14 | 888 | EFTPS | MANUAL | $48,096.92 | | |
| 1001239 | 02/05/14 | 888 | EFTPS | MANUAL | $44,258.98 | | |
| 1001253 | 02/12/14 | 888 | EFTPS | MANUAL | $49,894.95 | | |
| 1001260 | 02/18/14 | 888 | EFTPS | MANUAL | $79,095.97 | | |
| 1001269 | 02/26/14 | 888 | EFTPS | MANUAL | $37,877.09 | | |
| 1001284 | 03/07/14 | 888 | EFTPS | MANUAL | $77,668.82 | | |
| 1001295 | 03/12/14 | 888 | EFTPS | MANUAL | $45,968.71 | | |
| 1001303 | 03/14/14 | 888 | EFTPS | MANUAL | $75,946.94 | | |

| Check # | Date | Vendor # | Vendor | Type | Amount | Total | Category |
|---|---|---|---|---|---|---|---|
| 1001321 | 03/25/14 | 888 | EFTPS | MANUAL | $50,828.00 | | |
| 1001328 | 03/27/14 | 888 | EFTPS | MANUAL | $29,923.48 | $702,720.59 | <== Employee Benefits |
| 63476 | 01/28/14 | 1114 | E-J ENTERPRISES | AUTO | $55.39 | | |
| 63323 | 01/14/14 | 13082 | ENVIRONMENTAL SOLUTIONS | AUTO | $4,550.00 | | |
| 63488 | 01/28/14 | 12016 | EPES TRANSPORT SYSTEM, INC | AUTO | $670.96 | | |
| 63313 | 01/14/14 | 1161 | EQUISTAR CHEMICAL, LP | AUTO | $86,310.40 | | |
| 1001227 | 01/31/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $82,244.80 | | |
| 1001249 | 02/11/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $54,000.00 | | |
| 1001264 | 02/20/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $56,000.00 | | |
| 1001276 | 02/26/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $51,000.00 | | |
| 1001282 | 03/04/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $49,160.00 | | |
| 1001292 | 03/10/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $42,240.00 | | |
| 1001294 | 03/12/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $8,760.00 | | |
| 1001312 | 03/18/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $46,000.00 | | |
| 1001319 | 03/25/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $51,000.00 | | |
| 1001336 | 03/28/14 | 1161 | EQUISTAR CHEMICAL, LP | MANUAL | $51,000.00 | $577,715.20 | <== Resin / Plastic |
| 63545 | 02/04/14 | 30076 | EXACT-STROKE INC. | AUTO | $127.94 | | |
| 63312 | 01/14/14 | 446 | EXECUTIVE COFFEE SERVICE I | AUTO | $370.17 | | |
| 63793 | 03/04/14 | 446 | EXECUTIVE COFFEE SERVICE I | AUTO | $428.88 | | |
| 1001234 | 02/04/14 | 12972 | EXPORT - IMPORT BANK | MANUAL | $2,293.46 | | |
| 1001271 | 02/26/14 | 12972 | EXPORT - IMPORT BANK | MANUAL | $1,659.96 | | |
| 1001323 | 03/25/14 | 12972 | EXPORT - IMPORT BANK | MANUAL | $2,304.89 | | |
| 63333 | 01/14/14 | 31750 | EXPRESS EMPLOYMENT | AUTO | $1,814.40 | | |
| 63449 | 01/21/14 | 31750 | EXPRESS EMPLOYMENT | AUTO | $1,500.24 | | |
| 63507 | 01/28/14 | 31750 | EXPRESS EMPLOYMENT | AUTO | $1,093.92 | | |
| 63561 | 02/04/14 | 31750 | EXPRESS EMPLOYMENT | AUTO | $190.40 | | |
| 63867 | 03/18/14 | 31750 | EXPRESS EMPLOYMENT | AUTO | $1,551.84 | | |
| 63396 | 01/16/14 | 31413 | FASTENAL INDUSTRIAL | AUTO | $1,908.20 | | |
| 63436 | 01/21/14 | 31413 | FASTENAL INDUSTRIAL | AUTO | $85.72 | | |
| 63460 | 01/23/14 | 1896 | FEDEX | AUTO | $22.00 | | |
| 63875 | 03/20/14 | 1896 | FEDEX | AUTO | $1,653.34 | | |
| 63721 | 02/20/14 | 12745 | FIRST INSURANCE FUNDING CO | AUTO | $35,140.72 | | |
| 1001317 | 03/21/14 | 12745 | FIRST INSURANCE FUNDING CO | MANUAL | $35,240.72 | $70,381.44 | <== Insurance Premiums |
| 63479 | 01/28/14 | 10099 | FLUID POWER, INC. | AUTO | $71.87 | | |
| 63420 | 01/21/14 | 4031 | FLUORO-SEAL INC. | AUTO | $7,345.73 | | |
| 63530 | 02/04/14 | 4031 | FLUORO-SEAL INC. | AUTO | $7,345.73 | | |
| 63546 | 02/04/14 | 30080 | FOREMOST MACHINE BUILDERS, | AUTO | $218.00 | | |
| 63498 | 01/28/14 | 12970 | FREIGHTQUOTE.COM | AUTO | $149.97 | | |
| 63541 | 02/04/14 | 12970 | FREIGHTQUOTE.COM | AUTO | $968.55 | | |
| 63354 | 01/16/14 | 7412 | GLOBAL MESSENGER CORPORATI | AUTO | $358.43 | | |
| 63342 | 01/16/14 | 489 | GRAINGER | AUTO | $727.74 | | |
| 63873 | 03/20/14 | 489 | GRAINGER | AUTO | $2,179.89 | | |
| 63383 | 01/16/14 | 30888 | GRAND RIVER RUBBER & PLAST | AUTO | $6,288.30 | | |
| 63295 | 01/09/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $29,995.90 | | |
| 63330 | 01/14/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $14,362.13 | | |
| 63438 | 01/21/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $29,166.92 | | |
| 63504 | 01/28/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $18,958.81 | | |
| 63552 | 02/04/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $21,907.31 | | |
| 63622 | 02/11/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $26,695.91 | | |
| 63700 | 02/18/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $15,812.28 | | |
| 63780 | 02/27/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $22,690.67 | | |
| 63821 | 03/04/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $23,274.70 | | |
| 63864 | 03/18/14 | 31425 | GREEN BAY PACKAGING, INC. | AUTO | $21,790.07 | $224,654.70 | <== Corrugate |
| 63371 | 01/16/14 | 13037 | GUERNSEY OFFICE PRODUCTS, | AUTO | $6,501.15 | | |
| 63402 | 01/16/14 | 31646 | HOLT PAPER & JANITORIAL | AUTO | $610.82 | | |
| 63308 | 01/13/14 | 13076 | HOUSEHOLD FINANCE INC. 111 | AUTO | $125.00 | | |
| 63580 | 02/11/14 | 13076 | HOUSEHOLD FINANCE INC. 111 | AUTO | $125.00 | | |
| 63847 | 03/10/14 | 13076 | HOUSEHOLD FINANCE INC. 111 | AUTO | $100.00 | | |
| 63395 | 01/16/14 | 31377 | IESI-MD CORPORATION | AUTO | $945.18 | | |
| 63362 | 01/16/14 | 11737 | ILLINOIS DEPARTMENT OF REV | AUTO | $89.84 | | |
| 63468 | 01/23/14 | 12914 | IMELDA RENO, LLC | AUTO | $11,849.00 | | |
| 63723 | 02/20/14 | 12914 | IMELDA RENO, LLC | AUTO | $11,849.00 | | |
| 63415 | 01/21/14 | 1394 | INDUSTRIAL HEATER CO., INC | AUTO | $467.28 | | |
| 63380 | 01/16/14 | 30405 | INDUSTRIAL POWER TRANSMISS | AUTO | $372.00 | | |
| 1001237 | 02/05/14 | 31275 | INEOS OLEFINS & POLYMERS U | MANUAL | $127,200.42 | | |
| 1001272 | 02/26/14 | 31275 | INEOS OLEFINS & POLYMERS U | MANUAL | $217,990.02 | | |
| 1001332 | 03/27/14 | 31275 | INEOS OLEFINS & POLYMERS U | MANUAL | $61,304.06 | | |
| 1001337 | 03/28/14 | 31275 | INEOS OLEFINS & POLYMERS U | MANUAL | $29,550.01 | $436,044.51 | <== Resin / Plastic |
| 63441 | 01/21/14 | 31507 | INTERNATIONAL BUSINESS MAC | AUTO | $784.08 | | |
| 63481 | 01/28/14 | 10246 | J.B. HUNT | AUTO | $3,322.29 | | |
| 63515 | 01/30/14 | 10246 | J.B. HUNT | AUTO | $712.60 | | |
| 63662 | 02/18/14 | 10246 | J.B. HUNT | AUTO | $1,543.97 | | |
| 63858 | 03/18/14 | 10246 | J.B. HUNT | AUTO | $5,927.49 | | |
| 63756 | 02/25/14 | 13133 | JB & ASSOCIATES, LLC | AUTO | $500.00 | | |
| 63283 | 01/07/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,330.00 | | |

| Check | Date | Vendor # | Vendor | Type | Amount | | |
|---|---|---|---|---|---|---|---|
| 63322 | 01/14/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,557.50 | | |
| 63424 | 01/21/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,507.47 | | |
| 63497 | 01/28/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,330.00 | | |
| 63540 | 02/04/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,400.00 | | |
| 63608 | 02/11/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,400.00 | | |
| 63673 | 02/18/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,400.00 | | |
| 63751 | 02/25/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,400.00 | | |
| 63829 | 03/06/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,400.00 | | |
| 63853 | 03/11/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,120.00 | | |
| 63869 | 03/18/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,400.00 | | |
| 63883 | 03/24/14 | 12968 | JLK SERVICES OF MARYLAND I | AUTO | $1,365.00 | | |
| 63356 | 01/16/14 | 10082 | JOBE & COMPANY | AUTO | $244.00 | | |
| 63388 | 01/16/14 | 31138 | KEYENCE CORP OF AMERICA | AUTO | $259.00 | | |
| 63462 | 01/23/14 | 10872 | KIN PROPERTIES, INC. | AUTO | $37,605.40 | | |
| 63718 | 02/20/14 | 10872 | KIN PROPERTIES, INC. | AUTO | $37,605.40 | | |
| 63588 | 02/11/14 | 615 | LONSDALE & HOLTZMAN SALES, | AUTO | $280.38 | | |
| 63536 | 02/04/14 | 11746 | M & T BANK | AUTO | $200.00 | | |
| 63309 | 01/13/14 | 13115 | MARC H. BAER, ESQUIRE #005 | AUTO | $200.00 | | |
| 63581 | 02/11/14 | 13115 | MARC H. BAER, ESQUIRE #005 | AUTO | $250.00 | | |
| 63299 | 01/13/14 | 11880 | MARYLAND CHILD SUPPORT ACC | AUTO | $8,466.28 | | |
| 63571 | 02/11/14 | 11880 | MARYLAND CHILD SUPPORT ACC | AUTO | $9,251.67 | | |
| 63838 | 03/10/14 | 11880 | MARYLAND CHILD SUPPORT ACC | AUTO | $7,282.36 | | |
| 63291 | 01/09/14 | 13058 | MAURICE D. LECOMPTE | AUTO | $179.24 | | |
| 63611 | 02/11/14 | 13058 | MAURICE D. LECOMPTE | AUTO | $901.95 | | |
| 63885 | 03/27/14 | 13058 | MAURICE D. LECOMPTE | AUTO | $317.63 | | |
| 63412 | 01/21/14 | 658 | MCMASTER-CARR SUPPLY COMPA | AUTO | $462.98 | | |
| 63475 | 01/28/14 | 658 | MCMASTER-CARR SUPPLY COMPA | AUTO | $325.51 | | |
| 63804 | 03/04/14 | 10871 | MD UNEMPLOYMENT INSURANCE | AUTO | $1,095.00 | | |
| 1001223 | 01/31/14 | 2183 | MD. UNEMPLOYMENT INSURANCE | MANUAL | $12,263.39 | | |
| 1001229 | 01/31/14 | 12977 | MESIROW FINANCIAL | MANUAL | $25,000.00 | | |
| 63324 | 01/14/14 | 13084 | MEYERS CONSTRUCTION CO., I | AUTO | $10,637.00 | | |
| 63675 | 02/18/14 | 13028 | MICHIGAN DEPARTMENT OF | AUTO | $764.25 | | |
| 63397 | 01/16/14 | 31491 | MICRO AGE | AUTO | $2,358.95 | | |
| 63440 | 01/21/14 | 31491 | MICRO AGE | AUTO | $30.05 | | |
| 63553 | 02/04/14 | 31491 | MICRO AGE | AUTO | $147.85 | | |
| 63782 | 02/27/14 | 31491 | MICRO AGE | AUTO | $5,555.53 | | |
| 63556 | 02/04/14 | 31643 | MICROSOFT ONLINE, INC | AUTO | $968.00 | | |
| 63646 | 02/14/14 | 31643 | MICROSOFT ONLINE, INC | AUTO | $968.00 | | |
| 63339 | 01/16/14 | 259 | MID-ATLANTIC PALLET CO., I | AUTO | $3,225.80 | | |
| 63508 | 01/30/14 | 259 | MID-ATLANTIC PALLET CO., I | AUTO | $2,420.00 | | |
| 63526 | 02/04/14 | 259 | MID-ATLANTIC PALLET CO., I | AUTO | $3,952.00 | | |
| 63625 | 02/14/14 | 259 | MID-ATLANTIC PALLET CO., I | AUTO | $5,817.50 | | |
| 63773 | 02/27/14 | 259 | MID-ATLANTIC PALLET CO., I | AUTO | $9,917.00 | | |
| 63871 | 03/20/14 | 259 | MID-ATLANTIC PALLET CO., I | AUTO | $3,960.00 | | |
| 63358 | 01/16/14 | 10380 | NATIONAL CLAIM ADM. SERVIC | AUTO | $18,667.96 | | |
| 63465 | 01/23/14 | 12420 | NATIONWIDE MUTUAL INS. CO. | AUTO | $10,357.00 | | |
| 1001179 | 01/06/14 | 10355 | NCAS | MANUAL | $53,763.47 | | |
| 1001192 | 01/13/14 | 10355 | NCAS | MANUAL | $25,403.76 | | |
| 1001206 | 01/21/14 | 10355 | NCAS | MANUAL | $45,599.09 | | |
| 1001214 | 01/28/14 | 10355 | NCAS | MANUAL | $51,405.60 | | |
| 1001235 | 02/04/14 | 10355 | NCAS | MANUAL | $25,956.45 | | |
| 1001243 | 02/10/14 | 10355 | NCAS | MANUAL | $731.51 | | |
| 1001261 | 02/18/14 | 10355 | NCAS | MANUAL | $13,991.06 | | |
| 1001270 | 02/26/14 | 10355 | NCAS | MANUAL | $356.78 | | |
| 1001285 | 03/07/14 | 10355 | NCAS | MANUAL | $13,557.28 | | |
| 1001293 | 03/10/14 | 10355 | NCAS | MANUAL | $66,989.36 | | |
| 1001309 | 03/18/14 | 10355 | NCAS | MANUAL | $60,949.51 | | |
| 1001322 | 03/25/14 | 10355 | NCAS | MANUAL | $9,083.99 | | |
| 1001342 | 03/31/14 | 10355 | NCAS | MANUAL | $46,866.34 | $414,654.20 | <== Employee Benefits |
| 1001204 | 01/21/14 | 12900 | NEVADA DEPT. OF TAXATION | MANUAL | $123.20 | | |
| 1001224 | 01/31/14 | 12924 | NEVADA EMPLOYMENT SECURITY | MANUAL | $1,230.64 | | |
| 63349 | 01/16/14 | 2716 | NORDSON CORPORATION | AUTO | $1,496.60 | | |
| 63418 | 01/21/14 | 2716 | NORDSON CORPORATION | AUTO | $381.20 | | |
| 63539 | 02/04/14 | 12937 | NV ENERGY | AUTO | $666.12 | | |
| 63564 | 02/06/14 | 12352 | OHIO BUREAU OF WORKERS' | AUTO | $188.48 | | |
| 63298 | 01/13/14 | 11839 | OHIO CHILD SUPPORT PYMT CT | AUTO | $723.84 | | |
| 63570 | 02/11/14 | 11839 | OHIO CHILD SUPPORT PYMT CT | AUTO | $723.84 | | |
| 63837 | 03/10/14 | 11839 | OHIO CHILD SUPPORT PYMT CT | AUTO | $723.84 | | |
| 63378 | 01/16/14 | 30058 | ONTARIO DIE COMPANY LTD. | AUTO | $471.00 | | |
| 63557 | 02/04/14 | 31657 | OSTERMAN & COMPANY, INC | AUTO | $3,704.10 | | |
| 63343 | 01/16/14 | 706 | OVERHEAD DOOR CO OF BALTIM | AUTO | $234.00 | | |
| 63467 | 01/23/14 | 12882 | OZARK MOTOR LINES INC. | AUTO | $1,644.50 | | |
| 63373 | 01/16/14 | 13074 | OZARK TRUCKING INC. | AUTO | $600.00 | | |
| 63676 | 02/18/14 | 13074 | OZARK TRUCKING INC. | AUTO | $2,400.00 | | |
| 63879 | 03/20/14 | 13074 | OZARK TRUCKING INC. | AUTO | $1,800.00 | | |

# Hedwin Corporation
## Accumulation of Payments by Vendor (90 Days Prior to Filing)

| Check # | Date | Vendor # | Vendor | Type | Amount | Subtotal | Category |
|---|---|---|---|---|---|---|---|
| 63300 | 01/13/14 | 12296 | PA SCDU | AUTO | $574.00 | | |
| 63572 | 02/11/14 | 12296 | PA SCDU | AUTO | $717.50 | | |
| 63839 | 03/10/14 | 12296 | PA SCDU | AUTO | $574.00 | | |
| 63423 | 01/21/14 | 10765 | PAETEC COMMUNICATIONS, INC | AUTO | $1,183.81 | | |
| 63665 | 02/18/14 | 10765 | PAETEC COMMUNICATIONS, INC | AUTO | $1,246.65 | | |
| 63296 | 01/09/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $45,294.41 | | |
| 63332 | 01/14/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $4,538.67 | | |
| 63448 | 01/21/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $11,364.19 | | |
| 63505 | 01/28/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $41,544.42 | | |
| 63559 | 02/04/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $23,742.36 | | |
| 63623 | 02/11/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $16,345.67 | | |
| 63707 | 02/18/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $4,045.12 | | |
| 63767 | 02/25/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $27,556.78 | | |
| 63866 | 03/18/14 | 31712 | PCA - SALT LAKE CITY CONT. | AUTO | $21,758.68 | $196,190.30 | <== Corrugate |
| 1001225 | 01/31/14 | 11774 | PENNSYLVANIA UNEMPLOYMENT | MANUAL | $5.71 | | |
| 63316 | 01/14/14 | 10489 | PITT OHIO EXPRESS, INC. | AUTO | $252.25 | | |
| 63359 | 01/16/14 | 10489 | PITT OHIO EXPRESS, INC. | AUTO | $2,980.56 | | |
| 63482 | 01/28/14 | 10489 | PITT OHIO EXPRESS, INC. | AUTO | $1,760.71 | | |
| 63532 | 02/04/14 | 10489 | PITT OHIO EXPRESS, INC. | AUTO | $756.25 | | |
| 63597 | 02/11/14 | 10489 | PITT OHIO EXPRESS, INC. | AUTO | $4,125.32 | | |
| 63663 | 02/18/14 | 10489 | PITT OHIO EXPRESS, INC. | AUTO | $1,499.27 | | |
| 63744 | 02/25/14 | 10489 | PITT OHIO EXPRESS, INC. | AUTO | $4,213.05 | | |
| 63413 | 01/21/14 | 717 | PLASTIC PROCESS EQUIPMENT | AUTO | $100.30 | | |
| 63351 | 01/16/14 | 4054 | PNEU-FORCE | AUTO | $1,434.54 | | |
| 63421 | 01/21/14 | 4054 | PNEU-FORCE | AUTO | $949.91 | | |
| 63594 | 02/11/14 | 4054 | PNEU-FORCE | AUTO | $1,883.17 | | |
| 63690 | 02/18/14 | 30892 | POLYONE DISTRIBUTION | AUTO | $46,015.20 | | |
| 63470 | 01/23/14 | 31557 | PREMIERE LANDSCAPE | AUTO | $2,095.00 | | |
| 63491 | 01/28/14 | 12512 | PRIORITY WORLDWIDE SERVICE | AUTO | $34,813.60 | | |
| 63361 | 01/16/14 | 11399 | R & L CARRIERS | AUTO | $528.58 | | |
| 63430 | 01/21/14 | 30762 | R.T. KUNTZ CO., INC. | AUTO | $119.10 | | |
| 63471 | 01/23/14 | 31603 | RAS TECHNOLOGY CONSULTING, | AUTO | $19,500.00 | | |
| 63596 | 02/11/14 | 10316 | RCM&D, INC. | AUTO | $78,451.98 | | |
| 63716 | 02/20/14 | 10316 | RCM&D, INC. | AUTO | $25,797.00 | | |
| 63801 | 03/04/14 | 10316 | RCM&D, INC. | AUTO | $18,654.00 | | |
| 75093 | 01/31/14 | 10316 | RCM&D, INC. | MANUAL | $60,945.00 | $183,847.98 | <== Insurance Premiums |
| 63346 | 01/16/14 | 1269 | RIEKE CORPORATION | AUTO | $4,707.00 | | |
| 63591 | 02/11/14 | 1269 | RIEKE CORPORATION | AUTO | $6,584.50 | | |
| 63874 | 03/20/14 | 1269 | RIEKE CORPORATION | AUTO | $5,298.00 | | |
| 63487 | 01/28/14 | 12001 | SCHNEIDER NATIONAL INC. | AUTO | $5,686.77 | | |
| 63600 | 02/11/14 | 12001 | SCHNEIDER NATIONAL INC. | AUTO | $5,720.88 | | |
| 63668 | 02/18/14 | 12001 | SCHNEIDER NATIONAL INC. | AUTO | $1,857.55 | | |
| 63745 | 02/25/14 | 12001 | SCHNEIDER NATIONAL INC. | AUTO | $6,531.13 | | |
| 63859 | 03/18/14 | 12001 | SCHNEIDER NATIONAL INC. | AUTO | $4,686.43 | | |
| 63522 | 01/30/14 | 13108 | SHARED MANAGEMENT RESOURCE | AUTO | $7,023.48 | | |
| 63566 | 02/06/14 | 13108 | SHARED MANAGEMENT RESOURCE | AUTO | $10,347.60 | | |
| 63637 | 02/14/14 | 13108 | SHARED MANAGEMENT RESOURCE | AUTO | $12,781.19 | | |
| 63725 | 02/20/14 | 13108 | SHARED MANAGEMENT RESOURCE | AUTO | $12,923.22 | | |
| 63778 | 02/27/14 | 13108 | SHARED MANAGEMENT RESOURCE | AUTO | $10,710.63 | | |
| 63831 | 03/06/14 | 13108 | SHARED MANAGEMENT RESOURCE | AUTO | $12,796.74 | | |
| 75089 | 01/10/14 | 13108 | SHARED MANAGEMENT RESOURCE | MANUAL | $13,000.66 | | |
| 75090 | 01/20/14 | 13108 | SHARED MANAGEMENT RESOURCE | MANUAL | $7,419.46 | | |
| 75091 | 01/24/14 | 13108 | SHARED MANAGEMENT RESOURCE | MANUAL | $7,666.70 | | |
| 1001302 | 03/14/14 | 13108 | SHARED MANAGEMENT RESOURCE | MANUAL | $15,104.07 | | |
| 1001325 | 03/25/14 | 13108 | SHARED MANAGEMENT RESOURCE | MANUAL | $10,975.96 | $120,749.71 | |
| 63657 | 02/18/14 | 3743 | SIGNODE CORPORATION | AUTO | $5,206.40 | | |
| 63364 | 01/16/14 | 11979 | SP INDUSTRIES INC. | AUTO | $1,762.78 | | |
| 63329 | 01/14/14 | 31270 | SPECIALTY INDUSTRIES | AUTO | $142,300.72 | | |
| 63435 | 01/21/14 | 31270 | SPECIALTY INDUSTRIES | AUTO | $97,543.87 | | |
| 63503 | 01/28/14 | 31270 | SPECIALTY INDUSTRIES | AUTO | $116,057.45 | | |
| 63549 | 02/04/14 | 31270 | SPECIALTY INDUSTRIES | AUTO | $109,565.05 | | |
| 63619 | 02/11/14 | 31270 | SPECIALTY INDUSTRIES | AUTO | $60,717.01 | | |
| 63697 | 02/18/14 | 31270 | SPECIALTY INDUSTRIES | AUTO | $81,032.43 | | |
| 63762 | 02/25/14 | 31270 | SPECIALTY INDUSTRIES | AUTO | $11,892.10 | | |
| 63863 | 03/18/14 | 31270 | SPECIALTY INDUSTRIES | AUTO | $21,603.04 | | |
| 1001326 | 03/27/14 | 31270 | SPECIALTY INDUSTRIES | MANUAL | $52,095.56 | | |
| 1001334 | 03/28/14 | 31270 | SPECIALTY INDUSTRIES | MANUAL | $83,816.74 | $776,623.97 | |
| 63583 | 02/11/14 | 13135 | STATE OF MARYLAND | AUTO | $561.33 | | |
| 63849 | 03/10/14 | 13135 | STATE OF MARYLAND | AUTO | $540.65 | | |
| 1001183 | 01/06/14 | 889 | STATE OF MARYLAND | MANUAL | $15,511.35 | | |
| 1001187 | 01/08/14 | 889 | STATE OF MARYLAND | MANUAL | $5,319.65 | | |
| 1001197 | 01/15/14 | 889 | STATE OF MARYLAND | MANUAL | $8,013.33 | | |
| 1001198 | 01/17/14 | 889 | STATE OF MARYLAND | MANUAL | $5,558.31 | | |
| 1001203 | 01/21/14 | 10911 | STATE OF MARYLAND | MANUAL | $160.30 | | |
| 1001211 | 01/22/14 | 889 | STATE OF MARYLAND | MANUAL | $10,372.10 | | |

| Check # | Date | Vendor # | Vendor | Type | Amount | Total | Category |
|---|---|---|---|---|---|---|---|
| 1001221 | 01/31/14 | 889 | STATE OF MARYLAND | MANUAL | $4,696.04 | | |
| 1001228 | 01/31/14 | 889 | STATE OF MARYLAND | MANUAL | $11,375.86 | | |
| 1001238 | 02/05/14 | 889 | STATE OF MARYLAND | MANUAL | $10,418.20 | | |
| 1001254 | 02/12/14 | 889 | STATE OF MARYLAND | MANUAL | $11,772.98 | | |
| 1001257 | 02/18/14 | 10911 | STATE OF MARYLAND | MANUAL | $118.47 | | |
| 1001263 | 02/18/14 | 889 | STATE OF MARYLAND | MANUAL | $16,866.82 | | |
| 1001273 | 02/26/14 | 889 | STATE OF MARYLAND | MANUAL | $8,790.33 | | |
| 1001289 | 03/07/14 | 889 | STATE OF MARYLAND | MANUAL | $16,455.92 | | |
| 1001298 | 03/12/14 | 889 | STATE OF MARYLAND | MANUAL | $10,980.84 | | |
| 1001308 | 03/18/14 | 889 | STATE OF MARYLAND | MANUAL | $16,015.60 | | |
| 1001311 | 03/18/14 | 10911 | STATE OF MARYLAND | MANUAL | $324.79 | | |
| 1001331 | 03/27/14 | 889 | STATE OF MARYLAND | MANUAL | $11,947.38 | $165,800.25 | <== Employee Benefits |
| 63303 | 01/13/14 | 12988 | STATE OF MARYLAND, DLLR | AUTO | $200.00 | | |
| 63575 | 02/11/14 | 12988 | STATE OF MARYLAND, DLLR | AUTO | $250.00 | | |
| 63842 | 03/10/14 | 12988 | STATE OF MARYLAND, DLLR | AUTO | $200.00 | | |
| 1001194 | 01/15/14 | 3127 | STATE OF OHIO | MANUAL | $344.47 | | |
| 1001252 | 02/11/14 | 3127 | STATE OF OHIO | MANUAL | $354.13 | | |
| 1001296 | 03/12/14 | 3127 | STATE OF OHIO | MANUAL | $260.88 | | |
| 1001182 | 01/06/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $288.76 | | |
| 1001185 | 01/08/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $45.13 | | |
| 1001195 | 01/15/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $47.50 | | |
| 1001202 | 01/17/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $245.61 | | |
| 1001208 | 01/22/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $74.77 | | |
| 1001240 | 02/05/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $417.73 | | |
| 1001258 | 02/18/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $92.95 | | |
| 1001268 | 02/26/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $380.24 | | |
| 1001283 | 03/07/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $327.14 | | |
| 1001300 | 03/12/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $69.47 | | |
| 1001310 | 03/18/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $312.26 | | |
| 1001327 | 03/27/14 | 11585 | STATE OF PENNSYLVANIA | MANUAL | $81.16 | | |
| 63384 | 01/16/14 | 30938 | STAUFFER MANUFACTURING CO | AUTO | $1,525.75 | | |
| 63880 | 03/21/14 | 13080 | SUNTECK TRANSPORT CO. INC. | AUTO | $5,730.34 | | |
| 1001184 | 01/07/14 | 12353 | T ROWE PRICE | MANUAL | $6,168.03 | | |
| 1001193 | 01/15/14 | 12353 | T ROWE PRICE | MANUAL | $7,294.03 | | |
| 1001210 | 01/22/14 | 12353 | T ROWE PRICE | MANUAL | $7,839.04 | | |
| 1001213 | 01/28/14 | 12353 | T ROWE PRICE | MANUAL | $7,534.53 | | |
| 1001233 | 02/04/14 | 12353 | T ROWE PRICE | MANUAL | $21,306.01 | | |
| 1001251 | 02/11/14 | 12353 | T ROWE PRICE | MANUAL | $7,718.20 | | |
| 1001262 | 02/18/14 | 12353 | T ROWE PRICE | MANUAL | $14,406.16 | | |
| 1001274 | 02/26/14 | 12353 | T ROWE PRICE | MANUAL | $6,944.75 | | |
| 1001288 | 03/07/14 | 12353 | T ROWE PRICE | MANUAL | $14,413.41 | | |
| 1001299 | 03/12/14 | 12353 | T ROWE PRICE | MANUAL | $7,160.36 | | |
| 1001314 | 03/20/14 | 12353 | T ROWE PRICE | MANUAL | $14,126.01 | | |
| 1001324 | 03/25/14 | 12353 | T ROWE PRICE | MANUAL | $7,851.91 | | |
| 1001344 | 04/01/14 | 12353 | T ROWE PRICE | MANUAL | $14,305.47 | $137,067.91 | <== Employee Benefits |
| 63406 | 01/16/14 | 50105 | TEKTRONIX SERVICE SOLUTION | AUTO | $129.00 | | |
| 63523 | 01/30/14 | 31713 | THARCO | AUTO | $1,526.25 | | |
| 63560 | 02/04/14 | 31713 | THARCO | AUTO | $1,526.25 | | |
| 63786 | 02/27/14 | 31713 | THARCO | AUTO | $5,189.60 | | |
| 63861 | 03/18/14 | 12796 | THOMASNET | AUTO | $583.78 | | |
| 63352 | 01/16/14 | 5310 | TILLEY CHEMICAL COMPANY IN | AUTO | $478.95 | | |
| 63305 | 01/13/14 | 13024 | TILLMAN SAPIA, P.A. | AUTO | $160.00 | | |
| 63577 | 02/11/14 | 13024 | TILLMAN SAPIA, P.A. | AUTO | $200.00 | | |
| 63844 | 03/10/14 | 13024 | TILLMAN SAPIA, P.A. | AUTO | $16.54 | | |
| 63334 | 01/16/14 | 27 | TIPCO TECHNOLOGIES, INC. | AUTO | $546.99 | | |
| 63651 | 02/18/14 | 27 | TIPCO TECHNOLOGIES, INC. | AUTO | $978.68 | | |
| 63369 | 01/16/14 | 12990 | TOYOTA MATERIAL HANDLING | AUTO | $685.54 | | |
| 1001250 | 02/11/14 | 3794 | TREASURER OF THE STATE OF | MANUAL | $1,913.00 | | |
| 63315 | 01/14/14 | 10162 | U.S. POSTMASTER | AUTO | $2,500.00 | | |
| 63398 | 01/16/14 | 31519 | ULTRA GRAPHICS | AUTO | $330.72 | | |
| 63442 | 01/21/14 | 31519 | ULTRA GRAPHICS | AUTO | $737.76 | | |
| 63868 | 03/18/14 | 31789 | ULTRA-POLY CORPORATION | AUTO | $4,813.34 | | |
| 63345 | 01/16/14 | 925 | UNITED PARCEL SERVICE | AUTO | $329.78 | | |
| 63528 | 02/04/14 | 925 | UNITED PARCEL SERVICE | AUTO | $4,208.81 | | |
| 63735 | 02/25/14 | 925 | UNITED PARCEL SERVICE | AUTO | $2,503.69 | | |
| 63795 | 03/04/14 | 925 | UNITED PARCEL SERVICE | AUTO | $2,318.50 | | |
| 63554 | 02/04/14 | 31589 | UNITED POWER & BATTERY COR | AUTO | $359.94 | | |
| 63850 | 03/10/14 | 13138 | UNITED STAT TREASURY | AUTO | $40.00 | | |
| 63306 | 01/13/14 | 13026 | UNITED STATE TREASURY | AUTO | $200.00 | | |
| 63578 | 02/11/14 | 13026 | UNITED STATE TREASURY | AUTO | $250.00 | | |
| 63845 | 03/10/14 | 13026 | UNITED STATE TREASURY | AUTO | $200.00 | | |
| 63301 | 01/13/14 | 12906 | UNITED STATES TREASURY | AUTO | $512.98 | | |
| 63302 | 01/13/14 | 12978 | UNITED STATES TREASURY | AUTO | $200.00 | | |
| 63573 | 02/11/14 | 12906 | UNITED STATES TREASURY | AUTO | $426.21 | | |
| 63574 | 02/11/14 | 12978 | UNITED STATES TREASURY | AUTO | $250.00 | | |

| Check # | Date | Vendor # | Vendor | Type | Amount |
|---|---|---|---|---|---|
| 63840 | 03/10/14 | 12906 | UNITED STATES TREASURY | AUTO | $420.24 |
| 63841 | 03/10/14 | 12978 | UNITED STATES TREASURY | AUTO | $200.00 |
| 63461 | 01/23/14 | 10590 | UPS FREIGHT | AUTO | $204.32 |
| 63533 | 02/04/14 | 10590 | UPS FREIGHT | AUTO | $537.53 |
| 63664 | 02/18/14 | 10590 | UPS FREIGHT | AUTO | $388.35 |
| 63379 | 01/16/14 | 30096 | VALCO MELTON | AUTO | $581.90 |
| 63288 | 01/09/14 | 12038 | VERIZON | AUTO | $82.83 |
| 63320 | 01/14/14 | 11971 | VERIZON BUSINESS | AUTO | $92.33 |
| 63537 | 02/04/14 | 11777 | VERIZON WIRELESS | AUTO | $1,032.32 |
| 63389 | 01/16/14 | 31168 | VIDEOJET TECHNOLOGIES, INC | AUTO | $173.01 |
| 63434 | 01/21/14 | 31168 | VIDEOJET TECHNOLOGIES, INC | AUTO | $554.89 |
| 63877 | 03/20/14 | 13002 | VOLPE EXPRESS INC, | AUTO | $576.00 |
| 63341 | 01/16/14 | 384 | W.C. CHAPMAN & SONS INC. | AUTO | $99.20 |
| 63336 | 01/16/14 | 92 | W.H. COOKE & CO., INC. | AUTO | $356.40 |
| 63357 | 01/16/14 | 10179 | WARD TRUCKING CORP. | AUTO | $5,128.59 |
| 63480 | 01/28/14 | 10179 | WARD TRUCKING CORP. | AUTO | $599.29 |
| 63595 | 02/11/14 | 10179 | WARD TRUCKING CORP. | AUTO | $1,506.40 |
| 63661 | 02/18/14 | 10179 | WARD TRUCKING CORP. | AUTO | $561.50 |
| 63741 | 02/25/14 | 10179 | WARD TRUCKING CORP. | AUTO | $2,916.94 |
| 63293 | 01/09/14 | 31034 | WASTE MANAGEMENT - | AUTO | $187.40 |
| 63337 | 01/16/14 | 109 | WERNER ENTERPRISES, INC. | AUTO | $1,761.04 |
| 63586 | 02/11/14 | 109 | WERNER ENTERPRISES, INC. | AUTO | $7,133.60 |
| 63856 | 03/18/14 | 109 | WERNER ENTERPRISES, INC. | AUTO | $5,550.84 |
| 63466 | 01/23/14 | 12486 | WWGS, LLC | AUTO | $26,003.33 |
| 63720 | 02/20/14 | 12486 | WWGS, LLC | AUTO | $26,003.33 |
| 63538 | 02/04/14 | 12205 | XO COMMUNICATIONS SVCS, IN | AUTO | $308.11 |
| 63311 | 01/14/14 | 298 | XPEDX-MARYLAND DIVISION | AUTO | $2,094.18 |
| 63340 | 01/16/14 | 298 | XPEDX-MARYLAND DIVISION | AUTO | $1,705.88 |
| 63408 | 01/21/14 | 298 | XPEDX-MARYLAND DIVISION | AUTO | $1,652.54 |
| 63587 | 02/11/14 | 298 | XPEDX-MARYLAND DIVISION | AUTO | $12,322.82 |
| 63872 | 03/20/14 | 298 | XPEDX-MARYLAND DIVISION | AUTO | $9,389.10 |
| 1001222 | 01/31/14 | 11598 | YORK AREA EARNED INCOME TA | MANUAL | $914.63 |
| 63367 | 01/16/14 | 12750 | YRC | AUTO | $1,254.42 |
| 63518 | 01/30/14 | 12750 | YRC | AUTO | $558.01 |
| 1001181 | 01/06/14 | 13085 | ZACROS AMERICA, INC | MANUAL | $28,231.20 |

**$8,611,274.85**   **$7,642,822.00**