# United States Bankruptcy Court
## District of Maryland

In re  **Hedwin Corporation**                                                            Case No.  **14-15194**
Debtor(s)                                           Chapter  **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __4__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 25, 2014**            Signature  **/s/ Richard F.Broo**
                                               **Richard F.Broo**
                                               **President/CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.