# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 4/30/14**

In re:   Case No.:   14–15194 NVA    Chapter:   11

Hedwin Corporation
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   129 – Motion to Appear pro hac vice of S. Jason Teele Filed by Official Committee of Unsecured Creditors. (Chavez–Ruark, Maria)

130 – Motion to Appear pro hac vice of Keara Waldron Filed by Official Committee of Unsecured Creditors. (Chavez–Ruark, Maria)

131 – Motion to Appear pro hac vice of Sharon Levine Filed by Official Committee of Unsecured Creditors. (Chavez–Ruark, Maria)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 5/14/14.**

CURE:   The filing fee of $50 for Motion to Appear Pro Hac Vice must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check. For the Motion to Appear Pro Hac Vice, write the check payable to Clerk, U.S. District Court.

| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Garmatz Federal Courthouse | U.S. Courthouse |
| 101 W. Lombard Street, Suite 8530 | 6500 Cherrywood Lane, Suite 300 |
| Baltimore, MD 21201 | Greenbelt, MD 20770 |

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Escobar  410–962–7964

cc:   Debtor(s)
Attorney for Debtor(s) – Alan M. Grochal

Form defntc (11/2013)