IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **In re:** | * |
| **HEDWIN CORPORATION** | *   Case No. 14-15194 |
| Debtor | *   Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS
(401(K) SERVICE PROVIDER) THAT MAY BE ASSUMED AND ASSIGNED**

    **PLEASE TAKE NOTICE** that on April 2, 2014 (the "Petition Date"), Hedwin Corporation, debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under title 11 of the United States Code (the "Bankruptcy Code").

    **PLEASE TAKE FURTHER NOTICE** that on April 17, 2014 the Court entered an Order (A) Approving Bidding Procedures For Sale Of Debtor's Assets; (B) Authorizing And Scheduling An Auction; (C) Scheduling Hearing For Approval Of The Sale Of Assets Free And Clear Of Liens And The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases To The Successful Bidder; (D) Approving Breakup Fee And Expense Reimbursement; (E) Approving Procedures And Setting Deadlines For The Assumption And Assignment Of Executory Contracts And Unexpired Leases, Including Cure Amounts Relating Thereto; And (F) Approving Certain Deadlines And The Form, Manner And Sufficiency Of Notice; And (G) Granting Other Related Relief (the "Bidding Procedures Order," Doc. # 80).  This Notice is issued pursuant to the requirements of the Bidding Procedures Order.  The Bidding Procedures Order and the order approving the Sale Motion (defined below) shall govern the Debtor's assumption and assignment of the Assumed Contracts (defined below).

    **PLEASE TAKE FURTHER NOTICE** that on April 4, 2014, the Debtor filed its Motion for an Order (i) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of Substantially All Assets Outside the Ordinary Course of Business; (ii) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (iii) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (iv) Granting Related Relief (the "Sale Motion").  Pursuant to the Sale Motion, a copy of which is attached as **Exhibit A** to this Notice, the Debtor seeks, *inter alia*, the Bankruptcy Court's approval of the sale of the Debtor's assets, including the assumption and assignment of various executory contracts and unexpired leases (the "Assumed Contracts"), to the Successful Bidder (as defined in the Sale Motion), free and clear of liens, claims, encumbrances and other interests.

    **PLEASE TAKE FURTHER NOTICE** that the hearing on the Sale Motion has been set for **May 12, 2014, at 2:00 p.m. (Eastern Daylight Time**) before the Honorable Nancy V. Alquist, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, 2nd Floor, Courtroom No. 2A, Baltimore, Maryland 21201.

    **PLEASE TAKE FURTHER NOTICE** that the amount shown on **Exhibit B** attached to this Notice as the "Cure Cost" for the Assumed Contract listed on **Exhibit B** to which you are a party is the

amount, based upon the Debtor's books and records, which the Debtor asserts is owed to cure any defaults existing under the Assumed Contract as of the Petition Date.[1]

**PLEASE TAKE FURTHER NOTICE** that the buyer may exclude any agreement or agreements from the list of Assumed Contracts at any time within seven (7) calendar days prior to the closing.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Cost shown for the Assumed Contract on **Exhibit B**, or if you object to the assumption and assignment of your Assumed Contract on any ground, you must file an objection in writing with the United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201 on or before 4:00 p.m. Eastern Daylight Time on **May 5, 2014**. In addition, any objection must attached a complete copy of your contract (including all amendments thereto) and set forth the specific default or defaults alleged, set forth any such other ground for objection, and set forth any Cure Cost as alleged by you.

**PLEASE TAKE FURTHER NOTICE** that any objection to the assignment and assumption of your Assumed Contract or to the Cure Cost must be served so as to be received by that same date and time stated above upon the following parties: (i) the Debtor: Tydings & Rosenberg LLP, 100 E. Pratt Street, 26th Floor, Baltimore, MD 21202, (Attention: Alan M. Grochal and Stephen M. Goldberg), Facsimile: (410) 727-5460; (ii) counsel to the Official Committee of Unsecured Creditors: Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ, Attention: Sharon L. Levine, Esq. and S. Jason Teele, Esq., slevine@lowenstein.com and steele@lowenstein.com and Maria Ellena Chavez-Ruark, Esq., Saul Ewing LLP, 500 East Pratt Street, Suite 900, Baltimore, MD 21202; (iii) counsel to the Bank of America, N.A.: Miles and Stockbridge P.C., 100 Light Street, Baltimore, MD 21202 (Attention: Linda V. Donhauser and Frederick W. Runge): Facsimile: (410) 385-3800; (iv) counsel to ACP-I, L.P.: McDonald Hopkins, 600 Superior Avenue, East, Suite 2100, Cleveland, Ohio 44114 (Attention: Paul W. Linehan); (v) the Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201; and (vi) counsel to the Stalking Horse Bidder: Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036-4039 (Attention: Shinya Akiyama): Facsimile: (212) 858-1500.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION OR OBJECTIONS AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE. ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE COSTS FOR SUCH ASSUMED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE COSTS, AND ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION ON OTHER GROUNDS IS DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED CONTRACT ON THE TERMS AND CONDITIONS REQUESTED BY THE DEBTOR.**

---

[1] Your receipt of this notice does not constitute an admission by the Debtor that your agreement actually constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code, and the Debtor expressly reserves the right to challenge the status of any agreement.

#2187939v.1

- 3 -

| | |
|---|---|
| Dated: May 1, 2014 | /s/ Alan M. Grochal<br>Alan M. Grochal, Bar No. 01447<br>Stephen M. Goldberg, Bar No. 01156<br>Catherine K. Hopkin, Bar No. 28257<br>Tydings & Rosenberg LLP<br>100 East Pratt Street, 26th Floor<br>Baltimore, Maryland 21202<br>Telephone:  410-752-9700<br>Facsimile:  410-722-5460<br>agrochal@tydingslaw.com<br>sgoldberg@tydingslaw.com<br>chopkin@tydingslaw.com<br>*Counsel for Debtor and Debtor-in-Possession* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May 2014, the foregoing Notice to Counterparties to Executory Contracts (401(K) Service Provider) that May Be Assumed and Assigned was served electronically on:

T. Rowe Price
4515 Painters Mill Road
Bldg. 6, Floor 3
Owings Mills, MD  21117
stephen_alosa@trowprice.com

and served electronically or mailed, first class, postage prepaid, to all parties on the attached matrix.

                                                                              /s/ Alan M. Grochal
                                                                              Alan M. Grochal

| | | |
|---|---|---|
| Hedwin Ltd. Matrix<br>5/1/14 | Office of the U.S. Trustee<br>Garmatz Federal Courthouse<br>101 West Lombard St., Suite 2625<br>Baltimore, MD  21201 | Linda V. Donhauser, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street<br>Baltimore, MD  21202 |
| Bank of America<br>John Getz<br>300 Galleria Parkway,<br>Suite 800<br>Atlanta, GA  30339 | Specialty Industries<br>Attention John Forray<br>175 East Walnut St<br>Red Lion, PA 17356 | Serv Pro<br>C/O Fair Harbor Captial<br>Ansonia Finance Station<br>PO BOX 237037<br>New York, NY 10023 |
| Chevron Phillips Chemical<br>1400 Jefferson Avenue<br>Pasadena, TX  77502 | Electronic Restoration Services<br>12001 Levan Road<br>Livonia, MI  48150 | Zacros America<br>1821 Walden Office Square<br>Suite 400<br>Schaumburg, IL  60173 |
| Meyers Construction<br>c/o Tiffany S. Franc, Esq<br>901 Dulaney Valley Rd.<br>Ste 400<br>Towson, MD 21204 | Constellation Newenergy, Inc.<br>100 Constellation Way<br>Suite 1200C<br>Baltimore, MD 21202 | Ineos Olefins & Polymers USA<br>13536 Collections Center Drive<br>Chicago, IL  60693 |
| PCA – Salt Lake City<br>4654 West 1525 South<br>Salt Lake City, UT  84104 | MD Unemployment Insurance Division<br>1100 North Eutaw Street<br>Baltimore, MD  21201 | Gary S. Beling<br>Managing Director<br>Mizuhu Securities USA, Inc.<br>320 Park Avenue, 12th Floor<br>New York, NY  10022 |
| Worldwide Dispensers<br>Merton Industrial Park<br>Lee Road<br>London SW19 3WD<br>United Kingdom | Green Bay Packaging<br>1100 Gilroy Road<br>Hunt Valley, MD 21031 | BGE<br>110 West Fayette Street<br>Baltimore, MD  21201<br>Attn:  G. Bush |
| Transamerica Retirement Solutions<br>Connie McDonald<br>4333 Edgewood Road NE<br>Cedar Rapids, IA  52499 | Anchor Staffing<br>c/o Tammy Cohen , Esq<br>2201 Old Court Rd.<br>Baltimore, MD 21208 | South Franklin Street Partners<br>c/o Paul W. Linehan<br>McDonald Hopkins<br>600 Superior Avenue East, Suite 2100<br>Cleveland, OH  44114 |
| Pillsbury Winthrop Shaw Pittman LLP<br>Patrick J. Potter, Esq.<br>2300 N. Street, NW<br>Washington, DC 20037 | Sixth Sense Partners<br>3041 Warrington Road<br>Cleveland, OH 44120 | Polyone<br>33587 Walker Road<br>Avon Lake OH, USA 44012 |
| Guernsey Office Products<br>45070 Old Ox Road<br>Sterling, VA 20166 | Priority Worldwide Services<br>7361 Coca Cola Dr.<br>Hanover, MD 21076 | Ampacet Corporation<br>660 White Plaines Road<br>Tarrytown, NY 10591 |

#2187939v.1

- 5 -

| | | |
|---|---|---|
| Sharon L. Levine, Esquire<br>S. Jason Teele, Esquire<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ  07068 | Peter Trost<br>ESOP Services<br>North Star Trust Co.<br>311 W. Monroe Street, 14th Floor<br>Chicago, IL 60606 | Maria Ellena Chavez-Ruark, Esquire<br>Saul Ewing LLP<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD  21202 |
| James S. Carr, Esquire<br>Jason Adams, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Marc E. Shach, Esquire<br>Curtis C. Coon, Esquire<br>Coon & Cole, LLC<br>401 Washington Avenue, Suite 301<br>Towson, MD  21204 | Tammy Cohn, Esquire<br>Sellman Hoff, LLC<br>The Cooperage<br>2201 Old Court Road<br>Baltimore, MD  21208 |
| Mark D. Maneche, Esquire<br>Tiffany S. Franc, Esquire<br>Pessin Katz Law, P.A.<br>901 Dulaney Valley Rd., Suite 400<br>Towson, MD  21204 | Samuel C. Batsell<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 k Street, NW<br>Washington, DC  20005-4026 | Irving Walker, Esquire<br>Cole Schotz<br>300 East Lombard Street, Suite 2000<br>Baltimore, MD  21202 |
| Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, Quebec H2X 3R7<br>Canada | | |