IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **HEDWIN CORPORATION,** | * | Case No. 14-15194-NVA (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LIMTED OBJECTION AND RESERVATION OF RIGHTS BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO DEBTOR'S MOTION FOR AN ORDER (A) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE; (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (D) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of the above-captioned debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, submits this limited objection and reservation of rights (the "Reservation of Rights") with respect to the Debtor's Motion for an Order (a) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Outside the Ordinary Course of Business; (b) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (c) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (d) Granting Related Relief (the "Sale Motion") [Docket No. 27]. In support of this Reservation of Rights, the Committee respectfully represents as follows:

## JURISDICTION

1. The Court has jurisdiction to consider this Reservation of Rights and the Sale Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this case in this District is proper under 28 U.S.C. §§ 1408 and 1409.

## GENERAL BACKGROUND

2. On April 2, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. No trustee or examiner has been appointed in the Debtor's bankruptcy case.

5. On April 9, 2014 (the "Formation Date"), the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.

6. On April 4, 2014, the Debtor filed a Motion for Order (a) Approving Bidding Procedures for Sale of Assets, (b) Authorizing Auction, (c) Scheduling Hearing, (d) Approving Breakup Fee, (e) Approving Procedures for Assumption and Assignment of Contracts and Leases, (f) Approving Deadlines, and (g) Other Relief (the "Bidding Procedures Motion") [Docket No. 25].

7. Also on April 4, 2014, the Debtor filed the Sale Motion, seeking, among other relief, to authorize the sale of substantially all of the Debtor's assets (the "Assets"), free and clear of all liens, claims, encumbrances and other interests, with such liens, claims, rights, interests and encumbrances attaching to the proceeds of the Assets with the same validity, priority and perfection as existed immediately prior to such sale. The Sale Motion seeks that the prepetition obligations owed to the Debtor's pre-petition secured lenders, Bank of America, N.A. ("Bank of America") and

ACP-1, L.P. ("ACP", and together with Bank of America, the "Prepetition Secured Creditors"), be paid in full from the proceeds of the sale of the Assets by wire transfer at the closing of the Sale.

8.   By order dated April 17, 2014 (the "Bidding Procedures Order"), the Court approved the Bidding Procedures Motion and scheduled an Auction for May 9, 2014 at 10:00 a.m. (ET) and a final hearing for May 12, 2014 at 2:00 p.m. (ET). Pursuant to the Bidding Procedures Order, qualified bids for the sale of the assets must be submitted no later than May 5, 2014 at 5:00 p.m. (ET).

## LIMTED OBJECTION AND RESERVATION OF RIGHTS

9.   The Committee does not object to the sale of the assets to the highest and best bidder at the Auction.

10.  However, the Committee has not yet completed its review of the nature, extent, priority and validity of the liens of Prepetition Secured Parties, which obligations the Sale Motion proposes to satisfy from the proceeds of the Sale upon closing.  Accordingly, the Committee reserves all rights to object to the liens of the Prepetition Secured Parties and requests that any cash generated from the Sale be held and not paid at closing except on further Court order unless and until the Committee completes it lien review and is satisfied that the liens of the Prepetition Secured Parties are in fact duly perfected and valid. Or, the Prepetition Secured Parties and the Committee agree to another solution.[1]

11.  Further, the deadline for filing proofs of claim, including claims for prepetition unpaid trade payables, is scheduled for August 5, 2014, well after the anticipated completion of the auction and sale.  The Committee is currently in the process of working with the Debtor to

---

[1] While the Committee hopes to be in a position to complete its review prior to the auction or sale closing, under the current debtor in possession financing order, the Committee's current deadline to complete the lien review is June 8, 2014, and the deadline to pay the Prepetition Secured Lenders is June 30, 2014.

reach a mutually agreeable process for the reconciliation of disputed assumed trade claim amounts, including, without limitation, to the extent filed proofs of claim for trade payables to not match the Debtor's scheduled trade payable amounts.  Although the Committee anticipates that it will continue to work with the Debtor to reach an agreeable solution, the Committee reserves all rights to object to the Sale to the extent it does not provide an adequate mechanism for the resolution of disputed trade vendor claims as the Purchasers intent to assume all trade payables is an important aspect of the sale for the unsecured creditors.

12.    Finally, the Committee reserves all rights to object to the Sale with respect to any and all issues that may arise following the filing of this Reservation of Rights as the sale process remains ongoing, the Auction, if any, has not occurred, and there may be other issues that arise that are not now known to the Committee.

Dated:  May 5, 2014

/s/ *Sharon L. Levine*
Sharon L. Levine, Esq.
S. Jason Teele, Esq.
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Email:  slevine@lowenstein.com
         jteele@lowenstein.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

-and-

Maria Ellena Chavez-Ruark, Esq. (Bar No. 23941)
SAUL EWING LLP
500 East Pratt Street, 9th Floor
Baltimore, MD 21202
Telephone:  (410) 332-8797
Email:  mruark@saul.com

*Proposed Maryland Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 5, 2014, I served a copy of the foregoing Limited Objection and Reservation of Rights by the Official Committee of Unsecured Creditors With Respect to Debtor's Motion for an Order (a) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Outside the Ordinary Course of Business; (b) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (c) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (d) Granting Related Relief electronically via the Court's CM/ECF electronic notification system on the following:

| | |
|---|---|
| Alan M. Grochal, Esquire<br>Catherine Keller Hopkin, Esquire<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street, 26th Floor<br>Baltimore, MD 21202 | Katherine A. Levin, Esquire<br>Office of U.S. Trustee<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201 |
| Marc E. Shach, Esquire<br>Curtis C. Coon, Esquire<br>Coon & Cole, LLC<br>401 Washington Avenue, Suite 501<br>Towson, MD 21204 | Linda V. Donhauser, Esquire<br>Kristen M. Siracusa, Esquire<br>Miles & Stockbridge, P.C.<br>100 Light Street<br>Baltimore, MD 21202 |
| Patrick J. Potter, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>2300 N Street NW<br>Washington, DC 20037 | Tammy Cohen Drescher<br>Sellman Hoff LLC<br>2201 Old Court Road<br>Pikesville, MD 21208 |
| Mark D. Maneche, Esquire<br>Tiffany S. Franc, Esquire<br>Pessin Katz Law, P.A.<br>901 Dulaney Valley Road, Suite 400<br>Towson, MD 21204 | Samuel C. Batsell, Esquire<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street N.W.<br>Washington, DC 20005-4026 |
| John A. Roberts, Esquire<br>Semmes, Bowen & Semmes, P.C.<br>25 South Charles Street, Suite 1400<br>Baltimore, MD 21201 | Gary R. Greenblatt, Esquire<br>Mehlman Greenblatt & Hare, LLC<br>723 South Charles Street, Suite LL3<br>Baltimore, MD 21230 |

And on the following parties by first class mail, postage prepaid:

| | |
|---|---|
| Ampacet Corporation<br>660 White Plaines Road<br>Tarrytown, NY 10591 | Anchor Staffing<br>6960 Aviation Boulevard, Suite D<br>Glen Burnie, MD 21061 |

Baltimore Gas & Electric
P.O. Box 13070
Philadelphia, PA 19101

Constellation NewEnergy, Inc.
800 Boylston Street
Suite 28
Boston, MA 02199

Green Bay Packaging
1100 Gilroy Road
Hunt Valley, MD 21031

INEOS Olefins & Polymers USA
13536 Collections Center Drive
Chicago, IL 60693

Meyers Construction
Attention:  Mike Shilling
1121 Greenwood Road, Suite 101
Pikesville, MD 21208

Polyone
10115 Kincey Avenue, Suite 240
Huntersville, NC 28078

Serv Pro
Attention:  John Wall
102 Cockeysville Road
Cockeysville, MD 21030

Specialty Industries
Attention:  John H. Forrey, Jr.
175 East Walnut Street
Red Lion, PA 17356

Worldwide Dispenser
Lee Road Merton Park Estate
Merton London, UK

Chevron Phillips Chemical
10001 Six Pines Drive
The Woodlands, TX 77380

Chevron Phillips Chemical
1400 Jefferson Avenue
Pasadena, TX 77502

Electronic Restoration Services
Attn:  Leo Gusfa
12001 Levan Road
Livonia, MI 48150

Guernsey Office Products
45070 Old Ox Road
Sterling, VA 20166

MD Unemployment Insurance Division
1100 North Eutaw Street
Baltimore, MD 21201

PCA – Salt Lake City
4654 West 1525 South
Salt Lake City, UT 84104

Priority Worldwide Services
504 McCormick Drive
Glen Burnie, MD 21061

Sixth Sense Partners
3041 Warrington Road
Cleveland, OH 44120

Transamerica Retirement Solutions
Attention:  Connie McDonald
4333 Edgewood Road NE
Cedar Rapids, IA 52499

Zacros America
1821 Walden Office Square, Suite 400
Schaumburg, IL 60173

Harvey Altus
30500 Northwestern Highway, Ste 500
Farmington Hills, MI 48334

| | |
|---|---|
| James S. Carr, Esquire | Paul W. Linehan, Esquire |
| Jason Adams, Esquire | South Franklin Street Partners |
| Kelly Drye & Warren LLP | McDonald Hopkins |
| 101 Park Avenue | 600 Superior Avenue East, Suite 2100 |
| New York, NY 10178 | Cleveland, OH 44114 |

                                            /s/ Maria Ellena Chavez-Ruark
                                            Maria Ellena Chavez-Ruark

1260924.1 5/5/14