IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re: | * |
| | *   Chapter 11 |
| HEDWIN CORPORATION, | * |
| | *   Case No.  14-15194 |
| Debtor | * |

\*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF ENTRY OF APPEARANCE, REQUEST
FOR NOTICES AND PAPERS AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that INTEPLAST GROUP INC. ("Inteplast"), as a party in interest in the above-captioned case, hereby appears by its counsel, Holland & Knight LLP; such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(a) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

Richard E. Lear
Philip T. Evans
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, D.C.  20006
Telephone: (202) 955-3000
Telecopy: (202) 955-5564
Email: richard.lear@hklaw.com
philip.evans@hklaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice shall not be deemed or construed to be a waiver of (a) Inteplast's rights (i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Inteplast is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Inteplast expressly reserves.

Dated: May 6, 2014

        Respectfully submitted,

      /s/ *Richard E. Lear*
Richard E. Lear (Bar No. 03777)
Philip T. Evans  (Bar No. 11796)
Holland & Knight LLP
800 17th Street, N.W.
Suite 1100
Washington, DC  20006
202-955-3000

Attorneys for Inteplast Group Inc.

2

CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing Notice of Entry of Appearance was mailed by U.S. first class mail, postage prepaid, this 6th day of May, 2014, to the following:

Alan M. Grochal, Esquire
Stephen M. Goldberg, Esquire
Catherine K. Hopkin, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Office of The United States Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system such that it would be served electronically on those parties entitled to receive such notice.

    /s/ *Richard E. Lear*
    Richard E. Lear

#29507010_v2