IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HEDWIN CORPORATION, | ) | Case No. 14-15194-NVA |
| | ) | (Chapter 11) |
| Debtor. | ) | |

### MOTION FOR ADMISSION PRO HAC VICE
(Arthur E. Rosenberg, Esquire)

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local Rule 101.1(b) of the United States District Court for the District of Maryland, Richard E. Lear, Esquire, a member in good standing of the Bar of this Court and the United States District Court for the District of Maryland, moves the admission of Arthur E. Rosenberg, Esquire to appear *pro hac vice* in this case as counsel for Inteplast Group Inc.

Movant and the proposed admittee respectfully certify as follows:

1)   The proposed admittee is not a member of the Bar of Maryland.

2)   The proposed admittee is a member in good standing of the Bars of the following State and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York, April 25, 1984 | S.D. N.Y.   Feb. 25, 1992 |
| | E.D. N.Y.   Feb. 25, 1992 |
| | Dist. of Conn.  Oct. 6, 1995 |

3)   During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

4)   The proposed admittee has never been disbarred, suspended, or denied admission to practice.

5)   The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local

Bankruptcy Rules, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6) Co-counsel for the proposed admittee in these proceedings will be the undersigned or Philip T. Evans, Esquire, who have been formally admitted to the bar of the United States District Court for the District of Maryland.

7) It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court or to the bar of the United States District Court for the District of Maryland.

8) The $50.00 fee for admission *pro hac vice* is being sent to the Clerk's Office today by overnight delivery.

9) We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully Submitted on May 6, 2014,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Richard E. Lear | /s/ Arthur E. Rosenberg |
| Richard E. Lear Bar No.03777 | Arthur E. Rosenberg |
| Holland & Knight LLP | Holland & Knight LLP |
| 800 17th Street, NW | 31 West 52nd Street, |
| Suite 1100 | 11th Floor |
| Washington, DC 20006 | New York, NY 10019 |
| Tel: (202) 457-7049 | Tel: (212) 513-3482 |
| richard.lear@hklaw.com | arthur.rosenberg@hklaw.com |
| *Counsel to Inteplast Group Inc.* | |

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing Motion for Admission Pro Hac Vice (Arthur E. Rosenberg) was mailed by U.S. first class mail, postage prepaid, this 6th day of May, 2014, to the following:

Alan M. Grochal, Esquire
Stephen M. Goldberg, Esquire
Catherine K. Hopkin, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Office of The United States Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

and that the foregoing Motion was also filed electronically via the Court's CM/ECF system such that it would be served electronically on those parties entitled to receive such notice.

    /s/ Richard E. Lear
    Richard E. Lear