IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| HEDWIN CORPORATION | * | Case No. 14-15194 |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXPRESS SERVICES, INC.'S AMENDED OBJECTION TO THE CURE AMOUNT IDENTIFIED IN DEBTOR'S APRIL 25, 2014 SUPPLEMENTAL NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS (STAFFING CONTRACTS) THAT MAY BE ASSUMED AND ASSIGNED.

Express Services, Inc., dba Express Employment Professionals ("Express"), identified as "26. Employment Staffing" on Exhibit B to Debtors Supplemental Notice to Counterparties to Executory Contracts (Staffing Contracts) that may be Assumed and Assigned, objects to the Amount identified in Exhibit B as to its Cure Amount as $11,498.39, for purposes of 11 USC 365 and the Order Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases.  Express Services, Inc., does not object to the Assignment and Assumption of its contract with Debtor or Debtor in Possession.

As shown on the attached Exhibit 1, Express Services, Inc. dba Express Employment Professionals is a party to a contract with Debtor for staffing services to its warehouse location in Reno, Nevada.

As shown on the attached Exhibit 2, the outstanding invoices for staffing services provided to Debtor and Debtor in Possession through the services provided April 6, 2014, show an outstanding balance of $15,308.43, not the amount listed in Exhibit B to Debtors Supplemental Notice and Motion.

Pursuant to 11 USC 365(b), a Debtor in Possession or Trustee can only assume and assign an executory contract by curing all outstanding defaults in payment. Here, for Debtor and Debtor in Possession to assign the executory contract to a purchaser under the proposed Asset Purchase Agreement, is to cure the outstanding delinquency and default in full and provide adequate assurance of future performance.

Express Services, Inc., prays that this Court deny Debtor's Motion to Assume and Assign its executory contract with Express Services, Inc. unless Debtor amends the Cure amount to be $15,308.43; and for such other relief as is just.

Attached as Exhibit 3 is a proposed Order Re: Express Services, Inc.'s Amended Objection to Cure Amount.

Dated: May 7, 2014

Mark B. Comstock, Oregon Bar No. 811930
mcomstock@ghrlawyers.com
Garrett Hemann Robertson P. C.
1011 Commercial St. NE
Salem OR 97301
Telephone:  503-581-1501
Facsimile:     503-581-5891
Of Attorneys for Express Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May, 2014, the foregoing Objection to Cure Amount was served electronically or mailed, first class, postage prepaid, to all parties on the attached matrix.

Mark B. Comstock, Oregon Bar No. 811930

Mailing Matrix

Tydings & Rosenberg LLP
Attention: Alan M. Grochal and Stephen M. Goldberg
100 E. Pratt Street, 26th Floor
Baltimore, MD  21202

Lowenstein Sandler LLP
Attention: Sharon L. Levine, Esq. and S. Jason Teele, Esq
65 Livingston Avenue
Roseland, NJ  07068

Saul Ewing LLP
Attention: Maria Ellena Chavez-Ruark, Esq.
500 East Pratt Street, Suite 900
Baltimore, MD  21202

Miles and Stockbridge P.C.
Attention: Linda V. Donhauser and Frederick W. Runge
100 Light Street
Baltimore, MD  21202

McDonald Hopkins
Attention: Paul W. Linehan
600 Superior Avenue East, Suite 2100
Cleveland, Ohio  44114

Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Pillsbury Winthrop Shaw Pittman LLP
Attention: Shinya Akiyama
1540 Broadway
New York, New York  100364039

 **Staffing Agreement**

Express Services, Inc. (Express) dba Express Employment Professionals (referred to as "Express", "We", or "Our"), makes it easy for you to do business with us. The first step in establishing a successful staffing relationship is to ensure a clear understanding of each party's responsibilities. We appreciate your business and look forward to the opportunity to support you with outstanding professional employment services in consideration of your agreement to the following terms and conditions:

1. We hire associates as Express employees, and provide all wages, taxes, withholdings, workers' compensation, and unemployment insurance. Medical benefits and vacation pay are also available to associates who qualify. We recruit and assign associates to you to perform the job duties you specify. You agree to notify us if those duties or the workplace of an associate changes.

2. Express complies with all Federal, State, and local employment laws and regulations. You agree to provide our associates with a safe, suitable workplace and equipment, and to comply with all applicable federal, state, and local employment laws. You agree to indemnify and hold Express harmless from claims or damages resulting from your non-compliance with applicable laws and regulations.

3. Express pays associates promptly, based on information approved by you. You agree to pay our charges based on the time card or other mutually acceptable recording method by the intermediate date. A monthly service charge of 1½% per annum may be assessed on charges remaining unpaid 30 days after the invoice date. We are entitled to reasonable collection fees, attorney fees, and other expenses incurred to collect all charges on your account(s).

4. It is our goal that associates perform their jobs to your satisfaction; however, if you are not satisfied with an Express associate for any reason, you will not be charged for the first four (4) hours of the associate's work and a replacement will be provided.

5. We provide insurance policies to cover Express associates for Workers' Compensation, Commercial General Liability, Employers liability, Fidelity Bond, Errors and Omissions, and Hired Non-Owned Automobile coverage in an amount not less than $1,000,000 per occurrence. You agree to maintain liability insurance for any motor vehicle, forklift, or other motorized mobile equipment operated by an Express associate, and agree to waive all rights of recovery against Express as the employer of the Express associate.

6. You agree that you will not require or allow our associates to offer professional opinions concerning any financial audits, certifications or financial statements, SEC filings or provide management, accounting or financial advice. Nor will our associates be permitted sign-off authority for architectural or engineering projects or completion for other cost estimates. All services performed by our associates shall be under your direction, supervision and control and you shall be responsible for ensuring that the services meet your requirements and agree that we are not responsible for the accuracy and correctness of the resulting work product.

7. If our associates have access to unattended premises or the care, custody, or control of cash, checks, credit card numbers, ATM/bank cards, negotiables, confidential information, trade secrets, or other valuable property, then you agree to indemnify and hold us harmless from any resulting loss or damage.

8. Express will provide associates for positions where operating a motor-vehicle, forklift, or other motorized equipment is required, if notified in writing prior to an assignment. We must know in advance, so we can assign associates who are qualified to meet your specifications. During an assignment, if our associate operates a motor vehicle, forklift, or any other motorized equipment, you agree to indemnify and hold us harmless for bodily injury, property damage, collision, or public liability claims, regardless of fault.

9. You supervise, direct, and control the work performed by Express associates, and assume responsibility for all operational results, including losses or damage to property or that in the care, custody, or control of an Express associate. You agree to indemnify and hold us harmless from any claims or damages that may be caused by your negligence or misconduct, and agree on behalf of your insurer(s) to waive all rights of subrogation (indemnification) against us.

10. We offer an evaluation hire program designed to provide you with associates on a trial basis, prior to converting them to your payroll. To take advantage of our evaluation hire program, you agree to negotiate a pre-determined trial period at the prior to an associate's assignment to you. Express allows you to hire associates already assigned to you, if your invoices are current and you agree to pay an acceptable payroll transfer fee (up to 10%) of an associate's expected annual earnings) to convert an Express associate to your payroll. You agree, for a period of one year from the date of introduction, not to hire directly or use Express associates through another staffing firm without paying a liquidated fee of 20% of the Express associate's expected annual compensation, unless otherwise agreed to by us in writing.

11. Express will, at your written request, conduct criminal history checks and drug screens as permitted by state law. The costs vary depending upon the specific test or report requested and the charges will be agreed upon prior to ordering the tests and/or reports.

Thank you for your business. We look forward to a mutually beneficial relationship.

Company: _Hedwin Corp._        Date: _3/21/12_

Agent's Name (please print): _William R. Belke_    Title: _Director of Mfg._

Agent's Signature: _[signature]_

© 2009 Express Services, Inc. All rights reserved.

**Express** *New Account Information*

| Client | Telephone No. | Fax No. | Contact |
|---|---|---|---|
| Hedwin Corp. | 775·677·4647 | 775·677·9400 | Ana Buchanan |

| Address | City | State | Zip |
|---|---|---|---|
| 9175 Moya Blvd., Suite D | Reno | NV | 89506 |

| Type of Business | Business Start Date | Years at Address | CEO/Owner/Partner/Proprietor | No. Employees |
|---|---|---|---|---|
| Mfg. | Sept. 2011 | 6 mths | Randy Wolfinger | 12 |

| Type of Organization | Reason for Associates | No. of Associates | Hours per Week |
|---|---|---|---|
| ☑ Corp. ☐ Partnership ☐ Ind. Prop. ☐ LLC ☐ Other | Temp Mfg Help | 4-6 | 40 |

| Party in Charge of Accts. Payable | PO Required? ☐ Yes ☐ No | Terms are: Payments due 10 Days from Date of Invoice |
|---|---|---|

| Person Accepting Our Terms | Title | Social Security Number/Tax ID Number |
|---|---|---|

| Primary Bank Used | Telephone | Account No. | Account Representative |
|---|---|---|---|

| Type of Account | Date Opened | Avg. Checking Balance $ | Hi Balance $ | Avg. Balance $ | D&B Rating |
|---|---|---|---|---|---|

| Loans Outstanding ☐ Secured ☐ Unsecured | Current Loan Balance $ | Hi Balance $ | Avg. Balance $ | Payment History ☐ Excellent ☐ Good ☐ Fair ☐ Poor |
|---|---|---|---|---|

| Bank Credit Rating | SIC Code | Comments: |
|---|---|---|

### CREDIT REFERENCES / For Express Services Use Only

| Name of Supplier | Type of Business | Credit Limit $ | Date Acct. Opened | Account Avg. $ | Account High $ |
|---|---|---|---|---|---|
| Address | Contact | Avg. Days to Pay | Terms | Rating ☐ Excellent ☐ Good ☐ Fair ☐ Poor | |
| Telephone No. | Fax No. | Comments: | | | |

| Name of Supplier | Type of Business | Credit Limit $ | Date Acct Opened | Account Avg. $ | Account High $ |
|---|---|---|---|---|---|
| Address | Contact | Avg. Days to Pay | Terms | Rating ☐ Excellent ☐ Good ☐ Fair ☐ Poor | |
| Telephone No. | Fax No. | Comments: | | | |

| Name of Supplier | Type of Business | Credit Limit $ | Date Acct Opened | Account Avg. $ | Account High $ |
|---|---|---|---|---|---|
| Address | Contact | Avg. Days to Pay | Terms | Rating ☐ Excellent ☐ Good ☐ Fair ☐ Poor | |
| Telephone No. | Fax No. | Comments: | | | |

#### TERMS AGREEMENT BUILT INTO CREDIT APPLICATION

The undersigned, in consideration of extending credit to aforesaid business, individually, jointly and severally as individuals unconditionally guarantee the payment of any and all future obligations of the said company which may be owing to Express Services, Inc. upon demand including reasonable attorney's fees and all costs and other expenses incurred by Express Services, Inc. in collecting an indebtedness of the aforesaid customer. Notice is waived. This is a continuing guarantee. Should a lawsuit be necessary to enforce the guarantee, venue is waived and suit may be brought in Oklahoma City, Oklahoma. A photocopy or facsimile copy of the account application and signature shall be valid as an original thereof.

All information given above is correct to the best of the undersigned's knowledge. It is agreed that (1) charges for temporary help are labor related and due 10 days from the date of invoice; (2) creditor is authorized to investigate credit, banking and financial history and to disclose findings of that investigation as necessary.

| Signature | Date |
|---|---|
| | 3/21/12 |

| CREDIT APPROVAL | Approved By | Credit Limit $ | Terms |
|---|---|---|---|
| Source Code | Client Account No. | Complete By | Checked By | Date |

*Express is an Equal Opportunity Employer*                    A127 (01/06)

**Exhibit 1 Page 2 of 4**

DATE: 3/21/12

TO WHOM IT MAY CONCERN:

**Remittance Address ONLY**
Hedwin Corporation
9021 Collections Center Drive
Chicago, Illinois 60693

Hedwin Corporation
1600 Roland Heights Avenue
Baltimore, Maryland 21211
(410) 467-8209
      Purchasing      FAX NO. 410 467-6609
      Customer Service   FAX NO. 410 889-5189

      FED. ID. NO. ████9855

Established: 1946        MD, Corporation

Officers:    R. C. Wolfinger, President/CEO
          J. T. Solich,  Vice President of Engineering, Development, Sales

Kind of Business:  Industrial Plastics Manufacturer

Bank:      Bank of America

      TEL :  FAX:  415-343-9301– must be faxed

TRADE REFERENCES:

    Chevron Philips Chemical Co.            Customer #10024687
    1. www.cpchem.com   2. a) Select "Contact Us"; b) Select "Credit Inquiry"
    3. Provide: a) "Requesting Company Name"; b) "Contact Name"; c) "email
       address"; and d) "Chevron Phillips Customer Number"
    4. Execute the "Submit" button and an email will be sent to the given address
       containing the credit/trade reference information that CPChem is willing to
       provide

    Berry Plastics Corporation          Customer #307500
    1810 Portal Street              Fax: 812-250-0861
    Baltimore MD 21224          Attn: Tammy Altstadt

    Specialty Industries
    175 East Walnut Street         800-726-3601
    Red Lion, PA 173456

We authorize Bank of America to release references to the holder of this letter.

**Exhibit 1 Page 3 of 4**

From: unknown      Page: 2/6      Date: 3/21/2012 9:15:48 AM



Respecting People. Impacting Business.™

## PRICING PROPOSAL FOR HEDWIN

| POSITIONS TO BE FILLED | PAY RATE | BILL RATE |
|---|---|---|
| GENERAL WAREHOUSE | 9.04/HR | 12.57 |
| | 9.41/HR | 13.08 |
| | 10.34/HR | 14.37 |

**Service**
**Rate Inclusions:**
- Recruiting efforts include 600 websites, local colleges, & recruiting centers
- Customized computerized skills evaluation
- Customized recruiting, interviewing and screening
- Two documented positive work related references
- Criminal background checks
- Drug Screening
- Prove-It Testing
- Skills Testing
- 4-hour Service Guarantee
- 720 Temp to Hire
- 24 hour on call service

**Who is Express Employment Professionals:**
- Local Ownership since 1983
- ISO 9001:2000 Certified
- EEOC Certified

**The Express Business Practice:**
- Customized recruiting, interviewing, and screening.
- Quality Assurance Checks (Confirmation, Arrival, 2nd day Performance and Friday service calls).
- Convenient billing process
- Express offers Essential Care insurance for Medical/Dental/Vision/Short Term Disability/Life Insurance
- Holiday and Vacation pay for qualifying associates.
- Full compliance with all federal and state payroll tax, unemployment taxes and worker compensation.

### TERMS AGREEMENT BUILT INTO CREDIT APPLICATION

The undersigned, in consideration of extending credit to aforesaid business, individually, jointly and severally as individuals unconditionally guarantee the payment of any and all future obligations of the said company which may be owing to Express Services, Inc. upon demand including reasonable attorney's fees and all costs and other expenses incurred by Express Services, Inc. in collecting an indebtedness of the aforesaid customer. Notice is waived. This is a continuing guarantee. Should a lawsuit be necessary to enforce the guarantee, venue is waived and suit may be brought in Oklahoma City, Oklahoma. A photocopy or facsimile copy of the account application and signature shall be valid as an original thereof.

It is agreed that: (1) charges for temporary help are labor related and due 30 days from the date of invoice; (2) due to the Payrolled nature of your business all invoices will be charged to the undersign's submitted credit card (If Applicable); (3) creditor is authorized to investigate credit, banking and financial history and to disclose findings of that investigation as necessary.

*Hedwin Corp.*                                  *3/20/12*
CLIENT NAME                                     DATE

Express Employment Professionals - Confidential
3973 South McCarran Blvd
Reno, Nv. 89502
(P) 775.826.4443   (F) 775.826.0255

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

**Exhibit 1 Page 4 of 4**



**Hedwin**                                                                                           WEB

Payroll related services, please pay from this invoice.          Invoice Date        **1/08/2014**   Page:  **1**   of **1**
1955-723595                    Account # 19551203               Invoice Number      **13545787-7**

|  |  | item | summary |
|---|---|---|---|
| Hedwin | | | |
| **H772  -  Line Stocker** | | | |
| renteria, armando | | | |
| 1/05/2014 Regular Time 8.00 hours @ $12.57 per hour | | $100.56 | |
| **Job Subtotal: H772  -  Line Stocker** | | | $100.56 |
| **H800  -  Box Assembler** | | | |
| Ahumada, Daniel Jr. | | | |
| 1/05/2014 Regular Time 16.00 hours @ $13.08 per hour | | $209.28 | |
| Martinez-Reyes, Jorge M | | | |
| 1/05/2014 Regular Time 24.00 hours @ $14.37 per hour | | $344.88 | |
| **Job Subtotal: H800  -  Box Assembler** | | | $554.16 |

**Invoice Total**                                                                       **$654.72**

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*

### DUPLICATE                                                                           PDF



| | |
|---|---|
| Account Number | 19551203 |
| Invoice Number | 13545787-7 |
| Invoice Date | 1/08/2014 |
| Amount Due | $654.72 |
| Due Date | 1/18/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV  89506

Express Services, Inc.
P.O. Box 4427
Portland, OR  97208-4427

*Please return this portion with your payment*

0000000135457877            000000000723595            00065472

**Exhibit 2 Page 1 of 13**

**Express** EMPLOYMENT PROFESSIONALS

**Hedwin**                                                                WEB

Payroll related services, please pay from this invoice.
1955-723595                  Account # 19551203

| | Invoice Date | 1/22/2014 | Page: 1 of 1 |
| | Invoice Number | 13594705-9 | |

| | item | summary |
|---|---|---|
| Hedwin | | |
| H772 - Line Stocker | | |
| Storey, Wesley | | |
| 1/19/2014 Regular Time 40.00 hours @ $12.57 per hour | $502.80 | |
| **Job Subtotal: H772 - Line Stocker** | | $502.80 |
| H784 - Line Stocker | | |
| Ahumada, Daniel Jr. | | |
| 1/19/2014 Regular Time 32.00 hours @ $14.37 per hour | $459.84 | |
| **Job Subtotal: H784 - Line Stocker** | | $459.84 |
| H800 - Box Assembler | | |
| Martinez-Reyes, Jorge M | | |
| 1/19/2014 Regular Time 40.00 hours @ $14.37 per hour | $574.80 | |
| **Job Subtotal: H800 - Box Assembler** | | $574.80 |

| **Invoice Total** | $1,537.44 |

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*

**DUPLICATE**                                                         PDF



| Account Number | 19551203 |
| Invoice Number | 13594705-9 |
| Invoice Date | 1/22/2014 |
| Amount Due | $1,537.44 |
| Due Date | 2/01/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV 89506

Express Services, Inc.
P.O. Box 4427
Portland, OR 97208-4427

*Please return this portion with your payment*

0000000135947059        000000000723595        00153744

**Exhibit 2 Page 2 of 13**



**Hedwin**                                                                 WEB

**Payroll related services, please pay from this invoice.**
1955-723595                    Account # 19551203

| | Invoice Date | 1/29/2014 | Page: 1 of 1 |
| | Invoice Number | 13630501-8 | |

| | item | summary |
|---|---|---|
| Hedwin | | |
| **H772 - Line Stocker** | | |
| Storey, Wesley | | |
| 1/26/2014 Regular Time 8.00 hours @ $12.57 per hour | $100.56 | |
| Job Subtotal: H772 - Line Stocker | | $100.56 |
| **H784 - Line Stocker** | | |
| Ahumada, Daniel Jr. | | |
| 1/26/2014 Regular Time 30.50 hours @ $14.37 per hour | $438.29 | |
| Job Subtotal: H784 - Line Stocker | | $438.29 |
| **H800 - Box Assembler** | | |
| Martinez-Reyes, Jorge M | | |
| 1/26/2014 Regular Time 32.00 hours @ $14.37 per hour | $459.84 | |
| Job Subtotal: H800 - Box Assembler | | $459.84 |
| **Invoice Total** | | $998.69 |

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*

**DUPLICATE**

| | |
|---|---|
| Account Number | 19551203 |
| Invoice Number | 13630501-8 |
| Invoice Date | 1/29/2014 |
| Amount Due | $998.69 |
| Due Date | 2/08/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV 89506

Express Services, Inc.
P.O. Box 4427
Portland, OR 97208-4427

*Please return this portion with your payment*

000000013630501B          000000000723595          00099869

**Exhibit 2 Page 3 of 13**

# *Express*
### EMPLOYMENT PROFESSIONALS

**Hedwin**

WEB

Payroll related services, please pay from this invoice.
1955-723595          Account # 19551203

| | Invoice Date | 2/05/2014 | Page: 1 of 1 |
| --- | --- | --- | --- |
| | Invoice Number | 13655258-5 | |

| | item | summary |
| --- | --- | --- |
| Hedwin | | |
| **H772 - Line Stocker** | | |
| Storey, Wesley | | |
| 2/02/2014 Regular Time 38.50 hours @ $12.57 per hour | $483.95 | |
| **Job Subtotal: H772 - Line Stocker** | | $483.95 |
| **H784 - Line Stocker** | | |
| Ahumada, Daniel Jr. | | |
| 2/02/2014 Regular Time 10.00 hours @ $14.37 per hour | $143.70 | |
| **Job Subtotal: H784 - Line Stocker** | | $143.70 |
| **H800 - Box Assembler** | | |
| Martinez-Reyes, Jorge M | | |
| 2/02/2014 Regular Time 40.00 hours @ $14.37 per hour | $574.80 | |
| **Job Subtotal: H800 - Box Assembler** | | $574.80 |

**Invoice Total**                     $1,202.45

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*

### DUPLICATE

PDF



| | | |
| --- | --- | --- |
| Account Number | 19551203 | |
| Invoice Number | 13655258-5 | |
| Invoice Date | 2/05/2014 | |
| Amount Due | $1,202.45 | |
| Due Date | 2/15/2014 | |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV  89506

Express Services, Inc.
P.O. Box 4427
Portland, OR  97208-4427

*Please return this portion with your payment*

0000000136552585          000000000723595          00120245

**Exhibit 2 Page 4 of 13**

**Express** EMPLOYMENT PROFESSIONALS

**Hedwin**                                                                    WEB

Payroll related services, please pay from this invoice.
1955-723595                     Account # 19551203

| | Invoice Date | **2/12/2014** | Page: **1** of **1** |
| | Invoice Number | **13691326-6** | |

| | item | summary |
|---|---|---|
| Hedwin | | |
| **H772 - Line Stocker** | | |
| Shamiya, Anwar | | |
| 2/09/2014 Regular Time 40.00 hours @ $12.57 per hour | $502.80 | |
| Storey, Wesley | | |
| 2/09/2014 Regular Time 40.00 hours @ $12.57 per hour | $502.80 | |
| **Job Subtotal: H772 - Line Stocker** | | $1,005.60 |
| **H800 - Box Assembler** | | |
| Martinez-Reyes, Jorge M | | |
| 2/09/2014 Regular Time 32.00 hours @ $14.37 per hour | $459.84 | |
| **Job Subtotal: H800 - Box Assembler** | | $459.84 |

|                      **Invoice Total** |  | **$1,465.44** |

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*                    1

**DUPLICATE**                                                            PDF



| Account Number | 19551203 |
|---|---|
| Invoice Number | 13691326-6 |
| Invoice Date | 2/12/2014 |
| Amount Due | $1,465.44 |
| Due Date | 2/22/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV  89506

Express Services, Inc.
P.O. Box 4427
Portland, OR  97208-4427

*Please return this portion with your payment*

0000000136913266        000000000723595        00146544

**Exhibit 2 Page 5 of 13**

**Express** <sup>SM</sup>        **Hedwin**                WEB
*EMPLOYMENT PROFESSIONALS*

Payroll related services, please pay from this invoice.    Invoice Date    **2/19/2014**   Page: **1** of **1**
1955-723595        Account # 19551203    Invoice Number   **13710119-2**

| | item | summary |
|---|---|---|
| Hedwin | | |
| **H772  -  Line Stocker** | | |
| Shamiya, Anwar | | |
| 2/16/2014 Regular Time 32.00 hours @ $12.57 per hour | $402.24 | |
| **Job Subtotal: H772   -   Line Stocker** | | $402.24 |
| **H800  -  Box Assembler** | | |
| Martinez-Reyes, Jorge M | | |
| 2/16/2014 Regular Time 31.90 hours @ $14.37 per hour | $458.40 | |
| **Job Subtotal: H800   -   Box Assembler** | | $458.40 |
| **Invoice Total** | | **$860.64** |

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*

### DUPLICATE



PDF

| | |
|---|---|
| Account Number | 19551203 |
| Invoice Number | 13710119-2 |
| Invoice Date | 2/19/2014 |
| Amount Due | $860.64 |
| Due Date | 3/01/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV  89506

Express Services, Inc.
P.O. Box 4427
Portland, OR  97208-4427

*Please return this portion with your payment*

0000000137101192      000000000723595      00086064
**Exhibit 2 Page 6 of 13**

# Express EMPLOYMENT PROFESSIONALS

**Hedwin**                                                                                                          WEB

Payroll related services, please pay from this invoice.
1955-723595                    Account # 19551203

| | Invoice Date | 2/26/2014 | Page: 1 of 1 |
| | Invoice Number | 13745559-8 | |

| | item | summary |
|---|---|---|
| Hedwin | | |
|   H772 - Line Stocker | | |
|     Gutierrez Hernandez, Vicente M | | |
|       2/23/2014 Regular Time 40.00 hours @ $12.57 per hour | $502.80 | |
|     Shamiya, Anwar | | |
|       2/23/2014 Regular Time 40.00 hours @ $12.57 per hour | $502.80 | |
|         Job Subtotal: H772 - Line Stocker | | $1,005.60 |
|   H800 - Box Assembler | | |
|     Martinez-Reyes, Jorge M | | |
|       2/23/2014 Regular Time 40.00 hours @ $14.37 per hour | $574.80 | |
|         Job Subtotal: H800 - Box Assembler | | $574.80 |

**Invoice Total**         $1,580.40

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*                 1

## DUPLICATE                                                                                   PDF



| | |
|---|---|
| Account Number | 19551203 |
| Invoice Number | 13745559-8 |
| Invoice Date | 2/26/2014 |
| Amount Due | $1,580.40 |
| Due Date | 3/08/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV 89506

Express Services, Inc.
P.O. Box 4427
Portland, OR 97208-4427

*Please return this portion with your payment*

0000000137455598          000000000723595          00158040

**Exhibit 2 Page 7 of 13**



**Hedwin**                                                                WEB

Payroll related services, please pay from this invoice.
1955-723595                    Account # 19551203

| | Invoice Date | 3/05/2014 | Page: 1 of 1 |
| | Invoice Number | 13770274-2 | |

| | item | summary |
|---|---|---|
| Hedwin | | |
| **H772 - Line Stocker** | | |
| Gutierrez Hernandez, Vicente M | | |
| 3/02/2014 Regular Time 7.50 hours @ $12.57 per hour | $94.28 | |
| Shamiya, Anwar | | |
| 3/02/2014 Regular Time 31.00 hours @ $12.57 per hour | $389.67 | |
| Job Subtotal: H772 - Line Stocker | | $483.95 |
| **H800 - Box Assembler** | | |
| Martinez-Reyes, Jorge M | | |
| 3/02/2014 Regular Time 31.00 hours @ $14.37 per hour | $445.47 | |
| Job Subtotal: H800 - Box Assembler | | $445.47 |

| **Invoice Total** | | $929.42 |

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*          1

**DUPLICATE**                                                       PDF



| Account Number | 19551203 |
|---|---|
| Invoice Number | 13770274-2 |
| Invoice Date | 3/05/2014 |
| Amount Due | $929.42 |
| Due Date | 3/15/2014 |

Please make check payable to Express Services, Inc.

||ı||ı|ı||ıı||ıı||ıı||ıı||ıı||ıı||ıı|||
Hedwin
9175 Moya Boulevard
Ste D
Reno, NV 89506

Express Services, Inc.
P.O. Box 4427
Portland, OR 97208-4427

*Please return this portion with your payment*

||ı|ı||ı|ı|||ıı||ı|ı|ı|ı|ı|ı|ı|ı||ıı||

0000000137702742          000000000723595          00092942

**Exhibit 2 Page 8 of 13**

# Express
## EMPLOYMENT PROFESSIONALS

**Hedwin**                                                                    WEB

Payroll related services, please pay from this invoice.
1955-723595                    Account # 19551203

| | Invoice Date | 3/12/2014 | Page: 1 of 1 |
| | Invoice Number | 13802013-6 | |

| | | item | summary |
|---|---|---|---|
| Hedwin | | | |
| **H772 - Line Stocker** | | | |
| Shamiya, Anwar | | | |
| 3/09/2014 Regular Time 38.00 hours @ $12.57 per hour | | $477.66 | |
| **Job Subtotal: H772 - Line Stocker** | | | $477.66 |
| **H800 - Box Assembler** | | | |
| Martinez-Reyes, Jorge M | | | |
| 3/09/2014 Regular Time 38.00 hours @ $14.37 per hour | | $546.06 | |
| **Job Subtotal: H800 - Box Assembler** | | | $546.06 |

**Invoice Total**                                               $1,023.72

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*                    1

## DUPLICATE                                                           PDF



| Account Number | 19551203 |
|---|---|
| Invoice Number | 13802013-6 |
| Invoice Date | 3/12/2014 |
| Amount Due | $1,023.72 |
| Due Date | 3/22/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV 89506

Express Services, Inc.
P.O. Box 4427
Portland, OR 97208-4427

*Please return this portion with your payment*

0000000138020136        000000000723595        00102372

**Exhibit 2 Page 9 of 13**



**Hedwin**                                                                                   WEB

Payroll related services, please pay from this invoice.
1955-723595                    Account # 19551203

| | | Invoice Date | 3/19/2014 | Page: 1 of 1 |
| | | Invoice Number | 13834564-0 | |

| | item | summary |
|---|---|---|
| Hedwin | | |
| H772 - Line Stocker | | |
| Morse, Paul | | |
| 3/16/2014 Regular Time 24.00 hours @ $12.57 per hour | $301.68 | |
| Shamiya, Anwar | | |
| 3/16/2014 Regular Time 40.00 hours @ $12.57 per hour | $502.80 | |
| **Job Subtotal: H772 - Line Stocker** | | $804.48 |
| H800 - Box Assembler | | |
| Martinez-Reyes, Jorge M | | |
| 3/16/2014 Regular Time 32.00 hours @ $14.37 per hour | $459.84 | |
| **Job Subtotal: H800 - Box Assembler** | | $459.84 |

**Invoice Total**                                    $1,264.32

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*                        ₁

**DUPLICATE**                                                                        PDF

| | |
|---|---|
| Account Number | 19551203 |
| Invoice Number | 13834564-0 |
| Invoice Date | 3/19/2014 |
| Amount Due | $1,264.32 |
| Due Date | 3/29/2014 |

Please make check payable to Express Services, Inc.

Iluludadddlhudlalludhulludhudd
Hedwin
9175 Moya Boulevard
Ste D
Reno, NV 89506

Express Services, Inc.
P.O. Box 4427
Portland, OR 97208-4427

IhludadadhllhalhahaldalhllhalhalI

*Please return this portion with your payment*

0000000138345640          000000000723595          00126432

**Exhibit 2 Page 10 of 13**

**Express** SM
EMPLOYMENT PROFESSIONALS

**Hedwin**                                                    WEB

Payroll related services, please pay from this invoice.
1955-723595                    Account # 19551203

| | Invoice Date | 3/26/2014 | Page: 1 of 1 |
| | Invoice Number | 13861961-4 | |

| | item | summary |
|---|---|---|
| Hedwin | | |
| **H763 - Line Stocker** | | |
| Shamiya, Anwar | | |
| 3/23/2014 Regular Time 38.50 hours @ $13.08 per hour | $503.58 | |
| **Job Subtotal: H763 - Line Stocker** | | $503.58 |
| **H772 - Line Stocker** | | |
| Morse, Paul | | |
| 3/23/2014 Regular Time 12.50 hours @ $12.57 per hour | $157.13 | |
| **Job Subtotal: H772 - Line Stocker** | | $157.13 |
| **H800 - Box Assembler** | | |
| Martinez-Reyes, Jorge M | | |
| 3/23/2014 Regular Time 38.50 hours @ $14.37 per hour | $553.25 | |
| **Job Subtotal: H800 - Box Assembler** | | $553.25 |

| **Invoice Total** | | $1,213.96 |

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*     ₁

**DUPLICATE**                                                            PDF



| Account Number | 19551203 |
|---|---|
| Invoice Number | 13861961-4 |
| Invoice Date | 3/26/2014 |
| Amount Due | $1,213.96 |
| Due Date | 4/05/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV 89506

Express Services, Inc.
P.O. Box 4427
Portland, OR 97208-4427

*Please return this portion with your payment*

0000000138619614          000000000723595          0012139&

**Exhibit 2 Page 11 of 13**

**Express** EMPLOYMENT PROFESSIONALS

**Hedwin**                                                                 WEB

Payroll related services, please pay from this invoice.
1955-723595                        Account # 19551203

| | Invoice Date | 4/02/2014 | Page: | 1 | of | 1 |
| | Invoice Number | 13893574-7 | | | | |

| | item | summary |
|---|---|---|
| Hedwin | | |
| **H763  -  Line Stocker** | | |
| Shamiya, Anwar | | |
| 3/30/2014 Regular Time 40.00 hours @ $13.08 per hour | $523.20 | |
| 3/30/2014 Overtime 3.00 hours @ $19.62 per hour | $58.86 | |
| Job Subtotal: H763    -    Line Stocker | | $582.06 |
| **H772  -  Line Stocker** | | |
| Morse, Paul | | |
| 3/30/2014 Regular Time 20.50 hours @ $12.57 per hour | $257.69 | |
| Job Subtotal: H772    -    Line Stocker | | $257.69 |
| **H800  -  Box Assembler** | | |
| Martinez-Reyes, Jorge M | | |
| 3/30/2014 Regular Time 40.00 hours @ $14.37 per hour | $574.80 | |
| 3/30/2014 Overtime 3.00 hours @ $21.56 per hour | $64.68 | |
| Job Subtotal: H800    -    Box Assembler | | $639.48 |

| **Invoice Total** | **$1,479.23** |
|---|---|

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*                    1

**DUPLICATE**                                                          PDF



| Account Number | 19551203 |
|---|---|
| Invoice Number | 13893574-7 |
| Invoice Date | 4/02/2014 |
| Amount Due | $1,479.23 |
| Due Date | 4/12/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV  89506

Express Services, Inc.
P.O. Box 4427
Portland, OR  97208-4427

*Please return this portion with your payment*

**Express** EMPLOYMENT PROFESSIONALS

**Hedwin**                                                                WEB

Payroll related services, please pay from this invoice.
1955-723595               Account # 19551203

| | Invoice Date | 4/09/2014 | Page: 1 of 1 |
| | Invoice Number | 13919845-1 | |

| | item | summary |
|---|---|---|
| Hedwin | | |
| **H763 - Line Stocker** | | |
| Shamiya, Anwar | | |
| 4/06/2014 Regular Time 40.00 hours @ $13.08 per hour | $523.20 | |
| **Job Subtotal: H763 - Line Stocker** | | $523.20 |
| **H800 - Box Assembler** | | |
| Martinez-Reyes, Jorge M | | |
| 4/06/2014 Regular Time 40.00 hours @ $14.37 per hour | $574.80 | |
| **Job Subtotal: H800 - Box Assembler** | | $574.80 |

**Invoice Total**                    $1,098.00

Please call (775) 826-4442 for questions regarding your account

*Express offers total client care, professional search, HR services and employment solutions at all levels.*                    ı

**DUPLICATE**                                                          PDF



| Account Number | 19551203 |
|---|---|
| Invoice Number | 13919845-1 |
| Invoice Date | 4/09/2014 |
| Amount Due | $1,098.00 |
| Due Date | 4/19/2014 |

Please make check payable to Express Services, Inc.

Hedwin
9175 Moya Boulevard
Ste D
Reno, NV  89506

Express Services, Inc.
P.O. Box 4427
Portland, OR  97208-4427

*Please return this portion with your payment*

0000000139198451          000000000723595          00109800

**Exhibit 2 Page 13 of 13**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

(Baltimore Division)

| | | | |
|---|---|---|---|
| In re: | * | | |
| Hedwin Corporation, | * | No. | 14-15194 |
| Debtor. | * | Chapter 11 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER RE EXPRESS SERVICES, INC. 'S AMENDED OBJECTION TO CURE AMOUNT

On consideration of the Amended Objection to Cure Amount filed by Express Services, Inc., objecting to the cure amount identified in Exhibit B to Debtor and Debtor in possession's Supplemental Notice to Counterparties [Docket No. 133] pursuant to Section 365 of Title 11 of the United States Code, and the Court finding:

1) that the Objection was timely tendered to the court,

Exhibit 3 Page 1 of 4

2) that Express Services, Inc. does not object to Assignment or Assumption of the Executory Contract between Debtor and Express Service, Inc., but only objected to the identified cure amount, in Exhibit B, item 26; and

3) having considered the Contract documents and outstanding invoices submitted by Express Services, Inc., show $15,308.43 outstanding.

Now, therefore, based upon the foregoing findings, it is ORDERED:

1.    The Assumption and Assignment of the executory contract between debtor and Express Services, Inc., identified as number 26 on Exhibit B to Debtor in Possession's Supplemental Notice, to the successful bidder at Debtor in Possession's auction is allowed;

2.    The assumption and assignment of the executory contract between debtor and Express Services, Inc., identified as number 26 Exhibit B to Debtor in Possession's Supplemental Notice,  may be assumed and assigned by payment of a cure amount in the sum of $15,308.43, to Express Services, Inc.

# # #

Presented by:

GARRETT HEMANN ROBERTSON P.C.

Mark B. Comstock OSB No. 811930
mcomstock@ghrlawyers.com
Of Attorneys for Express Services, Inc.

Exhibit 3 Page 2 of 4

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **ORDER ALLOWING EXPRESS SERVICES, INC. 'S AMENDED OBJECTION TO CURE AMOUNT** on the date indicated below, to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

| | |
|---|---|
| [X] | Via First-Class Mail with postage prepaid |
| [  ] | Via Electronic Filing System |
| [  ] | Via Facsimile Transmission |
| [  ] | Via Hand Delivery |
| [  ] | Via Overnight Delivery |

Tydings & Rosenberg LLP
Attention: Alan M. Grochal and Stephen M. Goldberg
100 E. Pratt Street, 26th Floor
Baltimore, MD  21202

Lowenstein Sandler LLP
Attention: Sharon L. Levine, Esq. and S. Jason Teele, Esq
65 Livingston Avenue
Roseland, NJ  07068

Saul Ewing LLP
Attention: Maria Ellena Chavez-Ruark, Esq.
500 East Pratt Street, Suite 900
Baltimore, MD  21202

Miles and Stockbridge P.C.
Attention: Linda V. Donhauser and Frederick W. Runge
100 Light Street
Baltimore, MD  21202

McDonald Hopkins
Attention: Paul W. Linehan
600 Superior Avenue East, Suite 2100
Cleveland, OH  44114

Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, MD  21201

Exhibit 3 Page 3 of 4

Pillsbury Winthrop Shaw Pittman LLP
Attention: Shinya Akiyama
1540 Broadway
New York, NY  100364039


DATED May 7, 2014

GARRETT HEMANN ROBERTSON P.C.

Mark B. Comstock
OSB No. 811930
mcomstock@ghrlawyers.com
Of Attorneys for Express Services, Inc.

Exhibit 3 Page 4 of 4