Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:   14−15194
Judge:   Nancy V. Alquist

In Re:   Hedwin Corporation
         Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

on 5/12/14 at 02:00 PM

to consider and act upon the following:

159 – Express Services, Inc's Objection to the Cure amount Identified in Debtor's April 25, 2014 Supplemental Notice to Counterparties to Executory Contracts (staffing Contracts) that may be Assumed and Assigned. on behalf of Express Services, INC/26 Employment Staffing Filed by Express Services, INC/26 Employment Staffing (related document(s) 113 Notice of Motion. (Attachments: # 1 Supplement) (Escobar, Jolon)

169 – Amended Objection Express Services, Inc's Objection to the Cure amount Identified in Debtor's April 25, 2014 Supplemental Notice to Counterparties to Executory Contracts (staffing Contracts) that may be Assumed and Assigned. on behalf of Express Services, INC/26 Employment Staffing Filed by Express Services, INC/26 Employment Staffingon behalf of Express Services, INC/26 Employment Staffing Filed by Express Services, INC/26 Employment Staffing (related document(s)113 Notice of Motion filed by Debtor Hedwin Corporation, 159 Objection filed by Creditor Express Services, INC/26 Employment Staffing). (Attachments: # 1 Proposed Order) (Escobar, Jolon)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/9/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Deborah Constable
410−962−4394