Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:  14–15194
Judge:  Nancy V. Alquist

In Re:    Hedwin Corporation
          Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2–A, Baltimore, MD 21201

on 6/10/14 at 02:00 PM

to consider and act upon the following:

128 – Application to Employ EisnerAmper LLP as Accountants and Financial Advisiors Effective as of April 14, 2014 and Verified Statement of Proposed Party Filed by Official Committee of Unsecured Creditors. (Attachments: # 1 Exhibit Certification of Anthony Calascibetta # 2 Proposed Order # 3 Certificate of Service) (Chavez–Ruark, Maria)

179 – Opposition on behalf of Hedwin Corporation Filed by Alan M. Grochal (related document(s)128 Application to Employ filed by Creditor Committee Official Committee of Unsecured Creditors). (Grochal, Alan)

183 – Opposition on behalf of Bank of America, N.A. Filed by Linda V. Donhauser (related document(s)128 Application to Employ filed by Creditor Committee Official Committee of Unsecured Creditors). (Donhauser, Linda)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/19/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Escobar
410–962–7964