# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
### (Baltimore Division)

In re:                                              *

**HEDWIN CORPORATION,**          *     **Case No. 14-15194**
                                                            **(Chapter 11)**
    **Debtor.**                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REPORT OF SALE

Hedwin Corporation (the "Debtor"), Debtor and Debtor-in-Possession, by its undersigned attorneys, files the following Report of Sale:

1. On April 2, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and, pursuant to §§ 1107 and 1108 of the Bankruptcy Code, has continued in the possession of its property and management of its business as a Debtor-in-Possession.

2. On April 4, 2014, the Debtor filed an Emergency Motion for Order (A) Approving Bidding Procedures for Sale of Assets, (B) Authorizing Auction, (C) Scheduling Hearing, (D) Approving Breakup Fee, (E) Approving Procedures for Assumption and Assignment of Contracts and Leases, (F) Approving Deadlines and (G) Other Relief (the "Bid Procedures Motion"). Among other things, the Bid Procedures Motion sought approval of Bidding Procedures (the "Bidding Procedures") formulated by the Debtor.

3. On April 17, 2014, this Court entered an Amended Order granting the Bid Procedures Motion (the "Bid Procedures Order").

4. The Bid Procedures Order set a deadline of May 5, 2014 for submission of a Qualified Bid (as defined in the Bidding Procedures).

5. Inteplast Group, Inc. ("Inteplast") submitted a Qualified Bid which triggered an auction sale between Inteplast and the Stalking Horse Bidder, Fujimori Kogyo Co., Ltd ("Fujimori").

6. As required by the Bid Procedures Order, an auction sale was held on May 9, 2014, starting at 10:00 a.m. (Eastern Daylight Time), at the offices of Tydings & Rosenberg LLP.

7. At the auction sale, Fujimori offered the High Bid (as defined in the Bidding Procedures) of $22,200,000, and its Cash Consideration (as referenced in Section 2.06 of the Asset Purchase Agreement attached to the Bid Procedures Motion) was $21,350,000.

8. Inteplast submitted the Back-up High Bid (as defined in the Bidding Procedures) of $22,000,000 (subject to payment of a break up fee and expense reimbursement to Fujimori assuming that all other conditions to payment of the break up fee and expense reimbursement have been met).

9. Both Fujimori and Inteplast have increased their respective deposits so that the Debtor's counsel is currently holding in escrow $2,220,000 from each of Fujimori and Inteplast.

10. The balance of the purchase price will be paid at Closing.

Dated: May 20, 2014

/s/ Alan M. Grochal
Alan M. Grochal, Bar No. 01447
Tydings & Rosenberg, LLP
100 E. Pratt Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 752-9700
agrochal@tydingslaw.com

*Counsel for the Debtor*

#2198679v.1

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2014, a copy of the Report of Sale was served via first class mail, postage pre-paid or electronically via the Court's CM/ECF electronic notification system on all the parties listed on the attached matrix.

                                                  /s/ Alan M. Grochal
                                                  Alan M. Grochal

#2198679v.1

| | | |
|---|---|---|
| | Office of the U.S. Trustee<br>Garmatz Federal Courthouse<br>101 West Lombard St., Suite 2625<br>Baltimore, MD  21201 | Linda V. Donhauser, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street<br>Baltimore, MD  21202 |
| Bank of America<br>John Getz<br>300 Galleria Parkway, Suite 800<br>Atlanta, GA  30339 | Specialty Industries<br>Attention John Forray<br>175 East Walnut St<br>Red Lion,PA 17356 | Serv Pro<br>C/O Fair Harbor Captial<br>Ansonia Finance Station<br>PO BOX 237037<br>New York, NY 10023 |
| Chevron Phillips Chemical<br>1400 Jefferson Avenue<br>Pasadena, TX  77502 | Electronic Restoration Services<br>12001 Levan Road<br>Livonia, MI  48150 | Zacros America<br>1821 Walden Office Square<br>Suite 400<br>Schaumburg, IL  60173 |
| Meyers Construction<br>c/o Tiffany S. Franc, Esq<br>901 Dulaney Valley Rd. Ste 400<br>Towson, MD 21204 | Constellation Newenergy, Inc.<br>100 Constellation Way<br>Suite 1200C<br>Baltimore, MD 21202 | Ineos Olefins & Polymers USA<br>13536 Collections Center Drive<br>Chicago, IL  60693 |
| PCA – Salt Lake City<br>4654 West 1525 South<br>Salt Lake City, UT  84104 | MD Unemployment Insurance Division<br>1100 North Eutaw Street<br>Baltimore, MD  21201 | Gary S. Beling<br>Managing Director<br>Mizuhu Securities USA, Inc.<br>320 Park Avenue, 12th Floor<br>New York, NY  10022 |
| Worldwide Dispensers<br>Merton Industrial Park<br>Lee Road<br>London SW19 3WD<br>United Kingdom | Green Bay Packaging<br>1100 Gilroy Road<br>Hunt Valley, MD 21031 | BGE<br>110 West Fayette Street<br>Baltimore, MD  21201<br>Attn:  G. Bush |
| Transamerica Retirement Solutions<br>Connie McDonald<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499 | Anchor Staffing<br>c/o Tammy Cohen , Esq<br>2201 Old Court Rd.<br>Baltimore, MD 21208 | South Franklin Street Partners<br>c/o Paul W. Linehan<br>McDonald Hopkins<br>600 Superior Avenue East, Suite 2100<br>Cleveland, OH  44114 |
| Pillsbury Winthrop Shaw Pittman LLP<br>Patrick J. Potter, Esq.<br>2300 N. Street, NW<br>Washington, DC 20037 | Sixth Sense Partners<br>3041 Warrington Road<br>Cleveland, OH 44120 | Polyone<br>33587 Walker Road<br>Avon Lake OH, USA 44012 |
| Guernsey Office Products<br>45070 Old Ox Road<br>Sterling, VA 20166 | Priority Worldwide Services<br>7361 Coca Cola Dr.<br>Hanover, MD 21076 | Ampacet Corporation<br>660 White Plaines Road<br>Tarrytown, NY 10591 |

#2198679v.1

| | | |
|---|---|---|
| Sharon L. Levine, Esquire<br>S. Jason Teele, Esquire<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ  07068 | Peter Trost<br>ESOP Services<br>North Star Trust Co.<br>311 W. Monroe Street, 14th Floor<br>Chicago, IL 60606 | Maria Ellena Chavez-Ruark, Esquire<br>Saul Ewing LLP<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD  21202 |
| James S. Carr, Esquire<br>Jason Adams, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Marc E. Shach, Esquire<br>Curtis C. Coon, Esquire<br>Coon & Cole, LLC<br>401 Washington Avenue, Suite 301<br>Towson, MD  21204 | Tammy Cohn, Esquire<br>Sellman Hoff, LLC<br>The Cooperage<br>2201 Old Court Road<br>Baltimore, MD  21208 |
| Mark D. Maneche, Esquire<br>Tiffany S. Franc, Esquire<br>Pessin Katz Law, P.A.<br>901 Dulaney Valley Rd., Suite 400<br>Towson, MD  21204 | Samuel C. Batsell<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 k Street, NW<br>Washington, DC  20005-4026 | Irving Walker, Esquire<br>Cole Schotz<br>300 East Lombard Street, Suite 2000<br>Baltimore, MD  21202 |
| Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, Quebec H2X 3R7<br>Canada | Richard E. Lear, Esquire<br>Philip T. Evans, Esquire<br>Holland & Knight LLP<br>800 17th Street, NW, Suite 1100<br>Washington, DC  20006 | Arthur E. Rosenberg, Esquire<br>Holland & Knight LLP<br>31 West 52nd Street, 11th Floor<br>New York, NY  10019 |

#2198679v.1