

**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| **HEDWIN CORPORATION** | * | Bankruptcy No. 14-15194-NVA |
| Debtor | * | (Chapter 11) |

**********************************

| | | |
|---|---|---|
| **ELECTRONIC RESTORATION SERVICES, INC.** | | |
| | * | |
| | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| **HEDWIN CORPORATION** | * | |
| Respondent | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Electronic Restoration Services, Inc. ("ERS"), Movant and Hedwin Corporation, Debtor and Respondent, by their respective attorneys, hereby stipulate and agree as follows:

#2185613v.1

1. On April 2, 2014, Hedwin Corporation ("Hedwin") filed a voluntary petition under Chapter 11 of the Bankruptcy Code, and since that time has been operating its business as a Debtor-in-Possession pursuant to sections 1103 and 1104 of the Bankruptcy Code.

2. On or about April 28, 2014, ERS filed a Motion for Relief from the Automatic Stay and to Waive Stay Per Fed. R. Bankr. P. 4001(a)(3) (the "Motion").

3. ERS is in the business of providing residential and commercial recovery and restoration services.

4. In late June 2013, Hedwin and ERS entered into an agreement to repair fire and smoke damage at Hedwin's location at 1600 Roland Heights Avenue, Baltimore, Maryland 21211.

5. Through the Motion, ERS seeks relief from the automatic stay in order to pursue collection of funds that it claims to be owed directly from the applicable insurance companies.

6. ERS and Hedwin have reached an agreement as follows:

   a. The automatic stay created by §362 of the Bankruptcy Code, be and hereby is modified to permit ERS to pursue collection of its unpaid balance directly against the applicable insurance companies;

   b. ERS agrees that it hereby waives any claim that it would otherwise have against Hedwin and agrees that it will not assert a claim in the Hedwin bankruptcy proceeding; and

   c. The stay of implementation of this Order pursuant to Bankruptcy Rule 4001(a)(3) is waived.

Upon consideration of the agreement between ERS and Hedwin above, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the agreement reflected in paragraph 6 above be and hereby is approved.

Consents:

/s/ Harvey Altus
Harvey Altus (P-30846)
30500 Northwestern Highway, Suite 500
Farmington Hills, Michigan 48334
(248) 626-7211
harveyaltus@altuslaw.net


/s/ Gary R. Greenblatt
Mehlman, Greenblatt & Hare, LLC
723 South Charles Street, Suite LL3
Baltimore, Maryland 21230
(410) 547-0300
grgreen@mehl-green.com


Attorneys for Movant

/s/ Alan M. Grochal
Alan M. Grochal, Bar No. 01447
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9715
agrochal@tydingslaw.com

Attorneys for Debtor

**Certification Pursuant to Admin. Order 03-02, Ex. A, Sec. V.B.1**

      I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                                             /s/ Alan M. Grochal
                                             Alan M. Grochal

| | | |
|---|---|---|
| Hedwin Ltd. Matrix<br>5/1/14 | Office of the U.S. Trustee<br>Garmatz Federal Courthouse<br>101 West Lombard St., Suite 2625<br>Baltimore, MD  21201 | Linda V. Donhauser, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street<br>Baltimore, MD  21202 |
| Bank of America<br>John Getz<br>300 Galleria Parkway, Suite 800<br>Atlanta, GA  30339 | Specialty Industries<br>Attention John Forray<br>175 East Walnut St<br>Red Lion,PA 17356 | Serv Pro<br>C/O Fair Harbor Captial<br>Ansonia Finance Station<br>PO BOX 237037<br>New York, NY 10023 |
| Chevron Phillips Chemical<br>1400 Jefferson Avenue<br>Pasadena, TX  77502 | Electronic Restoration Services<br>12001 Levan Road<br>Livonia, MI  48150 | Zacros America<br>1821 Walden Office Square<br>Suite 400<br>Schaumburg, IL  60173 |
| Meyers Construction<br>c/o Tiffany S. Franc, Esq<br>901 Dulaney Valley Rd. Ste 400<br>Towson, MD 21204 | Constellation Newenergy, Inc.<br>100 Constellation Way<br>Suite 1200C<br>Baltimore, MD 21202 | Ineos Olefins & Polymers USA<br>13536 Collections Center Drive<br>Chicago, IL  60693 |
| PCA – Salt Lake City<br>4654 West 1525 South<br>Salt Lake City, UT  84104 | MD Unemployment Insurance Division<br>1100 North Eutaw Street<br>Baltimore, MD  21201 | Gary S. Beling<br>Managing Director<br>Mizuhu Securities USA, Inc.<br>320 Park Avenue, 12th Floor<br>New York, NY  10022 |
| Worldwide Dispensers<br>Merton Industrial Park<br>Lee Road<br>London SW19 3WD<br>United Kingdom | Green Bay Packaging<br>1100 Gilroy Road<br>Hunt Valley, MD 21031 | BGE<br>110 West Fayette Street<br>Baltimore, MD  21201<br>Attn:  G. Bush |
| Transamerica Retirement Solutions<br>Connie McDonald<br>4333 Edgewood Road NE<br>Cedar Rapids, IA  52499 | Anchor Staffing<br>c/o Tammy Cohen , Esq<br>2201 Old Court Rd.<br>Baltimore, MD 21208 | South Franklin Street Partners<br>c/o Paul W. Linehan<br>McDonald Hopkins<br>600 Superior Avenue East, Suite<br>Cleveland, OH  44114 |
| Pillsbury Winthrop Shaw Pittman LLP<br>Patrick J. Potter, Esq.<br>2300 N. Street, NW<br>Washington, DC 20037 | Sixth Sense Partners<br>3041 Warrington Road<br>Cleveland, OH 44120 | Polyone<br>33587 Walker Road<br>Avon Lake OH, USA 44012 |

#2185613v.1

5

| | | |
|---|---|---|
| Guernsey Office Products<br>45070 Old Ox Road<br>Sterling, VA 20166 | Priority Worldwide Services<br>7361 Coca Cola Dr.<br>Hanover, MD 21076 | Ampacet Corporation<br>660 White Plaines Road<br>Tarrytown, NY 10591 |
| Sharon L. Levine, Esquire<br>S. Jason Teele, Esquire<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Peter Trost<br>ESOP Services<br>North Star Trust Co.<br>311 W. Monroe Street, 14th Floor<br>Chicago, IL 60606 | Maria Ellena Chavez-Ruark, Esquire<br>Saul Ewing LLP<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD 21202 |
| James S. Carr, Esquire<br>Jason Adams, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Marc E. Shach, Esquire<br>Curtis C. Coon, Esquire<br>Coon & Cole, LLC<br>401 Washington Avenue, Suite 301<br>Towson, MD 21204 | Tammy Cohn, Esquire<br>Sellman Hoff, LLC<br>The Cooperage<br>2201 Old Court Road<br>Baltimore, MD 21208 |
| Mark D. Maneche, Esquire<br>Tiffany S. Franc, Esquire<br>Pessin Katz Law, P.A.<br>901 Dulaney Valley Rd., Suite 400<br>Towson, MD 21204 | Samuel C. Batsell<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 k Street, NW<br>Washington, DC 20005-4026 | Irving Walker, Esquire<br>Cole Schotz<br>300 East Lombard Street, Suite 200<br>Baltimore, MD 21202 |
| Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, Quebec H2X 3R7<br>Canada | | |

**END OF ORDER**

#2185613v.1

6