# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **HEDWIN CORPORATION,** | * | Case No. 14-15194-NVA (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL DECLARATION OF SHARON L. LEVINE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(A) IN CONNECTION WITH THE RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Sharon L. Levine, pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a partner of the law firm of Lowenstein Sandler LLP ("**<u>Lowenstein Sandler</u>**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 case. The Court previously entered an order on May 19, 2014, *nunc pro tunc* to April 9, 2014, authorizing the Committee to retain Lowenstein Sandler as its counsel in this bankruptcy case [Docket No. 193] (the "**<u>Retention Order</u>**").

2. As disclosed in my declaration dated April 28, 2014 [Docket No. 126-1] (the "**<u>Original Declaration</u>**"), Lowenstein Sandler increases its hourly rates on or about July 1 of each year to reflect economic and other conditions. *See* Original Declaration, page 3. Effective July 1, 2014, Lowenstein Sandler's hourly rates will be increased as follows:

| | |
|---|---|
| Partners | $500.00 – $995.00 |
| Senior Counsel and Counsel | $385.00 – $695.00 |
| Associates | $275.00 – $515.00 |
| Paralegals and Assistants | $110.00 – $280.00 |

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2014                    */s/ Sharon L. Levine*
                                                 Sharon L. Levine, Esq.
                                                 LOWENSTEIN SANDLER LLP
                                                 65 Livingston Avenue
                                                 Roseland, New Jersey 07068
                                                 Telephone: (973) 597-2500
                                                 Email: slevine@lowenstein.com

                                                 *Counsel to the Official Committee*
                                                 *of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2014, I served a copy of the foregoing Supplemental Declaration of Sharon L. Levine Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) in Connection With the retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors via the Court's CM/ECF electronic notification system on the following:

Alan M. Grochal, Esquire
Catherine Keller Hopkin, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Katherine A. Levin, Esquire
Office of U.S. Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

Marc E. Shach, Esquire
Curtis C. Coon, Esquire
Coon & Cole, LLC
401 Washington Avenue, Suite 501
Towson, MD 21204

Linda V. Donhauser, Esquire
Kristen M. Siracusa, Esquire
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Patrick J. Potter, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street NW
Washington, DC 20037

Tammy Cohen Drescher
Sellman Hoff LLC
2201 Old Court Road
Pikesville, MD 21208

Mark D. Maneche, Esquire
Tiffany S. Franc, Esquire
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204

Samuel C. Batsell, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street N.W.
Washington, DC 20005-4026

John A. Roberts, Esquire
Semmes, Bowen & Semmes, P.C.
25 South Charles Street, Suite 1400
Baltimore, MD 21201

Gary R. Greenblatt, Esquire
Mehlman Greenblatt & Hare, LLC
723 South Charles Street, Suite LL3
Baltimore, MD 21230

Irving E. Walker, Esquire
Cole Schotz Meisel Forman & Leonard P.A.
300 East Lombard Street, Suite 2000
Baltimore, MD 21202

Richard E. Lear, Esquire
Phillip T. Evans, Esquire
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006

And on the following parties by first class mail, postage prepaid:

| | |
|---|---|
| James S. Carr, Esquire<br>Jason Adams, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Paul W. Linehan, Esquire<br>South Franklin Street Partners<br>McDonald Hopkins LLC<br>600 Superior Avenue East, Suite 2100<br>Cleveland, OH 44114 |
| Scott D. Fink, Esquire<br>Weltman, Weinberg & Reis Co., L.P.A.<br>323 West Lakeside Avenue, Suite 200<br>Cleveland, OH 44113-1099 | Arthur E. Rosenberg, Esquire<br>Holland & Knight LLP<br>31 West 52nd Street, 11th Floor<br>New York, NY 10019 |
| Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, Quebec H2X3R7<br>Canada | Harvey Altus<br>30500 Northwestern Highway, Ste 500<br>Farmington Hills, MI 48334 |

                                                  /s/ Maria Ellena Chavez-Ruark
                                                 Maria Ellena Chavez-Ruark