

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:** | * |
| **HEDWIN CORPORATION,** | *　　Case No. 14-15194 |
| | 　　　(Chapter 11) |
| Debtor. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND COMPROMISE (EXECUTIVE INCENTIVE BONUSES)

Upon consideration of the Motion for Approval of Settlement and Compromise (Executive Incentive Bonuses) (the "Motion to Compromise")[1], filed by Hedwin Corporation ("Debtor"), the debtor and debtor-in-possession in the above captioned case; pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9019-1, and the Court having jurisdiction to consider the Motion to Compromise; and due notice of the Motion to Compromise having been provided, and it appearing that no other or further notice need be provided; and it appearing that the relief requested is in the Debtor's sound business judgment and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Compromise.

#2215304v.1

**ORDERED**, that the Motion to Compromise is **GRANTED**; and it is further

**ORDERED**, that the terms of the settlement and compromise included in the Motion to Compromise are **APPROVED** in their entirety and those terms and conditions are incorporated by reference herein as if fully set forth in this Order; and it is further

**ORDERED**, that the Debtor is hereby authorized to pay incentive bonuses to the executives Richard Broo and Maurice LeCompte in the amount of $120,000, in full and final settlement of the Letter Agreements, within fifteen (15) days of the date of entry of this Order.

**ORDERED**, that the Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

cc:   Alan M. Grochal
      Tydings & Rosenberg LLP
      100 East Pratt Street, 26th Floor
      Baltimore, Maryland 21202

      Lawrence D. Coppel
      Gordon Feinblatt, LLC
      The Garrett Building
      233 East Redwood Street
      Baltimore, MD 21202

And all parties on the matrix below:

| | | |
|---|---|---|
| Hedwin Ltd. Matrix<br>5/1/14 | Office of the U.S. Trustee<br>Garmatz Federal Courthouse<br>101 West Lombard St., Suite 2625<br>Baltimore, MD  21201 | Linda V. Donhauser, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street<br>Baltimore, MD  21202 |
| Bank of America<br>John Getz<br>300 Galleria Parkway, Suite 800<br>Atlanta, GA  30339 | Specialty Industries<br>Attention John Forray<br>175 East Walnut St<br>Red Lion, PA 17356 | Serv Pro<br>C/O Fair Harbor Capital<br>Ansonia Finance Station<br>PO BOX 237037<br>New York, NY 10023 |

| | | |
|---|---|---|
| Chevron Phillips Chemical<br>1400 Jefferson Avenue<br>Pasadena, TX  77502 | Electronic Restoration Services<br>12001 Levan Road<br>Livonia, MI  48150 | Zacros America<br>1821 Walden Office Square<br>Suite 400<br>Schaumburg, IL  60173 |
| Meyers Construction<br>c/o Tiffany S. Franc, Esq<br>901 Dulaney Valley Rd. Ste 400<br>Towson, MD 21204 | Constellation Newenergy, Inc.<br>100 Constellation Way<br>Suite 1200C<br>Baltimore, MD 21202 | Ineos Olefins & Polymers USA<br>13536 Collections Center Drive<br>Chicago, IL  60693 |
| PCA – Salt Lake City<br>4654 West 1525 South<br>Salt Lake City, UT  84104 | MD Unemployment Insurance Division<br>1100 North Eutaw Street<br>Baltimore, MD  21201 | Gary S. Beling<br>Managing Director<br>Mizuhu Securities USA, Inc.<br>320 Park Avenue, 12th Floor<br>New York, NY  10022 |
| Worldwide Dispensers<br>Merton Industrial Park<br>Lee Road<br>London SW19 3WD<br>United Kingdom | Green Bay Packaging<br>1100 Gilroy Road<br>Hunt Valley, MD 21031 | BGE<br>110 West Fayette Street<br>Baltimore, MD  21201<br>Attn:  G. Bush |
| Transamerica Retirement Solutions<br>Connie McDonald<br>4333 Edgewood Road NE<br>Cedar Rapids, IA  52499 | Anchor Staffing<br>c/o Tammy Cohen , Esq<br>2201 Old Court Rd.<br>Baltimore, MD 21208 | South Franklin Street Partners<br>c/o Paul W. Linehan<br>McDonald Hopkins<br>600 Superior Avenue East, Suite 2100<br>Cleveland, OH  44114 |
| Pillsbury Winthrop Shaw Pittman LLP<br>Patrick J. Potter, Esq.<br>2300 N. Street, NW<br>Washington, DC 20037 | Sixth Sense Partners<br>3041 Warrington Road<br>Cleveland, OH 44120 | Polyone<br>33587 Walker Road<br>Avon Lake OH, USA 44012 |

#2215304v.1

- 4 -

| | | |
|---|---|---|
| Guernsey Office Products<br>45070 Old Ox Road<br>Sterling, VA 20166 | Priority Worldwide Services<br>7361 Coca Cola Dr.<br>ZZZZZZHanover, MD 21076 | Ampacet Corporation<br>660 White Plaines Road<br>Tarrytown, NY 10591 |
| Sharon L. Levine, Esquire<br>S. Jason Teele, Esquire<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ  07068 | Peter Trost<br>ESOP Services<br>North Star Trust Co.<br>311 W. Monroe Street, 14th Floor<br>Chicago, IL 60606 | Maria Ellena Chavez-Ruark, Esquire<br>Saul Ewing LLP<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD 21202 |
| James S. Carr, Esquire<br>Jason Adams, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Marc E. Shach, Esquire<br>Curtis C. Coon, Esquire<br>Coon & Cole, LLC<br>401 Washington Avenue, Suite 301<br>Towson, MD  21204 | Tammy Cohn, Esquire<br>Sellman Hoff, LLC<br>The Cooperage<br>2201 Old Court Road<br>Baltimore, MD  21208 |
| Mark D. Maneche, Esquire<br>Tiffany S. Franc, Esquire<br>Pessin Katz Law, P.A.<br>901 Dulaney Valley Rd., Suite 400<br>Towson, MD  21204 | Samuel C. Batsell<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 k Street, NW<br>Washington, DC  20005-4026 | Irving Walker, Esquire<br>Cole Schotz<br>300 East Lombard Street, Suite 2000<br>Baltimore, MD  21202 |
| Marie-Josee Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, Quebec H2X 3R7<br>Canada | Richard E. Lear, Esquire<br>Philip T. Evans, Esquire<br>Holland & Knight LLP<br>800 17th Street, NW, Suite 1100<br>Washington, DC  20006 | Arthur E. Rosenberg, Esquire<br>Holland & Knight LLP<br>31 West 52nd Street, 11th Floor<br>New York, NY  10019 |
| Scott D. Fink, Esquire<br>Weltman, Weinberg & Reis Co., L.P.A.<br>Lakeside Place, Suite 200<br>323 West Lakeside Avenue<br>Cleveland, OH  44113-1099 | | |

**END OF ORDER**

#2215304v.1